4/3/23, 8:48 PM
Case 1:22-cv-22343-KMM Document 50-49 Peregonza The Attorneys Mail - RE: Conferral - Jorge Monteagudo v. The De Moya Group, Inc.; Case No. 1:22-cv-22343-KMM Moore/Louis
Entered on FLSD Docket 04/03/2023 Page 1 of 4



Nathaly Saavedra <nathaly@peregonza.com>

## RE: Conferral - Jorge Monteagudo v. The De Moya Group, Inc.; Case No. 1:22-cv-22343-KMM Moore/Louis
1 message

**Reginald J. Clyne** <reginald.clyne@qpwblaw.com>  Thu, Oct 27, 2022 at 2:32 PM
To: Jocelyn Rocha <jocelyn@peregonza.com>
Cc: Nathaly Saavedra <nathaly@peregonza.com>, Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>, Stephanie Garcia <stephanie@peregonza.com>, Adriana Suarez <adriana@peregonza.com>

Confirmed.



**Reginald J. Clyne | Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**

9300 South Dadeland Boulevard, 4th Floor, Miami, Florida 33156

Ph: (305) 670-1101 x3426 Fax: (305) 670-1161

Email: reginald.clyne@qpwblaw.com  Web: www.qpwblaw.com

Mobile: (305) 582-6475

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

**From:** Jocelyn Rocha <jocelyn@peregonza.com>
**Sent:** Thursday, October 27, 2022 2:28 PM
**To:** Reginald J. Clyne <reginald.clyne@qpwblaw.com>
**Cc:** Nathaly Saavedra <nathaly@peregonza.com>; Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>; Stephanie Garcia <stephanie@peregonza.com>; Adriana Suarez <adriana@peregonza.com>
**Subject:** Re: Conferral - Jorge Monteagudo v. The De Moya Group, Inc.; Case No. 1:22-cv-22343-KMM Moore/Louis

Mr. Clyne,

4/3/23, 8:48 PM
PereGonza The Attorneys Mail - UFC Referral - Jorge Monteagudo v. The DeNovo Group, Inc, Case No. 1:22-cv-22343-KMM-Louis

Case 1:22-cv-22343-KMM Document 50-49 Entered on FLSD Docket 04/03/2023 Page 2 of 4

Thank you for your call. Per our conversation, please accept this as confirmation of our agreement. You will retake Plaintiff's deposition and agree to strike Plaintiff's deposition, dated October 19, 2022, while reserving your right to object to its striking if Plaintiff's testimony during the second deposition is substantially different from the first.

Thank you and have a great day.

Best Regards,

**JOCELYN R. ROCHA, ESQ.** | **ATTORNEY**



5201 Blue Lagoon Drive, Suite 290, Miami, FL 33126

786.650.0202     PereGonza.com





This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Thu, Oct 27, 2022 at 1:42 PM Reginald J. Clyne <reginald.clyne@qpwblaw.com> wrote:

> Dear Ms. Rocha:
>
> In an attempt to confer in good faith, I called your office and left a message for you to return my call.



**Reginald J. Clyne | Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**

9300 South Dadeland Boulevard, 4th Floor, Miami, Florida 33156

Ph: (305) 670-1101 x3426  Fax: (305) 670-1161

Email: reginald.clyne@qpwblaw.com  Web: www.qpwblaw.com

Mobile: (305) 582-6475

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

---

**From:** Jocelyn Rocha <jocelyn@peregonza.com>
**Sent:** Thursday, October 27, 2022 8:00 AM
**To:** Reginald J. Clyne <reginald.clyne@qpwblaw.com>
**Cc:** Nathaly Saavedra <nathaly@peregonza.com>; Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>; Stephanie Garcia <stephanie@peregonza.com>; Adriana Suarez <adriana@peregonza.com>
**Subject:** Conferral - Jorge Monteagudo v. The De Moya Group, Inc.; Case No. 1:22-cv-22343-KMM Moore/Louis

Good evening, Reggie,

I hope you are doing well and have a great week. I am writing to follow up with the deposition of my client, Jorge Monteagudo.

In light of the circumstances surrounding the deposition, including but not limited to your delinquent status with the bar and your conduct, Plaintiff believes there are sufficient grounds and therefore, intends to strike and move for Plaintiff's deposition to be retaken. *See* R. Regulating Fla. Bar, Rule 1-3.6; S.D. Fla. L.R., Rule 3; *Jamieson v. Hoven Vision LLC*, 20-CV-1122-WJM-KLM, 2020 WL 7043865, at *2 (D. Colo. Dec. 1, 2020); *see also Nowia-Pahlavi v. Haverty Furniture Companies, Inc.*, 608-CV-36-ORL-31DAB, 2009 WL 1393475, at *1 (M.D. Fla. May 18, 2009).

Therefore, please accept this as Plaintiff's good-faith conferral to strike and retake Mr. Monteagudo's deposition. Accordingly, please advise no later than Tuesday, November 1, 2022, whether Defendant will agree to the relief requested so we may obtain our client's availability. Otherwise, Plaintiff will seek the Court's intervention to address this issue pursuant to its inherent powers.

4/3/23, 8:48 PM
PereGonza The Attorneys Mail - URGENT Referral - Jorge Montegudo v. The DeNoya Group, Inc.; Case No. 1:22-cv-22343-KMM Moore/Louis

Case 1:22-cv-22343-KMM Document 50-49 Entered on FLSD Docket 04/03/2023 Page 4 of 4

I look forward to hearing from you soon, and I thank you in advance for your cooperation.

Best Regards,

**JOCELYN R. ROCHA, ESQ.** | **ATTORNEY**



📍 5201 Blue Lagoon Drive, Suite 290, Miami, FL 33126

📞 786.650.0202   💻 PereGonza.com

Follow Us •



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.