UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22343-MOORE/LOUIS

JORGE MONTEAGUDO ALBURQUERQUE,

    Plaintiff,

v.

THE DE MOYA GROUP, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE AS COUNSEL FOR**
**NATHALY SAAVEDRA, ESQ. AND PEREGONZA THE ATTORNEYS**

    Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Nathaly Saavedra, Esq. and Peregonza The Attorneys and requests that all pleadings, correspondence, and documents related to this matter also be served on him at the below address/email address.

    Dated this 6th day of September 2023.

                                                  s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel: (305) 230-4884
                                                  *Counsel for Nathaly Saavedra, Esq. and*
                                                  *Peregonza The Attorneys*