UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-22343-KMM Moore/Louis

JORGE MONTEAGUDO ALBURQUERQUE

Plaintiff,

vs.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

Defendant.
_____/

### PLAINTIFF'S WITNESS LIST FOR CONTINUED EVIDENTIARY HEARING

Plaintiff, JORGE MONTEAGUDO ALBURQUERQUE ("Plaintiff") by and through his undersigned counsel, and pursuant to this Court's Order [ECF No. 101], hereby serves a list of the witnesses he intends to call for live testimony at the Continued Evidentiary Hearing set for September 12, 2023, at 1:30 P.M.:

**Witnesses Expected to Testify**

1. Jorge Monteagudo Alburqueque, Plaintiff
   c/o Plaintiff's Counsel

2. Nathaly Saavedra, Esq.
   PEREGONZA THE ATTORNEYS, PLLC
   5201 Blue Lagoon Drive,
   Suite 290,
   Miami, FL 33126

**Witnesses Who May Testify**

3. Jocelyn R. Rocha, Esq.
   PEREGONZA THE ATTORNEYS, PLLC
   5201 Blue Lagoon Drive,
   Suite 290,
   Miami, FL 33126
   Tel. (786) 650-0202

4. Any rebuttal and impeachment witnesses.

5. All non-objectionable witnesses identified by Defendant in its Witness List.

Dated: September 7, 2023.                     Respectfully submitted,

                                                    */s/ Nathaly Saavedra*
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
P. Brooks, LaRou, Esq.
Fla. Bar No. 1039018
Email: brooks@peregonza.com
Jocelyn R. Rocha, Esq.
Fla. Bar No. 1039302
Email: jocelyn@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive,
Suite 290,
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Saavedra
Nathaly Saavedra, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 1:22-cv-22343-KMM Moore/Louis

| | |
|---|---|
| Nathaly Saavedra, Esq.<br>Fla. Bar No. 118315<br>Email: nathaly@peregonza.com<br>Juan J. Perez, Esq.<br>Fla. Bar No. 115784<br>Email: juan@peregonza.com<br>P. Brooks, LaRou, Esq.<br>Fla. Bar No. 1039018<br>Email: brooks@peregonza.com<br>Jocelyn R. Rocha, Esq.<br>Fla. Bar No. 1039302<br>Email: jocelyn@peregonza.com<br>**PEREGONZA THE ATTORNEYS, PLLC**<br>5201 Blue Lagoon Drive,<br>Suite 290,<br>Miami, FL 33126<br>Tel. (786) 650-0202<br>Fax. (786) 650-0200<br><br>Attorneys for Plaintiff<br><br>Brian H. Pollock, Esq. (174742)<br>brian@fairlawattorney.com<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Tel: (305) 230-4884<br><br>*Counsel for Nathaly Saavedra, Esq. and PereGonza The Attorneys*<br><br>Method of Service: CM/ECF notice | Reginald J. Clyne, Esq.<br>Florida Bar No. 654302<br>reginald.clyne@qpwblaw.com<br>Chanelle Artiles, Esq.<br>Florida Bar No. 10006402<br>chanelle.artiles@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, Florida 33156<br>Telephone: 305-670-1101<br><br>Attorneys for Defendant<br><br>Method of Service: CM/ECF notice |