UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:22-cv-22343-KMM Moore/Louis

JORGE MONTEAGUDO ALBURQUERQUE,

Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT, THE DE MOYA GROUP INC.' S, MOTION FOR PROTECTIVE ORDER**

Plaintiff, JORGE MONTEAGUDO (hereinafter "Plaintiff") by and through undersigned counsel, pursuant to the Court's Order ECF No. 105, hereby responds to the Defendant, THE DE MOYA GROUP INC (hereinafter "Defendant")'s Motion for Protective Order (ECF No. 102). Defendant's Motion should be denied as moot, given that Plaintiff's Witness List for the continued Evidentiary Hearing scheduled for September 12, 2023, does not identify Mr. Clyne as a witness intended to be called.

**PROCEDURAL BACKGROUND**

1. On May 11, 2023, the Court entered its Order holding Defendant's Motion for Sanctions in Abeyance pending the disposition of Defendant's Motion for Summary Judgment. [ECF No. 84].

2. On May 24, 2023, after a telephonic status conference was held before the Court, an Order was entered scheduling the evidentiary hearing for June 20, 2023, and required parties to file their witness lists by no later than Tuesday, June 13, 2023. [ECF No. 90].

3. On June 13, 2023, Plaintiff's witness list was filed in accordance with the Court's Order. [ECF No. 93]. Plaintiff's witness list identified Mr. Clyne as a witness Plaintiff intended to call at the June 20, 2023, hearing.

4. On June 15, 2023, the Court entered an Order canceling the June 20, 2023, hearing pending the disposition of Plaintiff's pending Motion to Alter or Amend and Rehear Summary Judgment. [ECF No. 95].

5. On August 23, 2023, before the disposition of Plaintiff's Motion to Alter or Amend and Rehear Summary Judgment, Defendant's counsel sent one e-mail conferring on a Motion for Protective Order regarding Mr. Clyne being an individual identified in Plaintiff's prior witness list. See ECF No. 93.

6. On August 25, 2023, Plaintiff's Motion to Alter or Amend and Rehear Summary Judgment was denied. ECF No. 100.

7. On August 28, 2023, an Order setting Continued Evidentiary Hearing on Defendant's Rule 11 Sanction for September 12, 2023, and requiring the parties to file their witness lists by no later than September 7, 2023. [ECF No. 101].

8. On September 6, 2023, before Plaintiff filed his witness list, Defendant filed the instant Motion seeking a protective order prohibiting the calling of Reginald J. Clyne, Esq., counsel for De Moya as a witness in the Rule 11 Evidentiary Hearing. [ECF No. 102].

9. On September 6, 2023, Counsel Brian H. Pollock, filed his appearance on behalf of the undersigned and her firm, PereGonza, The Attorneys.

10. On September 7, 2023, the Court entered an Order requiring Plaintiff and his Counsel to file a response to the [102] Motion for Protective Order by no later than 12:00 P.M. on Monday, September 11, 2023. [ECF No. 105].

11. On September 7, 2023, Plaintiff filed his Witness List for the continued Evidentiary Hearing wherein he did not list Mr. Clyne as a witness. [ECF No. 106].

## MEMORANDUM OF LAW

### I.  Defendant's Motion for Protective Order was Premature at the Time it was Filed.

Fed. R. Civ. P. 26(c) allows a party to move for a protective order in a pending action. "The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense ... requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way ...." Fed. R. Civ. P. 26(c)(1)(G). The moving party must certify he has attempted to resolve the dispute without judicial action. Fed. R. Civ. P. 26(c)(1).

Here, Defendant's Motion was filed prematurely, as the Motion was filed prior to Plaintiff filing his Witness List for the Continued Hearing pursuant to the Court's Order Setting Continued Evidentiary Hearing on Defendant's Rule 11 Sanctions. Defendant further failed to attempt in good faith to resolve the issue prior to filing its Motion for Protective Order. Specifically, Defendant's counsel sent an initial conferral on August 23, 2023, to the undersigned regarding his intention to move for a protective order. At the time the same was received, Plaintiff's Motion to Alter was still pending disposition.

After the Plaintiff's Motion to Alter was disposed by the Court, and while the undersigned conferred with Plaintiff and counsel Brian H. Pollock, the Court's Order Setting Continued Evidentiary Hearing on Defendant's Rule 11 Sanctions was entered. [ECF No. 101]. The Order stated: "By no later than **Thursday, September 7, 2023**, any Party who intends to present live testimony must file a witness list identifying the witness(es) that the Party intends to call at the Continued Evidentiary Hearing." *Id*. Pursuant to the Court's Order, Plaintiff filed his Witness List

for Continued Evidentiary Hearing which did not list Mr. Clyne as a witness. See ECF No. 106. Accordingly, Defendant's Motion for Protective Order is moot. *See In re Aleph Inst.*, No. 06-61788-CIV, 2007 WL 9700821 (S.D. Fla. July 3, 2007) (holding that "[w]hen [defendant] withdrew those subpoenas, releasing Movants from testifying, there remained no 'live' controversy upon which the Court could grant meaningful relief, thus rendering the Motion for Protective Order moot."). Therefore, Plaintiff respectfully requests that this Court deny Defendant's motion as moot.

Dated: September 11, 2023.          Respectfully submitted,

*/s/ Nathaly Saavedra*
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
P. Brooks, LaRou, Esq.
Fla. Bar No. 1039018
Email: brooks@peregonza.com
Jocelyn R. Rocha, Esq.
Fla. Bar No. 1039302
Email: jocelyn@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive,
Suite 290,
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Saavedra
Nathaly Saavedra, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 1:22-cv-22343-KMM Moore/Louis

| | |
|---|---|
| Nathaly Saavedra, Esq.<br>Fla. Bar No. 118315<br>Email: nathaly@peregonza.com<br>Juan J. Perez, Esq.<br>Fla. Bar No. 115784<br>Email: juan@peregonza.com<br>P. Brooks, LaRou, Esq.<br>Fla. Bar No. 1039018<br>Email: brooks@peregonza.com<br>Jocelyn R. Rocha, Esq.<br>Fla. Bar No. 1039302<br>Email: jocelyn@peregonza.com<br>**PEREGONZA THE ATTORNEYS, PLLC**<br>5201 Blue Lagoon Drive,<br>Suite 290,<br>Miami, FL 33126<br>Tel. (786) 650-0202<br>Fax. (786) 650-0200<br><br>Attorneys for Plaintiff<br><br>Brian H. Pollock, Esq. (174742)<br>brian@fairlawattorney.com<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>Tel: (305) 230-4884<br><br>*Counsel for Nathaly Saavedra, Esq. and PereGonza The Attorneys*<br><br>Method of Service: CM/ECF notice | Reginald J. Clyne, Esq.<br>Florida Bar No. 654302<br>reginald.clyne@qpwblaw.com<br>Chanelle Artiles, Esq.<br>Florida Bar No. 10006402<br>chanelle.artiles@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, Florida 33156<br>Telephone: 305-670-1101<br><br>Attorneys for Defendant<br><br>Method of Service: CM/ECF notice |