UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:22-cv-22343-KMM Moore/Louis

JORGE MONTEAGUDO ALBURQUERQUE,

     Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

     Defendant.

_____/

## EVIDENTIARY HEARING FINAL EXHIBIT LIST

| EXHIBIT # | DATE ADMITTED | DESCRIPTION | OBJ. |
|---|---|---|---|
| P-2 | 9/12/2023 | Deposition Transcript of Jorge Monteagudo Dated November 17, 2022 | Agreed |
| P-3 | 9/12/2023 | Deposition Transcript of Christopher Homer De Moya dated January 13, 2023. | Agreed |
| P-4 | 9/12/2023 | Deposition Transcript of Elena Valdes Dated  January 13, 2023. | Agreed |
| P-5 | 9/12/2023 | Deposition Transcript of Manuel Comes Dated February 3, 2023. | Agreed |
| P-6 | 9/12/2023 | Second Deposition Transcript of Elena Valdes Dated March 6, 2023 | Agreed |
| P-7 | 9/12/2023 | Deposition Transcript of Susan Giraldo Dated 2/23/23 | Agreed |
| P-8 | 9/12/2023 | Deposition Transcript of Christopher Homer De Moya as Corporate Representative for THE DE MOYA GROUP, INC. Dated 2/13/23 | Agreed |
| P-9 | 9/12/2023 | Deposition Transcript of Jerome Nasso Dated 2/14/23 | Agreed |
| P-10 | 9/12/2023 | Deposition Transcript of Carlos Manuel Cardona Dated 2/20/23 | Agreed |

| EXHIBIT # | DATE ADMITTED | DESCRIPTION | OBJ. |
|---|---|---|---|
| P-20 | 9/12/2023 | Defendant's email thread (January 21, 2021-Jan. 26, 2021) re: RE: Jorge Monteaguado terminated 10/7/20 sleeping on the roller.<br><br>(DEF 00155-00160) | Agreed |
| P-24 | 9/12/2023 | Police Report dated October 5, 2020<br><br>(DEF00095-DEF00098) | Agreed |
| P-27 | 9/12/2023 | Termination Form for Plaintiff by Jerome Nasso dated October 7, 2020 (DEF 00099-00101) | Agreed |
| P-30 | 9/12/2023 | Discipline of other employees by Defendant re: safety violations | Agreed |
| P-31 | 9/12/2023 | Notice of Approval of Unemployment for Plaintiff | Agreed |
| P-40 | 9/12/2023 | Court's Order granting Defendant's Motion for Summary Judgment ECF No. 87 | Agreed |
| P-41 | 9/12/2023 | Paperless Order denying Plaintiff's Motion to Alter Judgment Pursuant to Fed. R. Civ. P. 59. (ECF No. 100) | Agreed |
| P-42 | 9/12/2023 | Pacer Case search for attorney Nathaly Saavedra, Esq. | Agreed |
| P-43 | 9/12/2023 | E-mail dated November 21, 2022, Response to Public Records Request - Miami-Dade Commission on Human Rights; CHR Charge No. F-851 with documents | Agreed |
| P-46 | 9/12/2023 | Email Nov. 13 2020 - Monteagudo v. De Moya -Charge sent to MDCCHR | Agreed |
| P-48 | 9/12/2023 | Email July 15, 2021 re: status of Charge with the MDCCHR | Agreed |
| P-49 | 9/12/2023 | Email dated Dec. 6. 2021- Re Determination by MDCCHR | Agreed |
| P-50 | 9/12/2023 | Transcript of Hearing on  05-09-23 -Alburquerque v. The De Moya Group | Agreed |

| EXHIBIT # | DATE ADMITTED | DESCRIPTION | OBJ. |
|---|---|---|---|
| D-24 | 9/12/2023 | Ex. 24 Matamoros v. Broward Sheriff's Office– Appeal | |