UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:  1:22-cv-22343-KMM Moore/Louis


JORGE MONTEAGUDO ALBURQUERQUE,


        Plaintiff,

vs.

THE DE MOYA GROUP, INC., a
Florida Profit Corporation,


        Defendant.

----------------------------------x


VIDEOCONFERENCE DEPOSITION OF
SUSAN GIRALDO


Taken on Behalf of the Plaintiff via videoconference


DATE TAKEN:        Thursday, February 23rd, 2023
TIME:        9:01 a.m. - 10:42 a.m.


Held remotely via videoconference


Examination of the witness taken before:
Carol Baer, FPR


Daughters Reporting, Inc.
101 Northeast 3rd Avenue
Suite 1500
Fort Lauderdale, Florida 33301

**PLAINTIFF'S EXHIBIT**

**7**

2

```
 1    APPEARANCES VIA VIDEOCONFERENCE:

 2    Appearing for the Plaintiff:

 3         JOCELYN ROCHA, ESQUIRE
           PEREGONZA THE ATTORNEYS, PLLC
 4         5201 Blue Lagoon Drive, Suite 290
           Miami, Florida 33126
 5         (786)650-0202
           jocelyn@peregonza.com

 6

 7    Appearing for the Defendant:

 8         REGINALD J. CLYNE, ESQUIRE
           QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
 9         9300 S. Dadeland Boulevard, 4th Floor
           Miami, Florida 33156
10         (305)670-1101
           reginald.clyne@qpwblaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1                    I N D E X

2
     TESTIMONY OF SUSAN GIRALDO
3
     Direct Examination by Ms. Rocha:           5
4    Cross-Examination by Mr. Clyne:           59
     Redirect Examination by Ms. Rocha:        59
5    Recross-Examination by Mr. Clyne:         60

6    Certificate of Oath:                      62

7    Certificate of Reporter:                  63

8    Errata Sheet:                             64

9    Read Letter:                              65

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    PLAINTIFF'S EXHIBITS

 2     NUMBER                DESCRIPTION                 PAGE

 3                        NONE MARKED

 4

 5                    DEFENDANT'S EXHIBITS

 6     NUMBER                DESCRIPTION                 PAGE

 7     Exhibit 1    Statement by Susan Giraldo
                    dated January 22, 2021
 8                  DEF00089                             60

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          Videoconference deposition of SUSAN GIRALDO,

2     taken remotely before Carol Baer, Florida Professional

3     Reporter and Notary Public in and for the State of

4     Florida at Large, in the above cause.

5          THE STENOGRAPHER:  Please raise your right

6          hand and I'll swear you in.

7          Do you solemnly swear or affirm the

8          testimony you're about to give will be the

9          truth, the whole truth, and nothing but the

10         truth?

11         THE WITNESS:  I do.

12    Thereupon:

13              SUSAN GIRALDO,

14    having been first duly sworn, was examined and testified

15    as follows:

16              DIRECT EXAMINATION

17    BY MS. ROCHA:

18    Q     Good morning, Ms. Giraldo.  My name is

19    Jocelyn Rocha and I am one of the attorneys that

20    represents the plaintiff, Mr. Monteagudo, in this

21    matter.  Nice to meet you.

22    A     Nice to meet you.

23    Q     Have you ever taken a deposition before?

24    A     No, I have not.

25    Q     So I'm just going to go over a couple

1    ground rules before we start.  I want to remind you

2    that you are currently under oath, which means that

3    you are sworn to tell the truth and nothing but the

4    truth.  Do you understand that?

5         A    I do.

6         Q    And although there's no judge here with us

7    today, there is a court reporter present, and she

8    will be writing down everything that is said.  So

9    your responses here have the same effect as if they

10   were in a courtroom with a judge and jury.

11        A    Okay.

12        Q    And also on that note, she is writing down

13   everything that you say, so, please, whenever you

14   give a response, please make sure it's a verbal

15   response.  Although I can see you shaking your head

16   and --

17        A    I'm sorry.

18        Q    I can see you shaking your head and

19   nodding, but the court reporter won't be able to

20   catch that.  Please make sure that every response is

21   verbal.

22        A    Okay.

23        Q    And is there anything that would prevent

24   you from giving this deposition your full attention

25   here today?

```
 1       A     No.

 2       Q     Is there anything that would prevent you

 3  from being completely honest in this deposition

 4  today?

 5       A     No, there is not.

 6       Q     Are you currently on any medication that

 7  will affect your testimony today?

 8       A     No.

 9       Q     Have you drank any alcohol?

10       A     No, I have not.

11       Q     Is there anything that will influence your

12  ability to respond truthfully to my questions here

13  today?

14       A     No, there's nothing.

15       Q     And the final thing is that if you at any

16  point don't understand a question I'm asking or need

17  me to repeat myself or clarify, I don't mind doing

18  that.  So, please, if you don't understand, you can

19  just ask me to repeat myself.

20       A     Okay.  Thank you.

21       Q     Also, I don't expect to be here too long,

22  but if you do need to take a break to go to the

23  restroom or grab water, all I ask is that you please

24  wait until the question and the response have been

25  completed and then we can take a break.
```

1       A    Okay.

2       Q    Could you please state your full name for

3  the record.

4       A    Yes.  It's Susana Giraldo.

5       Q    Could you please spell that for us?

6       A    Yes.  Susana, S-U-S-A-N-A, and Giraldo is

7  G-I-R-A-L-D, as in David, O.

8       Q    Have you ever gone by any other names?

9       A    Susan.

10      Q    Officially or is that just a nickname?

11      A    Nickname.  I do use it at work.

12      Q    Got it.  Do you have a maiden name?

13      A    Mejia is my mother's maiden name.

14      Q    But have you ever been married?

15      A    No, I have not.

16      Q    And what is your date of birth,

17  Ms. Giraldo?

18      A    12/13/1971.

19      Q    Were you born here in Miami?

20      A    No.  I was born in Rockford, Illinois.

21      Q    Where were your parents born?

22      A    They were both born in Colombia.

23      Q    When did they move here -- well, to

24  Illinois?

25      A    To Illinois?  My mother was pregnant.  She

1    had me as she was driving to Illinois, so 1971.  She

2    had me in Rockford.  So back in '71.

3         Q     And when did they come here from Colombia?

4    Was that the same year?

5         A     I do not know the exact year.

6         Q     Do you know if they were young or older?

7         A     They were young.

8         Q     When did you move from Illinois?

9         A     I was 12 and a half.  I don't remember the

10   actual year, but I would like to say maybe '82, '83.

11        Q     And your parents are Colombian.  So are

12   you only Colombian or do you have any other

13   ethnicities?

14        A     I'm American Colombian.

15        Q     And what is your current address?

16        A     29901 Southwest 169th Avenue, Homestead,

17   Florida 33030.

18        Q     What kind of residence is it?  Is it a

19   house, an apartment?

20        A     It is a house.

21        Q     Do you rent it or do you own it?

22        A     Neither.  I live with my fiancé.

23        Q     Congratulations.

24        A     Thank you.

25        Q     And how long have you lived with your

```
 1   fiancé in Homestead?

