<an

 

**Andres F. Vidales │ Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 South Dadeland Boulevard, 4th Floor, Miami, Florida 33156
Ph: (305) 670-1101 Fax: (305) 670-1161
Email: andres.vidales@qpwblaw.com  Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

Elena Valdes
Director of Insurance & Risk Management
(305) 546-6077

**From:** Alisa DeMoya <alisa.demoya@demoya.com>
**Sent:** Tuesday, January 26, 2021 1:26 PM
**To:** Elena Valdes <elena.valdes@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

Thank you for your insight, we need to take everything into consideration.

One of the Asphalt Group employees said they had heard he had filed a complaint against Odebrecht when they terminated him. I don't know how we could verify that information.  Carli tried to look up EEOC complaints and evidently they are private unless a lawsuit is filed.

In regards to Noel, he started with us in 2007 as a Foreman, in 2016 he was promoted to Supervisor. He has not had one disciplinarian warning, accident or damaged any equipment. I cannot recall Noel ever having a complaint against him for mistreating any employee in the thirteen years he has worked for us.  I believe he has never come across another employee that defied his instructions as this guy did. Noel may have gotten exasperated with him, he should have fired him but he does not ever seem to fire anyone. Once Jorge transferred to 490 he must have felt he was untouchable so

1



PLAINTIFF'S EXHIBIT 20

he started the same bad behavior but the supervisors there are not used to having an employee working for them that refuses to follow their instruction. Two strikes and he was out.

Thanks,
Alisa

---

**From:** Elena Valdes <elena.valdes@demoya.com>
**Sent:** Monday, January 25, 2021 5:08 PM
**To:** Alisa DeMoya <alisa.demoya@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

Alisa, I want to offer you my thoughts:

1) Usually when someone resorts to filing a police report; there is some validity to their story. (Even if it's exaggerated)
   His statement does contain lies. Noel would not discriminate him for his national origin or race, he himself is Cuban. However like any Supervisor he did not want to tolerate an employee who outright refused to follow his orders and instructions.
2) Based on my perception of Mr. Monteagudo when he was describing the incident; I feel that he is likely to have been involved in previous incidents involving previous employers. I'd encourage some digging into his past.
   There have been rumors that he filed a complaint when he was terminated from Odebrecht, I don't know how we could get proof of this if it is true.
3) With respects to the allegation he made that this individual was aggressive with an FDOT employee/Representative; I also recommend looking into this further.
   I will ask Chris to try to find out about this
4) When I asked Mr. Monteagudo if there were any witnesses to the alleged assault, he said that the employee riding in the truck with the aggressor was his friend and although he likely saw what happened; he would never go against his friend.
   This is the first complaint we have ever received in regards to Alejandro. He did not even know a police report had been filed against him until I sent the Case # to him to get a copy.

Jorge is the fourth employee that has behaved like this, trying to set up discrimination complaints, all four filed EEOC. I fought the first one, a Hispanic claimed discrimination against our Jamaican Black Supervisor, Carli fought the 2nd one a Black employee against a Hispanic Supervisor. We both were successful. The third one was a Hispanic that was rumored to be selling prescription drugs on the project. He was a Hispanic that complained discrimination on a White Supervisor. We hired an attorney for this one, it cost us $30k-$40k in legal fees and then they settled with the employee for $10k. So here we are back to fighting them ourselves.

They have all behaved in much the same way, the Supervisor is mistreating me, please move me to another crew, please move me to nights or move me to days, we move them and they start the same behavior over again.

It is not easy to win so we have to dot every I and cross every t. Any help would be greatly appreciated. I am working on summarizing the warnings, then I will work on the Noel's character as we have known him for thirteen years without one complaint.

I am happy to engage in any follow up investigation you deem appropriate. Let me know how I can assist.

Regards,

Elena Valdes
Director of Insurance & Risk Management


305-239-9463 office
305-546-6077 mobile

---

**From:** Alisa DeMoya < >
**Sent:** Monday, January 25, 2021 4:59 PM
**To:** Elena Valdes <elena.valdes@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

Thank you Elena. I have attached the police report that Monteagudo filed. It looks very serious. I have not told Alejandro but I do believe he will need to hire a lawyer to fight this. He just received it and had not been aware there was a police report until I asked him to call the police to get a copy of it.

