# OFFENSE-INCIDENT REPORT
## MIAMI-DADE POLICE DEPARTMENT

| Agency Of Occurrence | Date Written | | Agency Report Number |
|---|---|---|---|
| 030 | 10/05/2020 | | PD201005316722 |

### REPORT SUMMARY (ORIGINAL)

| ☐ L.E. Exempt | ☐ D.V. | ☐ Gang Related | ☐ Juv. in Report | ☐ Juv. Warn/Dismiss | ☐ Marsy's Law | ☐ Tourist |
|---|---|---|---|---|---|---|

Victims: 1   Offenders: 1   Stolen Vehicles: 0   Offenses: 1   Properties: 0   SARS: NO   Drive By: NO

### INCIDENT (NW 106TH ST & FLORIDA TURNPIKE (SR-91))

| Original Reported Date | Title or Classification | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| MON, 10/05/2020 18:10 | ASSAULT/BATTERY | 10/05/2020 18:10 | 10/05/2020 18:15 | 10/05/2020 20:00 |

| Incident From | Incident To | District |
|---|---|---|
| FRI, 10/02/2020 10:30 | FRI, 10/02/2020 10:30 | MIDWEST |

| Incident Location | City | Zip | Grid | Area |
|---|---|---|---|---|
| NW 106TH ST & FLORIDA TURNPIKE (SR-91) | MIAMI | 33172 | 0650 | 1 |

| Business Name/Area Identifier | Location Type | Forced Entry | #Prem Ent. | Occupancy |
|---|---|---|---|---|
| ROADWAY | HIGHWAY/ROADWAY | N/A | 0 | N/A |

### OFFENSES

#### 784.03 BATTERY

| Description | Statute | Subsection | Ordinance |
|---|---|---|---|
| 1st BATTERY | 784.03 | | |

| Type | Action | NCIC/UCR | Weapons | DV |
|---|---|---|---|---|
| MISDEMEANOR | COMMITTED | 130B | HANDS/FIST/FEET/ETC | |

### VICTIM/WITNESS

#### 1 - VICTIM-MONTEAGUDO ALBURQUERQUE, JORGE

| V/W Code | Offenses Indicator |
|---|---|
| 1 VICTIM | 784.03 |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type | Tourist |
|---|---|---|---|
| MONTEAGUDO ALBURQUERQUE, JORG | AT WORK | ADULT | ☐ |

| Address | City, State Zip Country |
|---|---|
| 3261 NW 18TH TER | MIAMI, FLORIDA 33125 US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 05/07/1963 | 57 | | YES | CUBAN |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| CITY | FULL YEAR | NONE | YES |

| Web Site | Email Address |
|---|---|

#### Phone Numbers

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 786-344-7868 | | |

#### Relationship(s)

| Suspect Type | Suspect Name | Relationship of Subject to the Victim or Witness |
|---|---|---|
| SUSPECT | LEON, ALEJANDRO | EMPLOYER |

#### Injury Types
☑ N/A

---

Version: 32.02.09-2 Revised 7/29/2015     Officer: 030-7546 TILLET, E. A.

PLAINTIFF'S EXHIBIT 24

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT MIAMI-DADE POLICE DEPARTMENT | Agency Report Number |
|---|---|---|---|
| 030 | 10/05/2020 | | PD201005316722 |

## VICTIM/WITNESS
### 2 - OTHER-LEON, NOEL

| | V/W Code | | Offenses Indicator | |
|---|---|---|---|---|
| 2 | OTHER | | 784.03 | |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| LEON, NOEL | AT WORK | ADULT |

| Address | City, State Zip Country |
|---|---|
| 14600 SW 136TH ST | MIAMI, FLORIDA 33186 US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | Age Range ☐ | 54 TO 65 YR | | YES | OTHER HISPANIC |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| UNKNOWN | N/A | | |

| Web Site | Email Address |
|---|---|

### Phone Numbers

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| BUSINESS | 305-255-5713 | | |

### Relationship(s)

| Suspect Type | Suspect Name | Relationship of Subject to the Victim or Witness |
|---|---|---|
| SUSPECT | LEON, ALEJANDRO | PARENT |

