

**Asphalt Group, Inc.**
14600 SW 136 Street
Miami, FL 33186



Tel: (305) 255-5713
Fax: (305) 255-1935

## TERMINATION OF EMPLOYMENT

Supervisor's Name: JEROME NASSO          Date: 10/07/2020

Name of Employee: JORGE MONTEQUDO

Date of Termination: 10/07/2020

☐ Voluntary Termination        ☒ Involuntary Termination

Explain Reason: MR. MONTEQUDO WAS FOUND SLEEPING ON ROLLER. ALL EMPLOYEES ARE TOLD DURING OUR DAILY PRODUCTION MEETING THAT WHEN THEY FINISH THEIR TASKS OR ARE NOT SURE WHAT TO DO THEY ARE TO FIND A SUPERINTENDANT IN THE AREA TO BE GIVEN A NEW TASK. SLEEPING ON A ROLLER IS INEXCUSABLE IN LIEU of the ABOVE DIRECTIONS

Corrective Measures Previously Taken: - NONE - SEE ABOVE

☐ Warning    ☐ Suspension    ☐ Final Warning

If there were any Injuries (Explain): NONE

Uniform and/or Safety Equipment Status:
☒ N/A    ☐ All accounted for    ☐ Missing (Explain)

dMG Equipment Status (tools, radios, beeper, etc.):
☐ Phone    ☐ Labtop    ☐ Uniforms

NONE

Remarks/Complaints: EMPLOYEE REFUSED TO SIGN DOCUMENT. SEE ACCOMPANYING WITNESS DOCUMENT.

Employee Signature: _____

Manager Signature: JEROME NASSO

PLAINTIFF'S EXHIBIT 27

9-DISC-TERM JERRY NASSO.pdf    9-DISC-TERM JERRY NASSO.pdf



**Asphalt Group, Inc.**
14600 SW 136th Street
Miami, FL 33186

Tel.: (305) 364-3595
Fax: (305) 364-3599

## Employee Accident / Disciplinary Report

Name: JORGE MONTEQUDO    Division: ROADWAY
Location: HEFT 490 Ramp "J"
Date of Incident: 10/06/2020    Equipment: ROLLER #3

Action(s) to be Taken:    *Please document if there were any injuries*

- [ ] Warning
- [ ] Suspension
- [ ] Final Warning
- [x] Termination
- [ ] Accident

This report is to be made part of the official record of the above employee.

Nature of Incident:

- [ ] Unexcused Absence
- [ ] Tardiness
- [ ] Insubordination
- [x] Improper Conduct
- [x] Failure to follow instructions
- [ ] Leaving without permission
- [x] Substandard work
- [ ] Violation of Safety Rules
- [ ] Carelessness
- [ ] Destruction of company property
- [ ] Defective and improper work
- [ ] Violation of company rules
- [ ] Theft
- [ ] Violation of Drug Free Workplace Policy

Facts of incident: FOUND EMPLOYEE SLEEPING ON ROLLER

Witnesses: NONE

Desired Outcome: TERMINATION

Signature of Manager: [signature] - JEROME FNASSO

I have read this report
Signature of Employee: EMPLOYEE REFUSED TO SIGN

DEF00100

9-DISC-TERM JERRY NASSO.pdf    9-DISC-TERM JERRY NASSO.pdf

I NEEDED A ROLLER TO COMPACT FILL BEING PLACED ON RAMP "I". I WENT TO RAMP "J" TO GET ROLLER AND MR. MONTEQUDO WHO SHOULD HAVE BEEN ROLLING AND COMPACTING THE AREA. I ARRIVED AT ROLLER AT APPROXIMATELY 11:30 AND FOUND MR. MONTEQUDO SITTING ON THE ROLLER WITH HIS EYES CLOSED AND HEAD LEANING BACK SLIGHTLY. THE ROLLER WAS NOT RUNNING. MR. MONTEQUDO DID NOT ACKNOWLEDGE OR RESPOND WHEN I GOT OUT OF MY TRUCK AND CLOSED MY DOOR. I SHOUTED "HEY" AS I WAS WALKING TOWARDS ROLLER. IT TOOK A FEW SECOND FOR MR. MONTEQUDO TO OPEN HIS EYES AND IT WAS VERY APPARENT HE WAS SLEEPING. MR. MONTEQUDO KNOWS TO FIND A SUPERVISOR IF HE THINKS HE IS DONE WITH HIS TASK OR HAS ANY QUESTIONS. THIS IS SPOKEN ABOUT FREQUENTLY IN OUR MORNING SAFETY/PRODUCTION MEETING. IT IS GIVEN IN BOTH ENGLISH AND SPANISH. SLEEPING ON THE PROJECT IS INEXCUSABLE IN MY OPINION WHICH LED ME TO TERMINATE MR. ~~MONTEQUDO~~ MONTEQUDO.

Make detailed sketch on back if required

JEROME NASSO
Supervisor Name

[signature]
Supervisor Signature