

## Employee Accident / Disciplinary Report

**Name** Javier Corrales  **Division** QC

**Location-Job #** 490

**Date of Incident** 2/2/2022  **Equipment** P-164

**Action(s) to be Taken:**  *Please document if there were any injuries*

☐ Verbal Warning  ☐ Written Warning  ☒ Suspension (Length in days 3)  ☐ Termination

This report is to be made part of the official record of the above employee.

**Nature of Incident:**

☐ Unexcused Absence  ☒ Violation of Safety Rules
☐ Tardiness  ☒ Carelessness
☐ Insubordination  ☒ Destruction of company property
☐ Improper Conduct  ☒ Vehicle / Equipment accident
☐ Failure to follow instructions  ☒ Violation of Company rules
☐ Leaving without permission  ☐ Theft
☐ Substandard work  ☐ Violation of Drug Free Workplace Policy

**Facts of incident:**
Javier Corrales was working at Job# 490 on frontage road yesterday February 2, 2022. Around 2:30 pm, when he was attempting to leave the work area, his truck was stuck in the mud, he decided to move backward to be able to release the truck and while doing it backed into a Concrete Electrical Pole. The rear bumper guard and the tail-gate are damage due to the impact. Allow this disciplinary report also to serve as a FINAL warning and next incident we going to revoking his driving privileges.

**Witnesses:**

*By Signing below, I affirm that I have read and understand this report.*

**Signature of Employee:** [signature]

**Date:** 2/2/2022

**Signature of Supervisor:** [signature]

PLAINTIFF'S EXHIBIT 30

Javier Corrales Disciplinary Report.pdf

# de Moya Group — Supervisors Accident, Injury and Incident Investigation Form

Utilize this "all-in-one" form for all Incidents and Injuries

*Office Use Only: Case #* _____

## Project Information

Company Name & Address: **The de Moya Group Inc.   14600 SW 136th Street  Miami, FL  33186**

Project Name / Job Number: **468**   Date of Incident: **5/26/2022**   Time of Incident: **11:25 P.M**

## Type of Incident: (Check all that apply)

- [ ] Employee Injury
- [x] Vehicle Incident
- [ ] General Liability
- [ ] Vandalism
- [ ] Near Miss
- [ ] Property Loss
- [ ] Equipment Accident
- [ ] Utility Damage
- [ ] Theft
- [ ] Other _____

## Employee Information

Employee Name: **Pedro D. Gonzalez**   Job Title: **Truck driver**

Working Shift:
- [ ] Day
- [x] Night

Time Work Began: **7:00 P.M**   Hours worked that day: **4.5 hrs**

**Include Employee Statement with this report**

## Time of Day & Weather Conditions

- [ ] Daytime
- [x] Nighttime
- [ ] Clear
- [ ] Rain
- [ ] Overcast
- [ ] N/A

## Incident Location and Facts

Incident Location: **SR 836 WB**   City: **Miami**   State: **FL.**   Zip Code: _____

Non-Project Location Information: _____

What equipment (if any) was the employee using? _____

If Equipment:   Type **Dump Truck**   Equip. No. **DT-153**   Hours _____

Was a Daily Job Plan meeting completed today?  [x] Yes  [ ] No
Did the effected employee(s) attend the Daily Job Plan meeting?  [x] Yes  [ ] No
Did the effected employee(s) receive training for the Specific Task or Equipment Used?  [x] Yes  [ ] No

List all Witness's of Incident | First Name | Last Name | Title
1
2
3

**Attach witness statements for all witness's listed above**

## Incident Description

Pedro was driving west on SR 836. Traffic began to stop due to the full closure of the freeway causing a traffic detour, vehicles began changing lanes to exit on NW 12th Avenue, while Pedro was changing lanes, a vehicle behind him struck the truck from the rear wheel. The police officer determined that Pedro was at fault because he did not yield the right of way to the vehicle on his right. The vehicle in the collision showed minimal damage. Nobody was hurt. The truck was not damaged.

