

REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL  32314-5250

**Ron DeSantis**
*Governor*

**Dane Eagle**
*Secretary*



*272890812 *

Jorge Monteagudo Alburquerque
Jorge Monteagudo
3261 NW 18th Ter
Miami, FL 33125

| | |
|---|---|
| Issue Identification Number | 0068 5312 73-01 |
| Distribution/Mailed Date | 8/25/2022 |
| Appeal Due Date | 9/14/2022 |

## Notice of Approval

### Reasonings & Findings

The claimant was discharged for allegedly sleeping while on the job. The information submitted does not clearly establish misconduct. This determination is issued in accordance with Section 443.101, Florida Statutes.

### Additional Reasonings & Findings

The discharge was for reason other than misconduct connected with the work.

### Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are payable because: The discharge was for reason other than misconduct connected with the work. Any benefits received for which you were not entitled are overpayments and subject to recovery.

### Effect of this Determination

The claimant is entitled to receive benefits for the period beginning 10/4/2020, if otherwise eligible.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at **FloridaJobs.org/RAHelpCenter**.

c

**PLAINTIFF'S EXHIBIT**

**31**

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.

Jorge Monteagudo Alburquerque
3261 NW 18th Ter
Miami, FL 331251003

THE DE MOYA GROUP INC
14600 SW 136TH ST
MIAMI, FL 33186-6762

## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20º) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.

Department of Economic Opportunity
Reemployment Assistance
Customer Information Requests
Post Office Drawer 5350
Tallahassee, FL 32314-5350

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Economic Opportunity
Reemployment Assistance
Customer Informational Requests
Post Office Drawer 5350
Tallahassee, FL 32314-5350