

Nathaly Saavedra <nathaly@peregonza.com>

## EL20-02414 Jorge Monteagudo
1 message

**CELSA DEJESUS** <CELSA.DEJESUS@eeoc.gov>　　　　　　　　　　　　　　　　Fri, Nov 13, 2020 at 11:10 AM
To: "nathaly@peregonza.com" <nathaly@peregonza.com>

November 13, 2020

Nathaly Saavedra

Peregonza The Attorneys PLLC

nathaly@peregonza.com

Re: Jorge Monteagudo

Dear Ms. Saavedra:

Please be advised that your recent correspondence of employment discrimination has been transferred to the **Miami-Dade County Commission on Human Rights**

.

Should you have any questions, please contact them at:

**Miami-Dade County Commission on Human Rights**

Stephen P. Clark Center

111 N.W. 1st Street, 21st Floor

Miami, Florida 33128

Telephone: (305) 375-5272

Sincerely,

Linda Byars

Linda Byars, CRTIU Supervisor

US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION – Miami District Office

**PLAINTIFF'S EXHIBIT 46**



Celsa DeJesus
Office Automation Assistant

U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, 15th Floor
Miami, FL 33131
Tel: 786-648-5802
celsa.dejesus@eeoc.gov