UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-22343-KMM

Jorge Moneagudo Alburqurque,

      Plaintiff/Appellant,

v.

The De Moya Group, Inc., et al.,

      Defendants/Appellees.

_____/

**Notice of Appeal**

The plaintiff, Jorge Monteagudo Alburqurque, appeals to the United States Court of Appeals for the 11th Circuit from the order denying the plaintiff's motion to alter judgment pursuant to Federal Rule of Civil Procedure 59, treated as a motion for reconsideration, as well as the summary judgment and closing case, upon which it is based. [*See* D.E. 100; D.E. 87.]

## Certificate of Service

**I hereby certify** that on September 25, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Twig, Trade, & Tribunal, PLLC**
1512 E Broward Blvd, Ste 204A
Fort Lauderdale, FL 33301
Phone: 954-540-2755

/s/ Morgan Weinstein
Morgan Weinstein, Esq.
Florida Bar No. 87796
morgan@twiglaw.com

**Service List**

Nathaly Saavedra, Esq.
Fla. Bar No. 118315 Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784 Email: juan@peregonza.com
P. Brooks, LaRou, Esq.
Fla. Bar No. 1039018
Email: brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive,
Suite 290,
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200
*Attorneys for Plaintiff*

Reginald J. Clyne, Esq.
Florida Bar No. 654302
reginald.clyne@qpwblaw.com
Chanelle Artiles, Esq.
Florida Bar No. 10006402
chanelle.artiles@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Telephone: 305-670-1101
*Attorneys for Defendant*