## Itemization of Costs

| Vendor | Invoice Date | Description of Cost | Cost |
|---|---|---|---|
| Veritext | 10/24/2022 | Interpreter - Plaintiff first deposition | $300 |
| Veritext | 10/27/2022 | Plaintiff first deposition transcript | $457.50 |
| Veritext | 11/29/2022 | Interpreter - Plaintiff second deposition | $300 |
| Veritext | 12/10/2022 | Plaintiff second deposition transcript | $440.65 |
| Veritext | 5/15/2023 | Interpreter for May 9, 2023 evidentiary hearing | $340.00 |
| Veritext | 6/13/2023 | Transcript for May 9, 2023 hearing | $56.70 |
| Daughters Reporting Inc. | 1/31/2023 | Elena Valdes deposition transcript | $823.40 |
| Daughters Reporting Inc. | 2/14/2023 | Manual Comes deposition transcript | $386.40 |
| Daughters Reporting Inc. | 2/15/2023 | Noel Leon deposition transcript | $450.80 |
| Daughters Reporting Inc. | 2/23/2023 | Susan deposition transcript | $663 |
| Daughters Reporting Inc. | 2/24/2023 | Francisco Baldelomar deposition transcript | $68.40 |
| Daughters Reporting Inc. | 2/24/2023 | Jerome Nasso deposition transcript | $340.40 |
| Daughters Reporting Inc. | 2/27/2023 | Christopher De Moya deposition transcript | $349.60 |
| Daughters Reporting Inc. | 3/7/2023 | Carlos Cardona deposition transcript | $289.80 |
| Daughters Reporting Inc. | 3/22/2023 | Elena Valdes second deposition transcript | $258.75 |
| | | | **$5,525** |