 2        A    About two years, going on three.

 3        Q    Where did you live before?

 4        A    I lived with my parents.

 5        Q    And what is their address?

 6        A    15721 Southwest 137th Court, Miami,

 7   Florida 33177.

 8        Q    That's kind of my area, actually.

 9             Do you have any children?

10        A    I do.

11        Q    How many?

12        A    One.

13        Q    And how old is he or she?

14        A    She is 28.

15        Q    Are they employed?

16        A    Yes, they are.

17        Q    Where?

18        A    Where?

19        Q    Yes.

20        A    The Ritz Carlton in Key Biscayne.

21        Q    You moved here when you were 12 and a

22   half.  What level of education do you have?

23        A    I did go to a technical college.

24        Q    Did you get your bachelor's degree?

25        A    I did not.
```

```
1          Q      Did you get your associate's?

2          A      I did not.

3          Q      But you have the certification for tech?

4          A      I had a certification for medical

5    transcriptioning.

6          Q      Do you have any other certifications or

7    licenses?

8          A      No, I do not.

9          Q      Did you go to high school?

10         A      Yes, I did.

11         Q      Where did you go to high school?

12         A      Sunset Senior High.

13         Q      And the tech college, what was it called?

14         A      I don't remember the full name.  I believe

15   it might have been National Institute of Technology.

16         Q      And is that in Miami?

17         A      It was in Miami.

18         Q      Have you ever been arrested before?

19         A      I'm sorry.  I couldn't hear your question.

20         Q      Have you ever been arrested before?

21         A      No, I have not.

22         Q      Have you ever been convicted of a crime?

23         A      No, I have not.

24         Q      Have you ever been involved in any other

25   legal claims or lawsuits?
```

1        A      I have.

2        Q      Were you a party to the lawsuit?

3        A      I was.

4        Q      Which party?

5        A      I don't understand when you say which

6    party.  If you can rephrase that question.

7        Q      Don't worry.  So if you were a party --

8    what kind of lawsuit was it?

9        A      I was seven months pregnant and I fell in

10   a grocery store, so I was a victim to that.  I had

11   fallen.

12       Q      So were you the plaintiff?

13       A      If the plaintiff means the victim, yes.

14       Q      Yeah.  You were the one that brought the

15   suit, right?

16       A      I did, correct, yes.

17       Q      Okay.  Perfect.

18              Again, if you don't understand my

19   question, please, I don't mind rephrasing.

20       A      Thank you.

21       Q      But you didn't take a deposition in that

22   lawsuit?

23       A      I did not.

24       Q      Okay.  Did you do anything to prepare for

25   this deposition?

1       A    I did.

2       Q    What did you do?

3       A    I met with my lawyer.

4       Q    Did you do anything else?

5       A    I did not.  Well, write a statement.

6       Q    What kind of statement?

7       A    It's a statement regarding what happened

8  on the day of the conversation with Mr. Monteagudo

9  and Chris de Moya.

10      Q    And why did you write a statement today?

11      A    Today?  I did not right the statement

12 today.

13      Q    Oh, okay.  Sorry.  I meant when you were

14 preparing for this deposition in particular.

15      A    Not when I was preparing for the

16 deposition.  At the time I was asked is when I wrote

17 the statement.

18      Q    So in preparation of today, did you do

19 anything?

20      A    Only meet with my lawyer.

21      Q    Did you review any documents?

22      A    I have a statement.

23      Q    So you just reviewed your statement?

24      A    Correct.

25      Q    Have you spoken to anyone other than your

14

```
 1    lawyer about the case?

 2          A    No, I have not.

 3          Q    And when you met with your lawyer, was

 4    anyone else present in that meeting?

 5          A    Only his partner, Andres.

 6          Q    And where are you taking this deposition

 7    from today, like where are you right now physically

 8    located?

 9          A    I'm in my lawyer's office.

10          Q    And who else is there besides yourself?

11          A    No one else but my lawyer and myself.

12          Q    Are there any documents in front of you?

13          A    At this moment, no.

14          Q    I want to talk to you about The de Moya

15    Group.  How long have you been working there?

16          A    Six years.

17          Q    And what is your position?

18          A    Administrative assistant.

19          Q    How long have you been working in that

20    position?

21          A    Maybe for five years.

22          Q    And when you were hired, were you hired

23    for that position?

24          A    I was not.

25          Q    What position were you hired for?
```

```
 1        A      Receptionist.

 2        Q      And so what made you switch positions?

 3        A      The only position at that time was

 4   receptionist, but my background was administrative

 5   assistant and accounts payable.

 6        Q      So how did the switch happen?

 7        A      They just saw -- they kept on giving me

 8   more tasks in the office, and it kind of just flew

 9   into receptionist, administrative assistant,

10   clerical work.  So it just gave me the title, you

11   know, administrative assistant in various jobs.

12        Q      And so are your responsibilities as an

13   administrative assistant the same as receptionist?

14        A      I do both.

15        Q      Did anyone replace you as a receptionist?

16        A      At one time.

17        Q      When?

18        A      I don't recall the exact time.

19        Q      By who were you replaced?

20        A      By a female, an older female.  I don't

21   recall her full name.

22        Q      And you don't remember what year this was?

23        A      No, I do not remember what year.

24        Q      Was it recently or a long time ago?

25        A      It was several years ago.
```

1      Q     And why did she leave?

2      A     Why did she take on the reception role?

3      Q     Well, is she still there as a

4   receptionist?

5      A     No, she's no longer there.

6      Q     So who's the receptionist now?

7      A     Myself.

8      Q     So as receptionist -- sorry.

9            Would you say that you've been

10   receptionist from the beginning of your employment

11   to now?

12     A     I've been the receptionist but now I'm

13   also an administrative assistant because I have a

14   bunch more tasks added to my job description.

15     Q     Okay.  I understand.  Sorry if I get

16   repetitive.  I'm just trying to understand and make

17   sure I get everything clear.

18     A     You're fine.

19     Q     So how did you find out about the job, the

20   opening at de Moya?

21     A     Through a job recruiting through either

22   Indeed or ZipRecruiter.  I was just applying in all

23   those.

24     Q     And who hired you?

25     A     The de Moya Group hired me.