I have also attached the statement by Jose Batista who was in the truck with Alejandro that day. He states that Alejandro never climbed up on the roller or hit the guy.

I read what Chris wrote to you but now that we have an EEOC complaint, it is no longer between the two of them. I am trying to compile the statements I have been receiving. Before we send our answers to the EEOC I would like to have everyone sign and date their statements so it is not just coming from us.

Keep me posted on anything else you hear.

Thanks,
Alisa

---

**From:** Elena Valdes <elena.valdes@demoya.com>
**Sent:** Friday, January 22, 2021 1:07 PM
**To:** Alisa DeMoya <alisa.demoya@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

Alisa, see attached as promised. I thought it best just to send this to you and not copy anyone else in case you want to keep this information confidential.

Elena Valdes
Director of Insurance & Risk Management

305-239-9463 office
305-546-6077 mobile

---

**From:** Alisa DeMoya <alisa.demoya@demoya.com>
**Sent:** Friday, January 22, 2021 10:39 AM
**To:** Elena Valdes <elena.valdes@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

Thank you, you are always very helpful. Welcome to HR issues!

---

**From:** Elena Valdes <elena.valdes@demoya.com>
**Sent:** Friday, January 22, 2021 10:30 AM

DEF00157

**To:** Alisa DeMoya <alisa.demoya@demoya.com>; Chris DeMoya <chris.demoya@demoya.com>; Fabricio Cedillo <fabricio.cedillo@demoya.com>; Grant Cool <grant.cool@demoya.com>; Noel Leon <noel.leon@demoya.com>; Jerry Nasso <jerry.nasso@demoya.com>; Victor Suarez <victor.suarez@demoya.com>; Alejandro Leon <alejandro.leon@demoya.com>; Manuel Comes <manuel.comes@demoya.com>
**Cc:** Carli Bailey <carli.bailey@demoya.com>; Alvaro DeMoya <alvaro.demoya@demoya.com>; James Ankrum <james.ankrum@demoya.com>; Carlos Cardona <carlos.cardona@demoya.com>; Susan Giraldo <susan.giraldo@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

As previously communicated, I had phone conversations with Mr. MonteAgudo several times as he reported these allegations. I will review my notes and will prepare a narrative for everyone to review today.

Elena Valdes
Director of Insurance & Risk Management



305-239-9463 office
305-546-6077 mobile

---

**From:** Alisa DeMoya <alisa.demoya@demoya.com>
**Sent:** Friday, January 22, 2021 10:22 AM
**To:** Chris DeMoya <chris.demoya@demoya.com>; Fabricio Cedillo <fabricio.cedillo@demoya.com>; Grant Cool <grant.cool@demoya.com>; Noel Leon <noel.leon@demoya.com>; Jerry Nasso <jerry.nasso@demoya.com>; Victor Suarez <victor.suarez@demoya.com>; Alejandro Leon <alejandro.leon@demoya.com>; Manuel Comes <manuel.comes@demoya.com>
**Cc:** Carli Bailey <carli.bailey@demoya.com>; Alvaro DeMoya <alvaro.demoya@demoya.com>; Elena Valdes <elena.valdes@demoya.com>; James Ankrum <james.ankrum@demoya.com>; Carlos Cardona <carlos.cardona@demoya.com>; Susan Giraldo <susan.giraldo@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

To All:

We will need cohesive written statements by everyone that has knowledge of MonteAguado' work performance. Please indicate your National Origin in your statement. If anyone on the below list does not feel they have anything to state then let us know.

Noel Leon
Alejandro Leon
Fabricio Cedillo
Jerry Nasso
Manny Comes
Elena Valdes
Susan Giraldo
Chris de Moya
Miguel Quiroz
Jose Batista
Victor Suarez
Carlos Cardona
James Ankrum

<u>Please add anyone else that has knowledge of MonteAguado's work performance and attitude.</u>

Noel please give specific details on your complaints of his performance while working for you. If you have a Foreman that had problems with him, they should write a statement.

Jerry how many Hispanic employees are you in charge of? How many employees have you terminated no matter their National Origin?

Victor and Carlos should probably write a statement if you have any knowledge of his work performance.