## SUSPECTS OR MISSING PERSONS
### 1 - SUSPECT-LEON, ALEJANDRO

| | Person Code | Offenses Indicator |
|---|---|---|
| 1 | SUSPECT | 784.03 |

| Name (Last, First, Middle) | Maiden Name | Nickname/Alias | Place of Birth |
|---|---|---|---|
| LEON, ALEJANDRO | | | UNKNOWN UNKNO |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | MALE | 12/23/1988 | 31 | | YES | OTHER HISPANIC |

| Residence Type | Last Known Address | City, State Zip Country |
|---|---|---|

| Occupation/Grade | Address | Employer/School |
|---|---|---|
| FOREMAN | 14600 SW 136TH ST | DE MOYA GROUP |

| Driver License | DL State | Social Security Number | Citizenship | FCIC/NCIC |
|---|---|---|---|---|
| | | | XX | N/A |

| Height | Weight | Clothing |
|---|---|---|
| 67" or 5'7" | 180 lbs | |

| Transportation Mode | Special Identifiers |
|---|---|
| TRUCK | |

| Eye Color | Hair Color | Hair Length | Hair Style | Complexion |
|---|---|---|---|---|
| BROWN | BROWN | SHORT | STRAIGHT | MEDIUM |

| Build | Facial Hair | Teeth | Speech | |
|---|---|---|---|---|
| MEDIUM | CLEAN SHAVEN | NORMAL | NORMAL | |

### Phone Numbers

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| BUSINESS | 305-255-5713 | | |

8-INCIDENT REPORTS A LEON & INCIDENT REPORTS A LEON & J BATISTA.pdf    DEF00096

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT MIAMI-DADE POLICE DEPARTMENT | Agency Report Number |
|---|---|---|---|
| 030 | 10/05/2020 | | PD201005316722 |

### VEHICLE/VESSEL/AIRCRAFT

#### 1 - VEHICLE-UNLISTED CONSTRUCTION EQUIPMENT MAKE OTHER

| # | Person Code | Property Type | Status |
|---|---|---|---|
| 1 | Victim - MONTEAGUDO ALBURQUERQ | TRACTOR | OTHER |

| Damage | Year | Make | Model | Style |
|---|---|---|---|---|
| N/A | | UNLISTED CONSTRUC | OTHER | OTHER |

| Tag / Doc # | Reg Year | Decal Number | Tag Type | Reg State | Reg Country |
|---|---|---|---|---|---|

| Vehicle ID (VIN, Hull, FAA) | Top Color | Bottom Color | Method of Theft |
|---|---|---|---|
| | YELLOW | YELLOW | N/A |

| Estimated Value | Insurance Company | Lien Holder |
|---|---|---|

**Description**
ASPHALT ROLLER

| Vessel Name | Length (Ft) | Propulsion | Hull Material | Boat Type |
|---|---|---|---|---|

| Original Reporting Agency | Original Report Number | Location of Original Theft | FCIC/NCIC |
|---|---|---|---|
| | | | N/A |

| Towed by | Storage Location | Hold | Reason/Authority |
|---|---|---|---|

| Recovery Address | Agency | District | Grid |
|---|---|---|---|

| Recovery Location | Recovery code | Date Recovered | Value Recoved |
|---|---|---|---|

#### 2 - VEHICLE-FORD F-150XLT

| # | Person Code | Property Type | Status |
|---|---|---|---|
| 2 | Suspect - LEON, ALEJANDRO | LIGHT TRUCK | OTHER |

| Damage | Year | Make | Model | Style |
|---|---|---|---|---|
| N/A | | FORD | F-150XLT | PICKUP |

| Tag / Doc # | Reg Year | Decal Number | Tag Type | Reg State | Reg Country |
|---|---|---|---|---|---|

| Vehicle ID (VIN, Hull, FAA) | Top Color | Bottom Color | Method of Theft |
|---|---|---|---|
| | WHITE | WHITE | N/A |

| Estimated Value | Insurance Company | Lien Holder |
|---|---|---|

**Description**
AMBER CONSTRUCTION LIGHTS ON FRONT & REAR

| Vessel Name | Length (Ft) | Propulsion | Hull Material | Boat Type |
|---|---|---|---|---|

| Original Reporting Agency | Original Report Number | Location of Original Theft | FCIC/NCIC |
|---|---|---|---|
| | | | N/A |

| Towed by | Storage Location | Hold | Reason/Authority |
|---|---|---|---|

| Recovery Address | Agency | District | Grid |
|---|---|---|---|

| Recovery Location | Recovery code | Date Recovered | Value Recoved |
|---|---|---|---|