- [✓] NO INJURY
- [ ] Injury
- [ ] Illness
- [ ] Light / Restricted Duty
- [ ] First Aid
- [ ] 3rd Party
- [ ] Subcontractor

Injury: Type of Injury _____ Body Part(s) Effected: _____

Did employee go to the clinic / hospital? [ ] Yes [✓] No   Hospital or Clinic Location: _____
Has employee returned to work? [✓] No [ ] Yes   Date returned: _____
Given work restrictions? [ ] Yes [✓] No
Are we able to accommodate the restrictions? [ ] Yes [✓] No   Who accompanied employee(s): _____

## Drug & Alcohol Testing

Employee(s) sent for Post Incident Drug/Alchohol Testing? [✓] Yes [ ] No   Testing Location: **Main Yard by OMM**
Was employee accompanied to the testing location? [ ] Yes [ ] No   Who accompanied employee(s): **Enrique Moreno**

## Authority (Police Report) Information

Authority Contacted [✓] Yes [ ] No   Police Report # **24925825**
Reason Authorities were not called: _____
Officer's Name: **Solorzano, Dylan A**   Name of Agency: **Florida Highway Patrol**

## Corrective Action / Re-Training

Incident was the result of [✓] Unsafe Act* [ ] Unsafe Condition [ ] Lack of Training [ ] Third Party [ ] N/A

* IMPORTANT - "Unsafe Acts" require a written reprimand and re-training before the employee resumes work.

[ ] Re - Training Assigned   [ ] Corrective Action Taken   Date _____

Corrective Action(s) Taken:

## Additional Information (if not covered above)

## **Signatures (required)**

Supervisor Completing Form: **William Tejeda** (Print Name)   Supervisor Signature: _____   Date: **05/27/2022**

Employee Signature: _____   Date: **06-01-2022**

Updated: 2-16-21   This information is prepared in anticipation of litigation and is therefore priviledged and confidential.   Page 2 of 2

645-Pedro D Gonzalez accident report 06-02-2022.pdf   DEF00115



**the de Moya Group, inc.**

Tel.: (305) 255-5713
Fax: (305) 255-1935

## Employee Accident / Disciplinary Report

Name: Pedro D. González  
Division: Transportation

Location: Transportation Deparment.

Date of Incident: 5/27/2022  
Equipment: DT-153

Action(s) to be Taken:  *Please document if there were any injuries*

- [X] Warning
- [ ] Suspension
- [ ] Final Warning
- [ ] Termination
- [X] Accident

This report is to be made part of the official record of the above employee.

Nature of Incident:

- [ ] Unexcused Absence
- [ ] Tardiness
- [ ] Insubordination
- [ ] Improper Conduct
- [ ] Failure to follow instructions
- [ ] Leaving without permission
- [ ] Substandard work
- [X] Violation of Safety Rules
- [ ] Carelessness
- [ ] Destruction of company property
- [ ] Defective and improper work
- [ ] Violation of company rules
- [ ] Theft
- [ ] Violation of Drug Free Workplace Policy

Facts of incident: While Mr. Gonzalez was changing lanes he failed to yield lane to a car driving in his same direction., causing a minor accident.

Witnesses: _____

Desired Outcome: _____

Signature of Supervisor: William Tejeda

I have read this report.
Signature of Employee: *[signed]*

645-Pedro D Gonzalez accident report 06-02-2022.pdf     DEF00116

## FLORIDA UNIFORM TRAFFIC CITATION

**AFNB6AE**

COUNTY OF: MIAMI-DADE
CITY OF (IF APPLICABLE):
[X] (1) FHP   [ ] (2) P.D.   [ ] (3) S.O.   [ ] (4) OTHER
**FLORIDA HIGHWAY PATROL**

I, THE COURT DESIGNATED BELOW, THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

| DAY OF WEEK | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|
| THU | 05 | 26 | 2022 | 11:38 PM |

NAME (PRINT) FIRST: PEDRO
MIDDLE: DANIEL
LAST: GONZALEZ
STREET: 20 W 11TH ST APT 7
CITY: HIALEAH   STATE: FL   ZIP: 33010
TELEPHONE NUMBER:
DATE OF BIRTH: MO 06 / DAY 07 / YEAR 1963
RACE: W   SEX: M   HGT: 600
DRIVER LICENSE NUMBER: G524864632070
STATE: FL   CLASS: A   CDL LICENSE: [X] YES [ ] NO
YR. LICENSE EXP.: 2026
COMMERCIAL VEHICLE: [ ] YES [X] NO
VEHICLE YR: 2019   MAKE: MACK   STYLE: TK   COLOR: WHI
PLACARDED HAZ MATERIAL: [ ] YES [X] NO
VEHICLE LICENSE NO: 7511D
TRAILER TAG NO:
STATE: FL   YEAR TAG EXPIRES: 2022
≥ 16 PASSENGERS: [ ] YES [X] NO
MOTORCYCLE: [ ] YES [X] NO
COMPANION CITATION(S): [ ] YES [X] NO
ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY:
STATE ROAD 836 WB / NW 12 AVE
___ FT ___ MILES [ ] N [ ] S [ ] E [ ] W OF NODE ___