```
 1        Q      Individually, though, who hired you?
 2        A      The office manager, Kim Jackson, and also
 3   Carli Moore.
 4        Q      Are those the same people that interviewed
 5   you?
 6        A      Correct, yes.
 7        Q      What is Carli Moore's position?
 8        A      She is assistant to the secretary and
 9   assistant treasurer.
10        Q      Do you know who made the decision to hire
11   you?
12        A      I do not know.
13        Q      Tell me your work e-mail address, please.
14        A      Susan, S-U-S-A-N, dot Giraldo,
15   G-I-R-A-L-D-O, at de Moya, D-E-M-O-Y-A, dot com.
16        Q      In your position as receptionist and
17   administrative assistant, do you know what
18   department those positions fall under?
19        A      I do not.
20        Q      Do you know how many -- so at de Moya, do
21   you work in an office?
22        A      It's an open office in the area that I
23   work in.
24        Q      Could you please explain a little bit
25   more?  So is there a warehouse?  Is there just an
```

18

1   office?

2       A    It's a building.  And once you come in,

3   there's a lobby.  After the lobby, there's an open

4   space with several desks, and that is where I work

5   at, in one of the front desks facing the front door.

6       Q    Is it kind of like a receptionist desk

7   like when you walk in?

8       A    No.  It's my desk, but it does face the

9   lobby and then the front door, so I would be the

10  first person to see who's coming in.

11      Q    And then there are other desks around you?

12      A    Correct.

13      Q    Who works around you?

14      A    I have my co-worker, Lorena Jervis.  She

15  works to the left of me.  And I have two empty desks

16  behind myself.

17      Q    So is Lorena Jervis the only person that

18  works in the same office with you?

19      A    In the same work space.

20      Q    And so I'm sorry.  I'm trying to get a

21  picture because I've never been to The de Moya

22  Group, so I'm trying to understand how the layout

23  works.

24           So you have Lorena next to you, two empty

25  desks behind you, and then when is the next person,

1   I guess?

2       A     Okay.  So we have offices to both my right

3   and left.  The conference room would be to my left

4   in front of Lorena Jervis's office with a wall

5   space.

6       Q     Whose offices are the ones next to you

7   guys?

8       A     Okay.  So we do have walls next to -- on

9   Lorena's left-hand side and my right-hand side, we

10  do have walls with doors.

11           After the conference room, we have Jorge

12  J. de Moya, that is further back.  To the left

13  corner in the back as well, we have John Romano.

14           To my front right, behind the lobby would

15  be our general manager, Kim Jackson.  And directly

16  behind the last two desks behind myself is Alvaro de

17  Moya, the president of the company.  And they all

18  have doors in their offices.

19      Q     Okay.  Thank you.

20      A     You're welcome.

21      Q     And so as receptionist and administrative

22  assistant, could you please tell me, I guess, your

23  responsibilities and your duties.

24      A     Okay.  Well, I do accounts payable.  I

25  also work with insurance claims on property damage.

1    I handle clerical work.  I answer the doors.  I

2    answer the phones.  I do miscellaneous work around

3    the office, meaning coffee and just other little

4    tasks that may be requested of myself.

5         Q     When you say answering the doors, what do

6    you mean by that?

7         A     If someone comes up to the door, we do

8    have a buzzer.  I press the button and ask who they

9    are and I decide whether they are allowed to come in

10   or not.

11        Q     Is there security in your office?

12        A     No person as security, no.

13        Q     What do you mean no person?

14        A     No security individual.  But, for example,

15   the doors are hurricane proof so they have the

16   security, the buzzing system.  That's what I mean by

17   security.

18        Q     Are there cameras?

19        A     Not -- I know there's cameras, but I'm not

20   aware that they are functioning at this moment.

21        Q     Do you know if there's always been

22   cameras?

23        A     When I say cameras, I know that they're

24   outside cameras.  I don't know of any inside the

25   office.

```
 1        Q     You've never seen any inside the office?

 2        A     No, I have not.

 3        Q     Do you guys have like a Ring app at the

 4   door?  Is there any way to see who's coming in

 5   before you let them in?

 6        A     No.  The doors have large windows so you

 7   can see who the person or persons are.

 8        Q     Do you have anyone reporting to you in

 9   your position?

10        A     I do not.

11        Q     Who do you report to?

12        A     My office manager, Kim Jackson.

13        Q     Do you report to anyone else?

14        A     Carli Moore at times.

15        Q     Do a lot of the employees -- because I

16   know in your office, you have about, I think you

17   mentioned, like six people that work in your

18   immediate office?

19        A     I didn't mention the number of people that

20   work in my office.  There are several.

21        Q     So out of the names you gave me, there's

22   more than those people that work there?

23        A     Correct.

24        Q     Could you explain, are they located in the

25   same office, in the open area you were telling me
```

22

1    about?

2         A    No, they are not located in the same space

3    that I work in.  There's a second floor.

4         Q    Okay.  So how many floors is the building?

5         A    Two.

6         Q    And so the rest of the employees work on

7    the second floor?

8         A    Correct.

9         Q    About how many people would you say then

10   work in your building?  It doesn't have to be exact.

11        A    I would say anywhere -- we could have

12   seven to maybe 12 people at one time.

13        Q    And what kind of positions are the people

14   that work in the building then besides yourself and

15   the office manager and the people you already

16   mentioned?

17        A    I'm sorry.  You did say positions that

18   they work in?

19        Q    Yeah.  You can say their positions and

20   their names.

21        A    Okay.  Jorge de Moya.  I'm not exactly

22   sure of his position, but I do know that he mainly

23   does deposits for the company.

24        Q    You say Robert?

25        A    I did not.

```
 1        Q    I didn't hear the first name.

 2        A    His name full name is Jorge de Moya.

 3        Q    I don't know where I got Robert from.

 4        A    It's okay.  I know that I've seen him do

 5   deposits for the company.

 6             We do have James Ankrum.  He's our safety

 7   manager that comes in and out of the office.

 8             I did mention John Romano.  He's the

 9   controller of the company.

10             Lorena Jervis is also an administrative

11   assistant, and she has her own tasks that she

12   handles.

13             Alvaro de Moya is the president of the

14   company.

15             Kim Jackson is the general manager.

16             Carli Moore, again, is the assistant

17   secretary/treasurer.

18             We have Sheryl Riley upstairs that does

19   human resource and company insurance -- medical

20   insurance.

21             We have AJ de Moya that is upstairs who is

22   vice-president of the company.

23             We have Alisa de Moya who is the secretary

24   and treasurer of the company as well, treasurer as

25   well.
```

24

```
 1              We have Chris de Moya that comes in from
 2    time to time.  I'm not quite sure whether he's a
 3    vice-president as well.
 4              And those are the main people.
 5         Q    Does Elena Valdes work in the same
 6    building as you?
 7         A    No, she does not.
 8         Q    Where does she work?
 9         A    I believe at this moment she's working
10    remotely.
11         Q    Has she always worked remote?
12         A    I do not know.
13         Q    Has she ever worked in your building with
14    you?
15         A    No, she has not.
16         Q    Do you know Carli Bailey?
17         A    Yes, I do.
18         Q    Does she work in your building as well?
19         A    She's the same person as Carli Moore.
20         Q    Oh, okay.  I'm sorry.  I didn't know that.
21              Do you have the ability to hire and fire
22    employees?
23         A    I do not.
24         Q    Could you write someone up?
25         A    I cannot.
```

```
 1        Q      Are you able to discipline any employees?

 2        A      No, I do not have that authority.

 3        Q      So other than yourself and Ms. Jervis, is

 4   there anyone else in your same position?

 5        A      No, there's not.

 6        Q      And so with the people that you work with

 7   in your building, would you say you interact with

 8   them often?

 9        A      Yes.

10        Q      And, of course, there are employees that

11   work on the construction sites such as Chris de

12   Moya; that they're always traveling from job site to

13   job site.  So how often would you say you interact

14   with the laborers or the operators?

15        A      I don't at all interact with them.

16        Q      Do they ever come to the office?

17        A      Yes, they do.

18        Q      Would you say often or...

19        A      Rarely.

20        Q      What are some of the reasons that they

21   would come to the office then?

22        A      If they need -- for example, they'll come

23   in and have a question for HR for their medical.