Also anyone that witnessed or has knowledge of what occurred when he claims he was physically attacked by Alejandro, we need your statement.

In the future, if you see any employee behaving improperly or unsafely please take a picture on your phone to back up your warnings. Sleeping on heavy equipment is grounds for termination. Anyone talking on their phone rather than performing their work, please take a picture, etc.

We will need these statements in order to build a case for the Company, Noel and Alejandro that we do not participate in or tolerate discrimination or retaliation of our employees. Please try to compile your statements to be turned in next week.

I appreciate your help in providing your accurate statements.

Thank you,
Alisa

---

**From:** Chris DeMoya <chris.demoya@demoya.com>
**Sent:** Thursday, January 21, 2021 5:39 PM
**To:** Alisa DeMoya <alisa.demoya@demoya.com>; Fabricio Cedillo <fabricio.cedillo@demoya.com>; Grant Cool <grant.cool@demoya.com>; Noel Leon <noel.leon@demoya.com>; Jerry Nasso <jerry.nasso@demoya.com>; Victor Suarez <victor.suarez@demoya.com>; Alejandro Leon <alejandro.leon@demoya.com>
**Cc:** Carli Bailey <carli.bailey@demoya.com>; Alvaro DeMoya <alvaro.demoya@demoya.com>; Elena Valdes <elena.valdes@demoya.com>
**Subject:** RE: Jorge MonteAguado terminated 10/7/20 sleeping on the roller

He spoke to me and I relocated him to 490 along with Miguel Quiroz (motor grader operator) as he apparently worked well with him and 490 needed a Grader operator.  Miguel also witnessed the so called assault with Alejandro and we were supposed to have gotten a written statement from him.   When I did speak to him leading up to the reassignment, he only complained that Noel we disrespectful to him.  Susan assisted me with the conversation as his Spanish was hard for me to understand.  Never once did he mention discrimination just disrespect.  Note Noel Leon is Cuban.  Also pretty certain Noel doesn't know  Manny Comes or Jerry Nasso and never made a phone call warning them about him.  He probably doesn't even have their phone numbers.  But I'll let him confirm that.

Chris

---

**From:** Alisa DeMoya <alisa.demoya@demoya.com>
**Sent:** Thursday, January 21, 2021 5:01 PM
**To:** Fabricio Cedillo <fabricio.cedillo@demoya.com>; Grant Cool <grant.cool@demoya.com>; Noel Leon <noel.leon@demoya.com>; Jerry Nasso <jerry.nasso@demoya.com>
**Cc:** Carli Bailey <carli.bailey@demoya.com>; Chris DeMoya <chris.demoya@demoya.com>; Alvaro DeMoya <alvaro.demoya@demoya.com>; Elena Valdes <elena.valdes@demoya.com>
**Subject:** Jorge MonteAguado terminated 10/7/20 sleeping on the roller

To All:

Former employee Jorge MonteAguada has filed an EEOC against The de Moya Group for discrimination and retaliation against Cubans. As we all know this Company was founded by a family of Cubans, we take this accusation very seriously. We will need witness statements in regards to all of his allegations against us.

In regards to the police report, I have a note that Jose Baptista was a witness that Alejandro never left his vehicle, it was Mr. MonteAguado that was blocking Alejandro from entering the jobsite with a roller.

He also mentions a supervisor Manny, a Cuban American. Do you know which Manny he may be speaking of. He will need to write a statement regarding his interaction with Jorge..

He also states he requested to speak with the owner of the Company and complained about the discrimination. Any idea if he ever spoke to an owner?

Please speak with every possible witness to dispute his claims of discrimination & retaliation, we will need them write a witness statement with their printed name & signature.

On the complaint he put the company phone number as 305-824-1048. Do we know who this phone belong to?

We have to send our response in within 20 days. The sooner we can put all of our witness statements together and provide all of the documents they are requesting the better to hopefully resolve this with no action taken against the Company.

Also, I see that he worked on the ground with Luis Rivas on 552 and did not warn Luis about the utilities in the area resulting in utility damages.

We need to write warnings for all employees that are not working safely or not performing their work. This is the best way to make them understand this behavior will not be acceptable working for The de Moya Group/Asphalt Group.

Thank you all for your help in this matter.
Alisa