### OFFICERS
**Unit: PB313**

| # | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 1 | 030 | 7546 | POLICE OFFICER | TILLET, E. A. | 07073 | REPORTING OFFICER |

**Supporting Officer(s)**

| # | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 2 | 030 | 3228 | POLICE SERGEANT | RUBIO, L. | 07073 | REVIEWING SUPERVISOR |
| 3 | 030 | 7148 | POLICE OFFICER | MARTINEZ, R. | 09074 | ASSIGNED DETECTIVE |

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 10/05/2020 | MIAMI-DADE POLICE DEPARTMENT | PD201005316722 |

### ADMINISTRATION

| Clearance Type | Clearance Date | Exception Type | Juvenile/Adult |
|---|---|---|---|
| CLEAR BY EXCEPTION | 10/29/2020 00:00 | NOT APPLICABLE | ADULT |
| Case Status | Assignment Type | Referred By | Additional Forms |
| CLOSED | ASSIGNED INFO | | |
| Reporting Agency | AOA Agency | Other AOA | AOA Related Case |
| MIAMI-DADE | | | |
| Original Case Number | | | |

### NARRATIVES

Written By: mdpd\U307546   NARRATIVE   Date and Time: 10/5/2020 6:52:42 PM

MR. JORGE MONTEAGUDO RESPONDED TO THE VILLAGE OF PALMETTO BAY POLICING UNIT STATION FOR DOCUMENTATION ON A BATTERY THAT HAD OCCURRED. MR. MONTEAGUDO ADVISED THIS UNIT THAT HE HAS HAD AN ONGOING ISSUE AT WORK BETWEEN HIMSELF AND MR. NOEL LEON OVER CONSTRUCTION JOB SITE ISSUES. MR. NOEL LEON IS A SUPERVISOR IN THE SAME COMPANY MR. MONTEAGUDO IS EMPLOYED BY. MR. NOEL LEON HAS PREVIOUSLY MADE DEROGATORY COMMENTS TOWARDS MR. MONTEAGUDO. AS A RESULT, MR. MONTEAGUDO REQUESTED TO BE REASSIGNED FROM UNDER MR. NOEL LEON'S DIRECT SUPERVISION. THE INITIAL VERBAL EXCHANGES BETWEEN MR. NOEL LEON AND MR. MOTEAGUDO OCCURRED AT A JOB SITE LOCATED IN THE AREA OF SOUTHWEST 128TH STREET AND SR 874. ON 10/02/2020 AT APPROXIMATELY 1030 HOURS MR. ALEJANDRO LEON, WHICH IS THE SON OF MR. NOEL LEON HAD A PHYSICAL ALTERCATION WITH MR. MONTEAGUDO. MR. MONTEAGUDO WAS OPERATING A COMPANY ASPHALT ROLLER ON THE FLORIDA TURNPIKE AND NORTHWEST 106TH WAY. MR. ALEJANDRO LEON ARRIVED IN A COMPANY TRUCK AND JUMPED ON TOP OF THE ASPHALT ROLLER BEGINNING TO INSULT MR. MONTEAGUDO. MR. MONTEAGUDO STATED THAT DURING THE EXCHANGE OF WORDS, MR. ALEJANDRO LEON STRUCK HIM TWICE ON HIS CHEST WITH AN OPEN HAND. MR. MONTEAGUDO ALSO ADVISED THAT MR. ALEJANDRO LEON STATED "IF ANYTHING HAPPENS TO MY FATHER, I WILL DISAPPEAR YOU." MR. ALEJANDRO LEON THEN GOT OFF THE ASPHALT ROLLER AND DROVE AWAY IN THE COMPANY TRUCK.

MR. MONTEAGUDO WAS REFERRED TO THE STATE ATTORNEYS OFFICE.

CASE CARD ISSUED.

BWC USED.