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED ___ MPH   SPEED APPLICABLE ___ MPH
[ ] INTERSTATE [ ] SCHOOL ZONE [ ] CONSTRUCTION WORKERS PRESENT
SPEED MEASUREMENT DEVICE:

- [ ] CARELESS DRIVING
- [ ] VIOLATION OF TRAFFIC CONTROL DEVICE
- [ ] FAILURE TO STOP AT TRAFFIC SIGNAL
- [ ] IMPROPER LANE CHANGE OR COURSE
- [ ] NO PROOF OF INSURANCE
- [ ] VIOLATION OF RIGHT-OF-WAY
- [ ] CHILD RESTRAINT
- [ ] SAFETY BELT VIOLATION
- [ ] IMPROPER OR UNSAFE EQUIPMENT
- [ ] EXPIRED TAG SIX (6) MONTHS OR LESS
- [ ] EXPIRED TAG MORE THAN SIX (6) MONTHS
- [ ] IMPROPER PASSING
- [ ] EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
- [ ] EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
- [ ] NO VALID DRIVER LICENSE
- [ ] DRIVING WHILE LICENSE SUSPENDED OR REVOKED
- [ ] DRIVING UNDER THE INFLUENCE
  - [ ] Passenger Under 18 Yrs
  - BAL ___

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
IMPROPER-CHANGE-OF-LANE/ PULLING OUT IN FRONT OF VEHICLE GOING SAME DIRECTION. FAILED TO YIELD RIGHT OF WAY WHEN MERGING

RE-EXAM: [ ] YES [X] NO
DL SEIZED: [ ] YES [X] NO

[ ] AGGRESSIVE DRIVING
IN VIOLATION OF: **STATE STATUTE**   SECTION: 316.085(2)   SUB-SECTION:

CRASH: [ ] NO [X] YES   PROPERTY DAMAGE $1000
INJURY TO ANOTHER: [ ] YES [X] NO
SERIOUS BODILY INJURY TO ANOTHER: [ ] YES [X] NO
FATAL: [ ] YES [X] NO

[ ] CRIMINAL VIOLATION  COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
[ ] INFRACTION  COURT APPEARANCE REQUIRED AS INDICATED BELOW.
[X] INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

**AFNB6AE**

CIVIL PENALTY IS $ 179.00
MIAMI-DADE COUNTY COURT
1351 NW 12 STREET
MIAMI, FLORIDA 33125
(305) 275-1111

MUST DELIVERED TO ___ DATE ___

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS IDENTIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF I NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, I WILL CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES AN APPEARANCE IN COURT)
*/s/ Dylan Solorzano/*

NAME OF OFFICER: SOLORZANO, DYLAN A   BADGE NO. 4139   ID NO. ___   TROOP/UNIT: E

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE.

Jail Officer ___

NAME OF OFFICER ___   BADGE NO ___   ID NO ___   TROOP/UNIT ___

75901 (REV. 06/19)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. The contact information for the Clerk of Court in MIAMI-DADE County, where this violation occurred, is: MIAMI-DADE COUNTY COURT, 1351 NW 12 STREET, MIAMI, FLORIDA 33125, (305) 275-1111

**Option 1:** You may pay the civil penalty in the amount of **$179.00** to the Clerk of the Court of MIAMI-DADE County. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance. Mail Fine to: MIAMI-DADE COUNTY COURT, P.O. BOX 19321, MIAMI, FLORIDA 33101-9321. Pay in Person: MIAMI-DADE COUNTY COURT, 1351 NW 12 STREET, MIAMI, FLORIDA 33125, 9:00A/M - 4:00P/M M-F. Make Payable to: MIAMI-DADE COUNTY CLERK OF COURT.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court in MIAMI-DADE County that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [see s. 322.34(10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in MIAMI-DADE County in the form of a valid driver license, registration, or proof of insurance, whichever is applicable. You may make only one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court in MIAMI-DADE County to make this election. You may make only one such election per 12 month period and no more than five elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses, including driver license, tag, and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court in MIAMI-DADE County. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency [$_____] for this service. You may then mail or present this affidavit of compliance along with [$_____] to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