24        Q      Anything else?

25        A      If they need to pick up any documents.
```

1        Q      Anything else?

2        A      If they want to speak to any person in

3    particular.

4        Q      Anything else?

5        A      No, that's about it.

6        Q      If an operator or a laborer has a

7    complaint, would they come to the office?

8        A      Some have.

9        Q      How many have you seen come to the office

10   with a complaint?

11       A      I've experienced maybe two individuals.

12       Q      And who are the individuals?  Do you

13   remember their names?

14       A      Before Monteagudo, I do not recall the

15   second gentleman's name.

16       Q      What did the second person complain about?

17       A      He just didn't feel he was comfortable

18   with the position he was given and wanted to see if

19   he could maybe get an easier position because of the

20   weather.  Apparently he was working outside in the

21   heat.  He had that complaint and wanted to speak to

22   someone.

23       Q      That was before Mr. Monteagudo?

24       A      Correct.

25       Q      Do you remember if it was a few months

```
 1   before, a few years before?

 2        A    I don't recall.

 3        Q    No worries.

 4             Do you remember what happened after he

 5   complained to you?  What did you do next, after the

 6   second person?

 7        A    I'm sorry.  So we're talking about the

 8   person that is not Monteagudo, correct?

 9        Q    Yes, correct.

10        A    And the question, if you can tell me the

11   question again.

12        Q    After he complained to you about the

13   position, what did you do?

14        A    He didn't complain to myself.  He just

15   asked to speak to someone.  And since it was in my

16   work space, I just briefly overheard it was because

17   of the heat.

18        Q    And you say you overheard.  Is the office

19   small enough where everyone kind of hears

20   everything; it's an open space?

21        A    Our open space is small, medium-sized,

22   where it depends on the volume of their voice, you

23   can hear.

24        Q    And the second person that we don't know

25   his name, who did he complain to?
```

1       A       I don't recall who he spoke to that day.

2       Q       Do you remember who he asked to speak to?

3       A       I do not remember who he asked to speak

4    to.

5       Q       And the only other person that you

6    remember coming to the office to complain that was a

7    laborer or operator was Mr. Monteagudo then?

8       A       Yes, correct.

9       Q       Is the office building the only location

10   that de Moya has?

11      A       We have other locations throughout

12   Florida.

13      Q       Do you know how many?

14      A       I don't have the exact number.

15      Q       Okay.  Is it a lot?  Over or under five?

16      A       I could not tell you.  I know that there's

17   one in Fort Lauderdale.  There's our compound on

18   Okeechobee.  I would say less than four that I

19   personally know of.

20      Q       And those are all physical building

21   locations that are also The de Moya Group?

22      A       Correct.

23      Q       Do you work for de Moya or Asphalt?

24      A       I work for The de Moya Group, but there

25   might be a couple jobs that will be -- tasks that

```
 1    will be given to me for the Asphalt Group.
 2         Q    And what is your understanding of the
 3    company's policy regarding discrimination?
 4         A    I've never been given a policy, per se,
 5    for discrimination.  I just know my knowledge of
 6    discrimination.
 7         Q    And so what do you think -- what is your
 8    knowledge on discrimination?
 9         A    My understanding and definition of
10    discrimination would be maybe discriminating someone
11    because of their race, ethnicity, color, religion.
12         Q    And when you say discriminate, what
13    exactly does that mean to you?
14         A    It means that maybe someone would not be
15    employed because of their color, maybe their gender,
16    maybe their ethnicity, their religion.
17         Q    What kind of acts do you think constitute
18    discrimination?
19              MR. CLYNE:  Objection.  This is beyond the
20         scope of this witness.
21    BY MS. ROCHA:
22         Q    You can answer.
23         A    Can you rephrase that question because I
24    don't understand what you mean when you say acts.
25         Q    I just want to know, so when you think
```

```
 1    about discriminating acts, what do you think that

 2    looks like?  What kind of acts or actions?

 3        A    If you hit someone, because they're black,

 4    you call them names, you actually go out to hate

 5    them, to stay away from the person maybe.

 6        Q    Anything else that you think would be

 7    discriminatory acts?

 8        A    Maybe not hiring a person, not allowing a

 9    person into the building because of, again, their

10    ethnicity, race, color, language.

11        Q    Have you ever attended a policy like a

12    training on discrimination or any of the company's

13    policies?

14        A    No, I have not.

15        Q    So Mr. Chris de Moya, do you know who that

16    is?

17        A    Yes, I do.

18        Q    Did you know him before working for The de

19    Moya Group?

20        A    I did not.

21        Q    When did you meet him?

22        A    I met him when I was hired, a few days

23    later when he had come into the office.

24        Q    Does he come into the office often?

25        A    He does.
```

```
 1        Q     Do you report to him?

 2        A     I do not.

 3        Q     How many times a week would you say you

 4   interact with Mr. de Moya?

 5        A     When he's in the office, the only

 6   interaction was good morning.  If he has a question

 7   for me, he'll address me.  If I have a question for

 8   him or any information I need to give to him, that's

 9   when we have our contact.

10        Q     Do you have his cellphone number?

11        A     Yes, I do.

12        Q     Do you have a company cellphone?

13        A     I do.

14        Q     Is a company cellphone provided to every

15   employee?

16        A     No, it is not.

17        Q     How does the company decide who gets a

18   cellphone?

19        A     Usually supervisors, foremen, management,

20   maybe one mechanic.

21        Q     Do you know the company's cellphone number

22   that you have?

23        A     The software that we have?

24        Q     No, cellphone number.

25        A     Our company cellphone number?
```

```
 1      Q    Your company cellphone number, do you know
 2  it?
 3      A    Yes.  It's (786)307-5662.
 4      Q    And that's different from your personal
 5  cellphone, right?
 6      A    No, that's my personal number.  However,
 7  the phone is a company phone.
 8      Q    I understand.
 9           So it's your cellphone but the company
10  pays for it?
11      A    Correct.
12      Q    So did they give it to you or did they
13  just start giving you kind of a cellphone...
14      A    I had an old cellphone, and they offered
15  me a new one so I took it.
16      Q    I probably would have done the same.
17      A    It was a nice one.
18      Q    So when you need to speak to Chris, do you
19  call him using your company cellphone or do you call
20  him using the office phone?
21      A    No, I call him using the office phone or I
22  e-mail him.  If he may be somewhere outside of
23  Miami, I might call him if it's an appointment he
24  has or a conference he has and I don't know where
25  he's at, I may at that time, if it's that important,
```

```
 1    I might directly call him.  But, again, it's the
 2    office phone that I would use first.
 3         Q    Do you use your cellphone to contact
 4    anyone in your office?
 5         A    Only my office manager if I call in sick
 6    and those are not her working hours.  It might be
 7    before she gets to work, I might call her on my cell
 8    or send her a text message.
 9         Q    And that's Kim, right?
10         A    Correct.  Kim Jackson.
11         Q    Have you ever used your cellphone to call
12    Alisa de Moya?
13         A    Yes, I have.
14         Q    Would you say you do so often?
15         A    No, I do not.
16         Q    What's an occasion that you would use your
17    cellphone to call her?
18         A    I used the phone to call her when she --
19    it was just we were ordering food one day, and I
20    called her to see if she wanted to have lunch with
21    us.
22         Q    Does the office go to lunch often?
23         A    No.  We have lunch inside the office.
24         Q    There's like a room for that, I assume?
25         A    Well, we eat at our desk, but we do have a
```

```
 1    conference room when it's a special occasion.