Date: ___   ASSIGNED DHSMV AGENCY #: ___
Signed: ___
(Name, Title, ID#)

---

# FLORIDA DRUG FREE WORKPLACE CHAIN OF CUSTODY FORM


1777 Montreal Circle
Tucker, GA 30084


Quest Diagnostics
800-877-7484
www.questdiagnostics.com/mydrugtest

SPECIMEN ID NO. 41135527  4492720

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**  LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Reason for Test: ☐ Pre-employment  ☐ Random  ☐ Reasonable Suspicion/Cause  ☒ Post-Accident
☐ Return to Duty  ☐ Follow-up  ☐ Other (specify) _____

E. Drug Tests to be Performed:

F. Collection Site Name: _____  Collection Site Code: _____
Address: _____  Collector Phone No.: _____
City, State and Zip: _____  Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes  ☐ No, Enter Remark

Specimen Collection: ☐ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

REMARKS _____

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable Florida Drug Free Workplace Program requirements as found in section 112.0455, Florida Statutes and Chapter 59A-24, Florida Administrative Code.

X _____ Signature of Collector   Time of Collection ___ AM/PM
(Print) Collector's Name (First, MI, Last)   Date (Mo./Day/Yr.)

SPECIMEN BOTTLE(S) RELEASED TO:
☐ Quest Diagnostics Courier  ☐ FedEx
☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB: X _____ Signature of Accessioner
(Print) Accessioner's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark _____

SPECIMEN BOTTLE(S) RELEASED TO:

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. _____   Evening Phone No. _____   Date of Birth __/__/__ Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 4). - DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 4 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Florida Drug Free Workplace Program requirements as found in section 112.0455, Florida Statutes and Chapter 59A-24, Florida Administrative Code, my determination /verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE  ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____ Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SECONDARY SPECIMEN**

In accordance with applicable Florida Drug Free Workplace Program requirements as found in section 112.0455, Florida Statutes and Chapter 59A-24, Florida Administrative Code, my determination /verification for the split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____ (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

645-Pedro D Gonzalez accident report 06-02-2022.pdf

DEF00118

COPY 5 - EMPLOYER COPY

# Alcohol Testing Form
*(The instructions for completing this form are on the back of Copy 3)*

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name: PEDRO D. GONZALEZ (Print) (First, M.I., Last)

B: SSN or Employee ID No.: 616208876

C: Employer Name: De Moya Group
Street: 14301 NW 107 Ave
City, State, Zip: Hialeah, FL 33018

DER Name and Telephone No.: Enrique Moreno (305) 965 9062

D: Reason for Test: ☐Random ☐Reasonable Susp ☐Post-Accident ☐Return to Duty ☐Follow-up ☐Pre-employment

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee / Date: 5, 27, 22

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual and that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT   DEVICE: ☐ SALIVA ☒ BREATH*   15-Minute Wait: ☐ Yes ☐ No

SCREENING TEST: *(For BREATH DEVICE\* write in the space below only if the testing device is not designed to print.)*

Test # | Testing Device Name | Device Serial # OR Lot # & Exp Date | Activation Time | Reading Time | Result

CONFIRMATION TEST: *Results MUST be affixed to each copy of this form or printed directly onto the form.*

REMARKS:

Alcohol Technician's Company: MAURO V/MCAIS
Company Street Address: OMM 6221 NW 36 ST
(PRINT) Alcohol Technician's Name (First, M.I., Last)
Company City, State, Zip: Miami, FL 33166
Phone Number: (305) 8894050

Signature of Alcohol Technician / Date: 5, 27 22

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS 0.02 OR HIGHER**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are 0.02 or greater.