 2         Q    Was it a special occasion the day you

 3    called her for lunch?

 4         A    No.  She was just not in the office, and I

 5    wanted to ask if she wanted us to order her

 6    something for lunch.

 7         Q    Out of everyone in the office, who would

 8    you say you work closely with, the closest with?

 9         A    With both Lorena Jervis because she is to

10    my left and Kim Jackson, my office manager.

11         Q    Do you speak to Elena Valdes often?

12         A    She'll call me or most of the time she

13    e-mails me.

14         Q    Why would she call or e-mail you, to ask

15    you to do what?

16         A    She would call me to tell me that she's

17    coming in for a meeting, if the conference room is

18    clear.  She'll e-mail me some of her paperwork that

19    she might need scanned to her.

20         Q    How many times a week would you say you

21    interact with Ms. Valdes?

22         A    It varies.  It could be once every three

23    weeks or twice a month, if that.

24         Q    Do you know what position she has?

25         A    I think she's risk manager.  It might be
```

1   not in that exact name, but I know she's risk safety

2   manager, I believe.

3        Q    I know you told me.  I'm sorry.  Did

4   Ms. Moore work in the same floor as you or she works

5   on the second floor?

6        A    She works on the second floor.

7        Q    Now, for Mr. Monteagudo, do you know who

8   that is?

9        A    I only knew who that was that day that he

10  had come in.

11       Q    You had never spoken to him before?

12       A    No, I had not.

13       Q    And you had never met him before the day

14  he came in?

15       A    No, I had not.

16       Q    Had you heard about him before?

17       A    No, I had not.

18       Q    Do you often speak to supervisors or

19  foremen?

20       A    If they call in asking for someone.

21       Q    What do you mean asking for someone?

22       A    You'll have a foreman or a supervisor

23  coming in wanting to either speak to Sheryl Riley in

24  human resource or maybe needed a document or invoice

25  from Kim Jackson.  And since I pick up the phone,

1    I'll transfer the calls.

2         Q    So every person that calls the office, you

3    transfer the call?

4         A    Myself and Lorena, she picks up.

5         Q    And you said that there's human resources.

6    You don't know what department you're in, right?

7         A    I don't -- I was never given a department

8    name, per se.

9         Q    I'm just trying to find out like what are

10   all the departments that work in the office?

11        A    James Ankrum, he's the safety manager, but

12   he comes in and out of the office because he has to

13   be at the job sites.

14             John Romano, the controller, stays at his

15   desk.  The president stays behind us in his room.

16   Kim Jackson in her office.  Alisa upstairs.  Sheryl

17   Riley upstairs in her office.

18        Q    Do you interact with Alisa a lot?

19        A    She comes in most every day.  "Good

20   morning," but nothing, you know, very personal or

21   anything company related at all.  Maybe a blood

22   drive, something like that.

23        Q    So you never met Mr. Monteagudo until the

24   day he came into the office.  Do you remember the

25   day that was?

1      A    I only remember it was early

2  September 2020.

3      Q    Do you know what position he is in the

4  company?

5      A    No, I do not.

6      Q    Do you know about his work performance?

7      A    I do now after the conversation.

8      Q    After what conversation?

9      A    After he came into the office and had a

10  conversation between himself and Chris.

11     Q    So other than that interaction, you don't

12  know anything about his work performance?

13     A    I did not.

14     Q    Okay.  But now you do?

15     A    Briefly, I know I learned that he was an

16  equipment operator and he worked alongside Noel

17  Leon.  After he came in, I heard that.

18     Q    So now what do you know about his work

19  performance?

20     A    When I was asked to translate, I would

21  hear that Noel Leon wasn't happy with his work

22  performance.

23     Q    He told you that?

24     A    He mentioned that Noel Leon had told him

25  to do something and he was not happy with Noel Leon.

```
 1        Q    What did he tell you exactly?

 2        A    I can't recall verbatim what he said that

 3   day.  All I know is that he said he felt

 4   disrespected.  And I know that he was given certain

 5   tasks to do.

 6        Q    Do you remember what tasks?

 7        A    I don't recall which specific task.

 8        Q    Do you remember what day of the week this

 9   happened?

10        A    I don't remember exactly what day of the

11   week.

12        Q    Do you remember if the office was full or

13   empty that day?

14        A    It was in the afternoon.  We had several

15   people upstairs, in the lobby, and in my area.  It

16   was not full.

17        Q    How do you remember that he told you he

18   was disrespected?

19        A    When he came in -- once we were in the

20   conference room and I was starting the translation,

21   he would raise his voice, lower his voice, and say

22   that he was disrespected by Noel Leon on a couple

23   occasions.

24        Q    Do you remember the words in Spanish that

25   he used?
```

1       A    I don't recall the words in Spanish at

2   this moment.

3       Q    So you can't tell me anything he said

4   verbatim?

5       A    No, that is not what I said.  I know

6   that -- right now, I do recall he said that he felt

7   insultado; that he felt -- he didn't like the manner

8   in which Noel Leon spoke to him.

9       Q    And when he said that, how did he say it

10  in Spanish?

11      A    (Speaking Spanish.)

12          THE STENOGRAPHER:  I can't get it in

13      Spanish.

14          MS. ROCHA:  Okay.  That's fine.

15  BY MS. ROCHA:

16      Q    So what other words were used?

17      A    He used a lot of construction lingo that I

18  wasn't very familiar with.  I just know that his

19  tone of voice and his anger seemed to be towards

20  Noel Leon, and he felt maybe spoken rudely to by him

21  on some occasions, and that he was fed up with that

22  behavior and just asked to possibly get reassigned

23  to another project.

24      Q    And when you say construction lingo, what

25  kind of words do you mean?  I don't know what

40

1   construction lingo is.

2        A    Maybe the equipment.  I'm not sure what a

3   roller is.  I'm not sure.  There's a lot of words

4   that they use in construction or projects that they

5   do that I'm not aware of.

6        Q    So when he was talking, there was some

7   parts you didn't understand?

8        A    No, but Chris de Moya did.  Chris de Moya

9   does understand some Spanish and he was able to hear

10  him out and understand most of the conversation.

11       Q    So when you're translating -- Chris de

12  Moya asked you to translate, correct?

13       A    He did.

14       Q    And so when he asked you to translate, you

15  guys went into the conference room?

16       A    Yes, we did.

17       Q    And then were you translating every word

18  or when it was necessary?

19       A    Only when it was necessary, when Chris

20  would ask something.

21       Q    Was anyone else in the room?

22       A    Do you mean was anybody else in the

23  conference room?

24       Q    Yes.

25       A    No.  It was myself, Chris, and

1    Mr. Monteagudo.

2        Q    So going back to that afternoon, could you

3    please explain -- could you take me through the day

4    almost as to how this happened from the beginning?

5        A    Yes, of course.

6             So Mr. Monteagudo had approached the door.

7    I saw him.  His demeanor just seemed agitated when

8    he tried to open the door.  I did buzz and asked who

9    he was, and he said that he was an employee of the

10   company and that he needed to please speak to Chris

11   de Moya.

12       Q    Did he say please?

13       A    No, he did not.  I just -- I'm used to

14   saying please a lot.  I'm sorry.

15       Q    So he was agitated.  He was trying to open

16   the door and then you buzzed him in?

17       A    I asked who he was.  He said he was an

18   employee and he needed to speak to Chris de Moya, so

19   I buzzed him in.

20             He walked into the lobby area and then I

21   go:  Yes, may I help you?  I allowed him to pass the

22   lobby area at that moment, and then he started to

23   explain briefly that he had a situation with Noel

24   Leon and that he would like to speak to Chris de

25   Moya and possibly get a transfer to another project.

1          That's when I told him to please, if he
2    could wait in the lobby and I would see if Chris de
3    Moya was available.
4          Q     And then what did you do?
5          A     I went upstairs and got Chris de Moya and
6    asked if he could come to meet with Mr. Monteagudo.
7          Q     Did you know that he was having a meeting?
8          A     Yes, I did.
9          Q     But you stopped the meeting anyway?
10         A     I knocked on the door, yes, because I
11   didn't care for how Mr. Monteagudo came into the
12   office.  He was waving his hands a lot and he seemed
13   to be very upset, so I did make it a point to get
14   Chris de Moya down stairs to help me with that
15   situation.
16         Q     Have you ever stopped one of Chris'
17   meetings before like that?
18         A     Not like that.
19         Q     So why did you feel the need to do it that
20   day?
21         A     I didn't feel comfortable having this
22   gentleman in the office.
23         Q     And why didn't you feel comfortable?
24         A     By his tone of voice, his body language,
25   and his persistence to want to speak to Chris de

1    Moya.

2         Q    Was he screaming?

3         A    His voice was louder than a usual person,

4    Hispanic male, I would say.  And the way he was

5    handling his hands and his body language.

6         Q    But he wasn't screaming?

7         A    No, not screaming to the top of his lungs,

8    no.  But he would raise his voice and try to make

9    his point across.

10        Q    At what point?

11        A    Once we were in the conference room.

12        Q    Oh, okay.

13        A    That's what I mean when I meant that.

14        Q    But before you grabbed Chris de Moya, was

15   he screaming?

16        A    He was very agitated.

17        Q    What do you mean by that?

18        A    Agitated.  He was red.  It seemed like he

19   was -- he was just very angry.

20        Q    Was he screaming?

21        A    He was not screaming, to my recollection.

22        Q    Was he speaking rudely to you?

23        A    He was not speaking rudely, but he did

24   want to speak to someone at that moment.

25   Specifically Chris de Moya.  He mentioned Chris de

44