Signature of Employee / Date

---



*Print Screening Results Here or Affix with Tamper Evident Tape*

```
OMM
6221 NW 36 ST, MIAMI
CMI, Inc.
Intoxilyzer 240
Serial Number: 104743D

Type of Test:
Non-DOT Screening
Reason for Test:
Post Accident
Test Number: 0025
Date: 05/27/2022

Operator ID#: 6808
Operator Name:
MAURO
VENZAIS
Operator Signature:
                MV

Subject Company:
DE MOYA GRP
Subject ID#: 616208876
Subject Name:
PEDRO D
GONZALEZ
Subject Signature:
      P. D. G.

Sequence       Result    Time
Diagnostics    PASS      01:27
Test# 0025     .000      01:28

Test Is Negative
```



*Print Additional Results Here or Affix With Tamper Evident Tape*

CMI INC.   866-835-0690 • P/N 650511

COPY 1—ORIGINAL—FORWARD TO EMPLOYER

645-Pedro D Gonzalez accident report 06-02-2022.pdf

DEF00119

# FLORIDA TRAFFIC CRASH DRIVER INFORMATION EXCHANGE

This Traffic Crash Report can be purchased online at www.FloridaCrashPortal.gov

| Crash Number | Reporting Agency |
|---|---|
| 24925625 | FLORIDA HIGHWAY PATROL |

## CRASH IDENTIFIERS

| County of Crash | City or Place of Crash | City Limits | Crash Date/Time | Reported Date/Time |
|---|---|---|---|---|
| MIAMI-DADE | UNINCORPORATED | ☐ | 05/26/2022 11:38 PM | 05/26/2022 11:38 PM |

Roadway Description for Location of Occurrence: STATE ROAD 836 WB

## VEHICLE

| V01 | Year: 2019 | Make: MACK | Model: DUMP TRUCK | Color: WHI | State: FL | License Number: P7511D | Registration Expires: 12/31/2022 | Permanent Registration: ☐ | VIN: 1M2GR2GC7KM010306 |

| Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix | Owner Business (if not Person): THE DE MOYA GROUP INC |

| Address: 14600 SW 136TH ST | Address Other | City: MIAMI | State: FL | Zip Code: 33186-0000 |

| Owner Phone Number: 305-255-5713 | Owner Phone Number (other) | Insurance Company: CONTINENTAL CASUALTY COMPANY | Insurance Policy Number: 6045723129 |

| Trailer One | License Number | State | Reg. Expires | Permanent Reg.: NO | VIN | Year | Make | Length | Axles |
| Trailer Two | License Number | State | Reg. Expires | Permanent Reg.: NO | VIN | Year | Make | Length | Axles |

## VEHICLE

| V02 | Year: 2014 | Make: INFI | Model: Q50 | Color: WHI | State: FL | License Number: E68GE | Registration Expires: 5/14/2023 | Permanent Registration: ☐ | VIN: JN1BV7ARXEM690312 |

| Owner First Name: GABRIEL | Owner Middle Name: ARMANDO | Owner Last Name: GONZALEZ | Owner Suffix | Owner Business (if not Person) |

| Address: 550 E 47TH ST | Address Other | City: HIALEAH | State: FL | Zip Code: 33013-1950 |

| Owner Phone Number: 305-632-0727 | Owner Phone Number (other) | Insurance Company: LIBERTY MUTUAL GENERAL INSURANCE | Insurance Policy Number: AOS2518840114004 |

| Trailer One | License Number | State | Reg. Expires | Permanent Reg.: NO | VIN | Year | Make | Length | Axles |
| Trailer Two | License Number | State | Reg. Expires | Permanent Reg.: NO | VIN | Year | Make | Length | Axles |

## PERSON RECORD

| Person Type: DRIVER | NM# | Vehicle#: V01 | First Name: PEDRO | Middle Name: DANIEL | Last Name: GONZALEZ | Suffix |

| Address: 120 W 11TH ST APT 7 | Address Other | City: HIALEAH | State: FL | Zip Code: 33010 |

| Phone Number | Phone Number (other) | Other Comments (Write In) |

## PERSON RECORD

| Person Type: DRIVER | NM# | Vehicle#: V02 | First Name: GABRIEL | Middle Name: ARMANDO | Last Name: GONZALEZ | Suffix |

| Address: 550 E 47TH ST | Address Other | City: HIALEAH | State: FL | Zip Code: 33013 |

| Phone Number | Phone Number (other) | Other Comments (Write In) |

## REPORTING OFFICER

| ID Number: 4139 | Rank: TPR | Name: SOLORZANO, DYLAN A | Troop/Post: E | Officer Agency: FLORIDA HIGHWAY PATROL | Phone Number: 305-470-2500 |

836 West Road closed

Rampa. 12 ave.