```
 1    Moya.
 2         Q    And then when you told him to please sit
 3    and wait so you could go grab Mr. de Moya, what did
 4    he do?
 5         A    He stood standing up for a little while.
 6    I don't know whether he did eventually sit down
 7    because I got up and went to the second floor to get
 8    Chris.  But I told him he could have a seat in the
 9    lobby.  So I did not physically witness him sitting
10    down.  He stayed standing up while I was getting
11    Chris, so I don't know what he did after that,
12    before I came down.
13         Q    When he walked into the office, was anyone
14    else concerned about him being there?
15         A    They may have heard his voice, but I don't
16    know whether they were concerned or not.
17         Q    But no one jumped into the conversation?
18         A    Correct.
19         Q    And then in the conference room -- so then
20    after you grabbed Chris, what happened next?
21         A    I'm sorry?
22              MR. CLYNE:  Sorry.  Attorney coughing.
23    BY MS. ROCHA:
24         Q    After you went and grabbed Mr. de Moya,
25    what happened next?
```

```
1        A    So we walked down together.  He greeted

2    Mr. Monteagudo and told him let's talk in the

3    conference room.  And that's when we went into the

4    conference room to hear him out.

5        Q    Did he ask you to go in with him at that

6    moment?

7        A    He who?

8        Q    Mr. de Moya.  Sorry.

9        A    Mr. de Moya asked me to translate for --

10   if I would translate for him as we were walking

11   down, and I said yes.  I agreed to translate for

12   him.

13       Q    Why would he need you to translate for

14   him?

15       A    He's not fluent in Spanish.  He knows

16   Cuban -- the Cuban construction lingo.  He does

17   speak a lot of Spanish, but he's not fluent in it.

18       Q    So he only speaks Spanish when it comes to

19   construction lingo?

20       A    I do not know if that's the only thing he

21   speaks.  I know that he wanted me to be there in

22   case he didn't understand anything.

23       Q    Whenever he speaks to you, does he speak

24   to you in English or Spanish?

25       A    English.
```

1      Q     So when you went down and you grabbed --

2  and Mr. de Moya said let's go to the conference

3  room, what happened next?

4      A     So Mr. Monteagudo, myself, and Chris were

5  in the conference room.  And Mr. Monteagudo started

6  saying that he was having certain situations with

7  Noel Leon, feeling disrespected, feeling maybe as if

8  he was -- he felt as if -- there were times that he

9  felt maybe a little belittled or spoken rudely to.

10           And, I guess, he had enough and just

11 decided that he wanted to have Chris help him be

12 transferred to another project.

13     Q     Do you think he was complaining about

14 discrimination?

15     A     I do not.

16     Q     But you said that he was complaining about

17 being insulted too, right?

18     A     Yes, I did say that.

19     Q     And in that conversation, was

20 Mr. Monteagudo screaming at this point?

21     A     He was just raising his voice at times.

22     Q     Were you uncomfortable?

23     A     No, because Chris was there with me.

24     Q     And what was Chris saying?

25     A     Chris was speaking to him in his Spanish

1    and was mentioning to Mr. Monteagudo and hearing him

2    out.  There was a point where Mr. Monteagudo for

3    some reason, and I don't recall what -- why or what

4    came up to it, but he did raise his finger to Mr. de

5    Moya, Chris de Moya's face, and it kind of took us

6    back.  And at the same time, we both told him to

7    please calm down and lower his finger.

8            So that's what happened there.  And they

9    were fairly doing well with the translation between

10   them two, so I didn't have to, you know, explain too

11   much.

12       Q    So what do you mean by that?  So you only

13   had to translate a couple things?

14       A    Well, whenever Chris didn't understand or

15   maybe Chris wanted to let Mr. Monteagudo know that

16   he would speak to Noel Leon and a few others to

17   get -- I'm assuming to get their side of what had

18   happened and also to reassure him, Chris wanted me

19   to reassure him that he would look into it and see

20   what he could do as far as giving him a new project

21   and assign him a new project area.

22       Q    Was Chris raising his voice back?

23       A    Never.

24       Q    Did Mr. Monteagudo lower his voice at any

25   point?

48

```
 1        A     He kept the same tone and it would only
 2   escalate at times, but it was never in a calm
 3   nature.  Maybe only towards the end when we had --
 4   when we had finalized the conversation, that's when
 5   he had given Chris, I believe, the hand and said
 6   thank you.  And that was it.  That was the only time
 7   I saw him fairly calm.
 8        Q     Has there ever been an incident in the
 9   office where you had to call the police?
10        A     No, never.
11        Q     Has there ever been an incident where you
12   had to call security or one of the guys upstairs?
13        A     We did call one safety manager that was
14   there briefly just because he was the only male
15   there.  It was just an incident of a person coming
16   to the door.  I guess, the Uber had left him.  We
17   don't know what had transpired behind the door, but
18   he was agitated and hit the door, and I told him to
19   please get away from the door.
20              And then this person, the safety manager
21   that was hired very briefly, maybe a month or so,
22   did tell him to please calm down or else we'd call
23   the police.  But that was it.  That was the only
24   time.
25        Q     Was that person an employee?
```

```
1      A     No, he was not.