836 East

836. West

T-153

- Manejando 836 STATE Rd. WEST Bond incorporandome a la exit. to 12AVENW donde estaba el desvio del 836 para 12AVENW parado el truck esperando espacio a incorporarse a la orueda de la via, el auto hace contacto con el chapaleta trasera derecha y raspa la pintura en la parte trasera del auto infinity con marca de ACCATTO, llame a emergencia de State trooper, luego el policia decide por el ticket a mi injustamente, porque el chofer hizo una maniobra detrar del truck y le hace contacto a la chapaleta, incluzo el miente al policia de el contacto fue con el bumper, lo cual no fue verdadero.

Pedro Gnzlz
PG.

# Supervisors Accident, Injury and Incident Investigation Form

*Utilize this "all-in-one" form for all Incidents and Injuries*

Office Use Only: Case # _____

## A — Project Information

**Company Name & Address:** Asphalt Group Inc.   14600 SW 136th Street Miami, FL 33186

**Project Name / Job Number:** HEFT 5 job 490   **Date of Incident:** 10/28/2022   **Time of Incident:** 8.30 AM

## B — Type of Incident: (Check all that apply)

- [ ] Employee Injury
- [x] Vehicle Incident
- [ ] General Liability
- [ ] Vandalism
- [ ] Near Miss
- [ ] Property Loss
- [ ] Equipment Accident
- [ ] Utility Damage
- [ ] Theft
- [ ] Other _____

## C — Employee Information

**Employee Name:** Jose Beltran Rodriguez   **Job Title:** Foreman

**Working Shift:** [x] Day   [ ] Night   **Time Work Began:** 7.00 AM   **Hours worked that day:** 1.5 Hrs

*\*\*Include Employee Statement with this report\*\**

## D — Time of Day & Weather Conditions

- [x] Daytime
- [ ] Nighttime
- [x] Clear
- [ ] Rain
- [ ] Overcast
- [ ] N/A

## E — Incident Location and Facts

**Incident Location:** _____   **City:** Haileah   **State:** Fl   **Zip Code:** 33018

**Non-Project Location Information:** Intersection of 170th St and 137th Ave

**What equipment (if any) was the employee using?** Company truck

**If Equipment:** Type F-150   Equip. No. P-121   Hours _____

Was a Daily Job Plan meeting completed today? [x] Yes [ ] No
Did the effected employee(s) attend the Daily Job Plan meeting? [x] Yes [ ] No
Did the effected employee(s) receive training for the Specific Task or Equipment Used? [x] Yes [ ] No

| List all Witness's of Incident | First Name | Last Name | Title |
|---|---|---|---|
| 1 | | N/A | |
| 2 | | N/A | |
| 3 | | N/A | |

*\*\*Attach witness statements for all witness's listed above\*\**

## F — Incident Description

Jose was leaving the Pre Stress yard heading back out to the job via 170th street heading south. As he came upon 137th avenue, a VisualScape Landscaping truck in front of him stopped to turn left onto 137th and Jose did not stop in time and ran in to the back of the trailer being pulled behind the landscaping truck. No damage occured to the trailer, however the bumper on P-121 was damaged and the grill was cracked as well.

The accident was reported to MDPD and Jose received a moving violation ticket.

### G — Medical Information / Injury Information

- [x] NO INJURY
- [ ] Injury
- [ ] Illness
- [ ] Light / Restricted Duty
- [ ] First Aid
- [ ] 3rd Party
- [ ] Subcontractor

Injury:   Type of Injury: _____   Body Part(s) Effected: _____

Did employee go to the clinic / hospital?  [ ] Yes  [ ] No    Hospital or Clinic Location: _____
Has employee returned to work?  [ ] No  [ ] Yes   Date returned: _____
Given work restrictions?  [ ] Yes  [ ] No
Are we able to accommodate the restrictions?  [ ] Yes  [ ] No    Who accompanied employee(s): N/A

### H — Drug & Alcohol Testing

Employee(s) sent for Post Incident Drug/Alchohol Testing?  [x] Yes  [ ] No    Testing Location: **In house - James**
Was employee accompanied to the testing location?  [ ] Yes  [x] No    Who accompanied employee(s): _____

### I — Authority (Police Report) Information

Authority Contacted  [x] Yes  [ ] No    Police Report #: PD221028358822
Reason Authorities were not called: _____
Officer's Name: J. JENKINS    Name of Agency: Miami-Dade PD

### J — Corrective Action / Re-Training

Incident was the result of  [ ] Unsafe Act*  [ ] Unsafe Condition  [ ] Lack of Training  [ ] Third Party  [x] N/A

* IMPORTANT - "Unsafe Acts" require a written reprimand and re-training before the employee resumes work.