2      Q     It was just a random stranger?

3      A     Yeah, just a random situation.

4      Q     During your conversation with Mr. de Moya

5   and Mr. Monteagudo, no one else was called into the

6   room, right?

7      A     No, nobody was.

8      Q     And then what happened next?

9      A     Next, after the conversation?

10     Q     Yes.

11     A     Next, Chris, again through me, reassured

12  Mr. Monteagudo that he would speak to Mr. Noel and a

13  few other people and see their version of what had

14  happened and to reassure Mr. Monteagudo that he

15  would do everything in his ability to transfer him

16  and he would get back with him; that he just had to

17  get their side of the version.

18     Q     Did you believe Mr. Monteagudo?

19     A     That was not my position.  I was just

20  there to translate.  I did not believe or not

21  believe.

22     Q     So after the conversation with Mr.

23  Monteagudo, you didn't do anything?

24     A     Can you please -- what do you mean by I

25  didn't do anything?
```

1     Q    So after the conversation with Mr.

2   Monteagudo, did you have to do anything?  Did you

3   have to report the situation to someone or did you

4   have to tell someone?

5     A    I believe Chris did that.  And Alisa and

6   Chris spoke, but I didn't have to report it to

7   anyone.  Chris had handled it.

8     Q    So then after the conversation ended, did

9   you guys walk him out?

10    A    He walked himself out.  The conference

11  room is fairly close to the lobby and the door, and

12  he walked himself out.  But Chris was standing with

13  us.

14    Q    Did he tell you thank you?

15    A    I'm sorry?

16    Q    Did he tell you thank you?

17    A    I don't remember if he looked at me and

18  said thank you.  I just know that he did thank Chris

19  for going to look into it.

20    Q    And what did you do after he left?

21    A    I continued working my work.  I felt at

22  ease, so I just kept on working.

23    Q    Why did you feel at ease?

24    A    Because Chris had handled the situation

25  and Mr. Monteagudo was no longer in the office.  And

```
 1   his demeanor after that was calm leaving the office,

 2   closing the door.

 3        Q    What did Chris do after that meeting?

 4        A    I don't recall what he did.  I believe he

 5   just -- I believe he might have gone upstairs to

 6   continue his meeting.  I don't know what he may have

 7   said or done after that.

 8        Q    But you mentioned that you believe he told

 9   Alisa.  So when did he tell Alisa about the

10   situation?

11        A    I don't know when he may have mentioned it

12   to her.

13        Q    Okay.  So how do you know he told her?

14        A    Because it's a company situation, and

15   Alisa de Moya is one of the main people at the

16   office.  She and her husband had initiated the

17   company.  Chris is her son and it's a company

18   situation, so I know he probably did speak to her.

19   And, again, I'm assuming that he did speak to her

20   regarding that.  It's an assumption of mine.

21        Q    Did you ever hear from Mr. Monteagudo

22   again?

23        A    I never did.

24        Q    And did you ever see him?

25        A    I never saw him after that.
```

1      Q     Did you ever hear about the situation

2  again?

3      A     I did hear about the situation again.

4      Q     When?

5      A     Back in January when I was asked to please

6  write a statement of what happened that day.

7      Q     So from early September of 2020 until

8  January of 2021, you did not hear about

9  Mr. Monteagudo again?

10     A     I personally didn't -- well, I know that

11  there was a subpoena that had come in and I had

12  given it to Alisa.  And then I heard through -- I

13  don't know -- it wasn't told specifically to me,

14  just in a conversation, that he was trying to sue

15  the company.

16     Q     Who did you hear that from?

17     A     I didn't hear it from anybody specific.  I

18  heard a conversation.  I heard his name and then I

19  heard that he might be suing the company, but that

20  was -- I don't recall when that had happened.

21          It was just in the air and I caught it

22  with my ears, but nothing -- nobody specifically

23  told me.

24     Q     Did Ms. Jervis know about the situation

25  that happened with Mr. Monteagudo, the conversation

```
 1    that you had with de Moya and Mr. Monteagudo?
 2        A    I know -- I don't know if she knew or not.
 3    All I know is that Chris and I and Monteagudo went
 4    into the conference room.
 5        Q    But did you talk to Ms. Jervis after and
 6    tell her what happened?
 7        A    No, I did not.
 8        Q    Did you tell anyone about what happened?
 9        A    No, I did not.
10        Q    And so you never spoke about the situation
11    again?
12        A    Only to management, Alisa de Moya, and
13    whatever we spoke, Chris and I, while we were
14    translating.
15        Q    But after the conversation, were you asked
16    by Alisa about what happened?
17        A    I was only asked by her to write a
18    statement about what happened that day.
19             MS. ROCHA:  Okay.  Do you want to take a
20        five or 10-minute break?
21             THE WITNESS:  Please.
22             MS. ROCHA:  We'll go off the record for 10
23        minutes.  I think I'm wrapping up.  I just want
24        to go through my notes and make sure that I'm
25        done.
```

```
 1              THE WITNESS:  Okay.  Thank you.

 2              (Recess from 10:22 a.m. to 10:31 a.m.)

 3    BY MS. ROCHA:

 4         Q    Ms. Giraldo, did you look at any documents

 5    while we were on break?

 6         A    No, I did not.

 7         Q    Did you speak to your attorney about any

 8    of the testimony you have said here today?

 9         A    No, I did not.

10         Q    I'm almost done, I promise.

11         A    You're fine.

12              MR. CLYNE:  Can I ask you, there's a

13         second depo scheduled today.

14              MS. ROCHA:  Yes, I believe so.

15              MR. CLYNE:  We haven't been able to get in

16         touch with him.  I don't know if you served

17         him.

18              MS. ROCHA:  It's for Fabricio?

19              MR. CLYNE:  Yes.

20              MS. ROCHA:  Can we go off the record for a

21         second.

22              (Discussion off the record.)

23    BY MS. ROCHA:

24         Q    So, Ms. Giraldo, I want to, I guess, go

25    back to the conversation with you, Mr. de Moya, and
```

```
 1    Mr. Monteagudo just to clarify a couple things.

 2              So you mentioned that he said that he was

 3    insulted.  Do you remember what exactly he said that

 4    he was insulted about or was he called names?

 5         A    No.  All I know is that he felt insulted.

 6    That's what I heard.  But I don't remember what was

 7    said that he might have felt insulted.

 8         Q    But you don't remember why?

 9         A    No, I don't.

10         Q    So you just remember the word insulted.

11              Do you remember the word disrespected?  Do

12    you remember any other words from that conversation

13    off the top of your head?

14         A    No.  Mainly disrespected.  He mentioned

15    that a couple times.

16         Q    And he mentioned Noel Leon.  Did he

17    mention anyone else?

18         A    Not at the conference, no.

19         Q    He didn't mention Alejandro Leon?

20         A    I don't recall.

21         Q    And do you remember how long the

22    conversation lasted?