[ ] Re - Training Assigned    [x] Corrective Action Taken    Date: 10/28/2022

Corrective Action(s) Taken:
Jose Beltran received a written warning.

### K — Additional Information (if not covered above)

### L — **Signatures (required)**

Supervisor Completing Form: Adrian Ceballos (Print Name)    Supervisor Signature: _____    Date: 10/28/2022

Employee Signature: /s/    Date: 10/28/2022

Updated: JUN 21   This information is prepared in anticipation of litigation and is therefore privileged and confidential.   Page 2 of 2

Jose Beltran - Incident Report 10-28-2022.pdf                                                                                  DEF00134

## Statement of Employee



*Office Use Only: Case #*

This form is to be filled out by the employee for any job incident, near miss, injury, or accident.

**Attach to the Investigation Report.**

Please Print or Type

### Employee Involved in Incident or Injury

Name of Employee: Jose Beltran Rodriguez   Title: Foreman

Home Address: 867 NW 167th Ter.

City: Miami   State: FL   Zip: 33169

Phone: (786)704-6130   Department/Craft: _____

Project Name: HEFT 5   Job Number: 490

Location of Incident: Intersection of 170th St and 137th Ave.   Date and Time: 10/28/2022 8:30 AM

Task being performed: Driving from Pre Stress yard to the job site.

Where were you located at the time: _____

Briefly describe how the incident occurred and / or what you observed:

yo iba manejando desde la yarda de Pre Stress hacia el sitio de trabajo por la 170th Street hacia el sur. Cuando estaba llegando a 137th Ave, el camión de VisualScape landscaping frente a mi se detuvo para doblar hacia la izquierda en dirección a la 137th Ave, pero yo no pude detener mi vehículo a tiempo e impacté la parte trasera del trailer del camión. El trailer no sufrió daños pero el bumper de mi camión (P-121) se dañó y el grill se rompió.

I was leaving the Pre Stress yard heading back out to the job via 170th St heading south. When I was close to 137th Ave, the Visual Scape Landscaping truck in front of me stopped to turn left onto 137th Ave and I did not stop in time and ran into the back of the trailer being pulled behind the landscaping truck. No damage occurred to the trailer, however the bumper on P-121 was damaged and the grill was cracked as well.

The information I have provided either in my own writing or verbally for the purpose of this form is true and correct. I understand that providing false or misleading information or omission of information on this report or any other forms relating to this claim of injury / illness may result in termination of my employment.

Employee Signature _____   Reader/ Interpreter Adrian Ceballos

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

This information is prepared in anticipation of litigation and therefore is privileged and confidential.

Revised: JUN 2021

Jose Beltran - Incident Report 10-28-2022.pdf   DEF00135

P-121:







VisualScape Landscaping truck with trailer:







## Driver Information Exchange

| INVESTIGATING AGENCY | OFFICER'S NAME / (ID) | AGENCY RPT NO. | REPORT ID |
|---|---|---|---|
| Miami-Dade PD | OFC. J. JENKINS / 7613 | PD221028358822 | 25223253 |

| COUNTY | CITY OR TOWNSHIP | CRASH LOCATION ADDRESS | CRASH DATE |
|---|---|---|---|
| MIAMI-DADE | UNINCORPORATED | NW 137TH AVE | 10/28/22 |

**Unit 1**

- DRIVER'S NAME (Last, First, M.I.): BELTRAN RODRIGUEZ, JOSE, G.
- DRIVER'S ADDRESS: 867 NW 167TH TER, MIAMI, FL, 33169
- DRIVER'S PHONE:
- YEAR, MAKE, MODEL: 2017 FORD F150
- PLATE NO. / STATE: IIUT34 FL
- DRIVER'S LICENSE NO.: B436427664520
- VEHICLE OWNER'S NAME: THE DE MOYA GROUP
- VEHICLE OWNER'S ADDRESS: 14600 SW 136 ST, MIAMI, FL, 33186
- VEHICLE OWNER'S INSURANCE: CONTINENTAL CASUALTY COMPANY
- VEHICLE OWNER'S POLICY NO.: 6045723129