23         A    Very briefly.  If it was 10 minutes, it

24    was a lot.  It was kind of to the point.  He was

25    already tired of Noel Leon, basically kind of going
```

56

1   back and forth.  Just that he mainly wanted to focus

2   on getting another position, assigned to another

3   project.  That's what his focus seemed to be.

4       Q    But he didn't say why?

5       A    I don't know exactly why.  I just know

6   that they seemed not to get along and that he felt

7   disrespected or maybe spoken rudely, but I don't

8   recall why.

9       Q    And insulted, right?

10      A    Insulted in Spanish, yeah.

11      Q    Did he say that he was called any names,

12  do you remember, in Spanish?

13      A    No, I don't remember.

14      Q    Do you remember when he was pointing his

15  finger at Chris what he was saying?

16      A    I don't remember.  All I know is that he

17  would escalate and lower his voice.  And when he got

18  worked up a little bit, I don't know, he just

19  automatically lifted his finger into Chris' face,

20  and we were both a little taken back.

21          I know we both at the same time -- because

22  I chuckled, we both said to please lower your finger

23  and just try to calm down.

24      Q    You said you chuckled?

25      A    I chuckled in the sense that in my head.

```
 1    I didn't chuckle out loud.  I chuckled in my head
 2    like because Chris and I both said it at the same
 3    time.  That is the only reason I chuckled in my
 4    head.
 5         Q    Got it.  And you both told him at the same
 6    time to calm down?
 7         A    Yeah, to please lower his finger.  And
 8    then Chris did say to please calm down.
 9         Q    But you don't remember what was said?
10         A    Not verbatim what was said.  Just I know
11    that he was agitated, angry at the whole situation
12    with Noel Leon that day.  I know that it was work
13    related.  I know that he might have felt -- it
14    seemed that he felt treated rudely and disrespected.
15    He kept on saying disrespected, that he felt
16    disrespected.
17         Q    But you don't know why?
18         A    I don't remember.  I don't recall the
19    exact words he used.
20         Q    And you yourself, you've never felt
21    discriminated against in The de Moya Group, right?
22         A    Never.  I never had.
23         Q    Have you ever had any issues at all there?
24         A    No.
25         Q    So would you say you have a good
```

1    relationship with your co-workers?

2         A    I do, yes.

3         Q    And in your statement, you called them

4    like your second family.  What do you mean by that?

5         A    They've been very helpful with me in

6    personal situations in the past, monetarily with a

7    loan or two.  So that's why I would say and I have

8    said that I consider them a second family.

9         Q    And could you tell me a little bit more?

10        A    About that situation?

11        Q    Yes.

12        A    Okay.  Well, I needed money to cover some

13   expenses that I did not have and I did reach out to

14   Alisa.  And this was all prior to Mr. Monteagudo's

15   situation.  And they've always been very helpful.

16            And if I've had problems with my mother

17   and father where I had to leave the office early,

18   they've always been accommodating.  They've paid me

19   for the hours I was not working.  So, actually, I do

20   consider them very, very close to my heart because

21   they've done a lot for me.

22            MS. ROCHA:  I think that is all my

23        questions.

24            Mr. Clyne, do you have any questions?

25            MR. CLYNE:  Yeah, I have a few.

```
 1                    CROSS-EXAMINATION
 2    BY MR. CLYNE:
 3         Q    Do you recall, did Mr. Monteagudo ever
 4    complain about discrimination?
 5         A    He did not.
 6         Q    Did he ever complain about being
 7    discriminated against because he was Cuban?
 8         A    No, he did not.
 9         Q    Did he ever say that anyone used a racial
10    slur or a negative statement as to his Cuban origin?
11         A    No, he did not.
12              MR. CLYNE:  Thank you.  No questions.
13              MS. ROCHA:  Okay.  On that, I do have a
14         follow-up question.
15                    REDIRECT EXAMINATION
16    BY MS. ROCHA:
17         Q    So how do you remember that the word
18    discrimination and that there were no racial slurs
19    used, how do you remember that?
20         A    Because for me, discrimination would be,
21    as I mentioned before, a person being discriminated
22    because of their race, their ethnicity, their
23    religion.  And he did not mention any of that in the
24    conference room while we were a speaking.  And the
25    only thing that he mentioned was disrespect and that
```

```
 1    he was -- he didn't feel comfortable anymore.  He

 2    was done with Noel Leon and basically he was there

 3    to try to get reassigned.  So that's why I put that.

 4         Q    But when I asked you about what actions

 5    would be discriminatory, one of your answers was

 6    that if someone was insulted, correct, or called

 7    names?

 8         A    No, I don't recall saying that being

 9    insulted or called names.

10              MS. ROCHA:  Okay.  I think I have no

11         further questions.

12              MR. CLYNE:  One other thing.

13                   RECROSS-EXAMINATION

14    BY MR. CLYNE:

15         Q    I'd like to introduce Defendant's 89,

16    which is your statement from January 22nd, 2021.

17              Do you recall writing that statement?

18         A    I do recall writing the statement.

19         Q    And is that your signature at the bottom?

20         A    Yes, it is.

21              MR. CLYNE:  I'd like to move that into

22         evidence.

23              (Whereupon, Defendant's Exhibit Number 1

24         was marked for Identification.)

25              MR. CLYNE:  Nothing further.
```

```
 1              THE STENOGRAPHER:  Do you want her to
 2       read?
 3              MR. CLYNE:  Yes, we will read.
 4              I'm ordering it and I'd like to get it as
 5       fast as you can get it to me.
 6              THE STENOGRAPHER:  Okay.
 7              Do you want a copy, Jocelyn?
 8              MS. ROCHA:  No.  We're okay right now.
 9              (Signature reserved.)
10              (Deposition concluded at 10:42 a.m.)
11                   ---------
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

62

```
 1                    CERTIFICATE OF OATH

 2     STATE OF FLORIDA

 3     COUNTY OF ALACHUA

 4

 5            I, the undersigned authority, Florida

 6     Professional Reporter and Notary Public, State of

 7     Florida, certify that SUSAN GIRALDO remotely appeared

 8     before me on the 23rd day of February 2023, and was duly

 9     sworn.

10            Signed this 23rd day of February 2023.

11

12

13     _____
       CAROL BAER, FPR
14     Notary Public - State of Florida
       My Commission No.: HH 049984
15     Expires:  January 24th, 2025

16

17

18

19

20

21

22

23

24

25
```

```
 1                   CERTIFICATE OF REPORTER

 2      STATE OF FLORIDA

 3      COUNTY OF ALACHUA

 4

 5           I, CAROL BAER, Florida Professional Reporter,

 6      HEREBY CERTIFY that I was authorized to and did

 7      stenographically remotely report the foregoing

 8      videoconferenced deposition of SUSAN GIRALDO, that a

 9      review of the transcript was requested; and that the

10      foregoing transcript, pages 1 through 61, is a true and

11      complete record of my stenographic notes.

12           I FURTHER CERTIFY that I am not a relative,

13      employee, attorney, or counsel of any of the parties,

14      nor am I a relative or employee of any of the parties'

15      attorney or counsel connected with the action, nor am I

16      financially interested in the action.

17           Dated this 23rd day of February 2023.

18

19

20      _____

        CAROL BAER, Florida Professional Reporter
21

22

23

24

25
```