**Unit 2**

- DRIVER'S NAME (Last, First, M.I.): FRANCO, AUCENCIO
- DRIVER'S ADDRESS: 5672 NW 194 LN MIAMI GARDENS, FL, 33055
- DRIVER'S PHONE:
- YEAR, MAKE, MODEL: 2007 INTL TK
- PLATE NO. / STATE: N2652U FL
- DRIVER'S LICENSE NO.: F652000664580
- VEHICLE OWNER'S NAME: VISUALSCAPE
- VEHICLE OWNER'S ADDRESS: 17801 NW 137TH AVE, MIAMI, FL, 33018
- VEHICLE OWNER'S INSURANCE: MONROE GUARANTY INSURANCE COMPANY
- VEHICLE OWNER'S POLICY NO.: CA10007448600

**Unit 3**

- DRIVER'S NAME (Last, First, M.I.):
- DRIVER'S ADDRESS:
- DRIVER'S PHONE:
- YEAR, MAKE, MODEL:
- PLATE NO. / STATE:
- DRIVER'S LICENSE NO.:
- VEHICLE OWNER'S NAME:
- VEHICLE OWNER'S ADDRESS:
- VEHICLE OWNER'S INSURANCE:
- VEHICLE OWNER'S POLICY NO.:

**Unit 4**

- DRIVER'S NAME (Last, First, M.I.):
- DRIVER'S ADDRESS:
- DRIVER'S PHONE:
- YEAR, MAKE, MODEL:
- PLATE NO. / STATE:
- DRIVER'S LICENSE NO.:
- VEHICLE OWNER'S NAME:
- VEHICLE OWNER'S ADDRESS:
- VEHICLE OWNER'S INSURANCE:
- VEHICLE OWNER'S POLICY NO.:

This report will be available for purchase by you or your insurance company at www.AuthorizeTransaction.com

Page 1 of 2



**FLORIDA UNIFORM TRAFFIC CITATION**    AH3EG3E

| COUNTY OF (1) MIAMI-DADE | ☐ (1) F.H.P. ☐ (2) P.D. ☒ (3) S.O. ☐ (4) OTHER |
|---|---|
| CITY (IF APPLICABLE) (00) UNINCORPORATED | AGENCY NAME MIAMI-DADE PD |
| | AGENCY # FL0130000, CASE #: PD221028358822 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**SUMMONS (VIOLATOR'S COPY)**

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| FRIDAY | 10 | 28 | 2022 | 10:30 | ☒ A.M. ☐ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| JOSE | GUADALUPE | BELTRAN RODRIGUEZ |

STREET: 867 NW 167TH TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI | FL | 33169 |

| TELEPHONE NUMBER | DATE OF BIRTH MO 12 | DAY 12 | YR 1966 | RACE H | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | B436427664520 | | | | |
|---|---|---|---|---|---|
| | STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 2027 | COMMERCIAL VEHICLE ☐ YES ☒ NO |

| YR. VEHICLE 2017 | MAKE FORD | STYLE PK | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. IIUT34 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2023 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: 170 ST/NW 137 AVE

MOTORCYCLE ☐ YES ☒ NO

COMPANION CITATION NUMBER(S) ☐ YES ☒ NO

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.**

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
   (☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT)
   SPEED MEASUREMENT DEVICE: _____

☒ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING
☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
**CARELESS DRIVING, FOLLOWING TOO CLOSELY AND STRUCK VEHICLE**

RE-EXAM ☐ YES ☒ NO
DL SEIZED ☐ YES ☒ NO

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.1925 | SUB-SECTION (1) |
|---|---|---|---|

| CRASH ☒ YES ☐ NO | PROPERTY DAMAGE ☒ YES $1000 ☐ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☒ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT

CIVIL PENALTY IS $ **179.00**    AH3EG3E

COURT INFORMATION _____ DATE _____ TIME _____
**SEE INSTRUCTIONS**
COURT _____
LOCATION
**(305) 275-1111 | WWW.MIAMI-DADECLERK.COM**
ADDITIONAL COMMENTS: _____

ARREST DELIVERED TO _____ DATE _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)
**JENKINS \ LORIGA**    7613 \ 10357    7613 \ 10357    M2502

---

Page 2 of 2

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of this citation to the Clerk of Court. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.