**DISBURSEMENTS**

| Date | Tkpr | Description | Amount |
|---|---|---|---|
| 10/24/2022 | RJC2 | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6116999 DATE: 10/24/2022<br>Interpreting | 300.00 |
| 10/27/2022 | RJC2 | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6135114 DATE: 10/27/2022<br>Certified Transcript | 457.50 |
| 11/07/2022 | RJC2 | Other Professionals /Litigation Resolution, Inc/Vendor Inv. /VENDOR: Litigation Resolution, Inc INVOICE#: 11/07/22MONTEGUDO DATE: 11/7/2022<br>Mediation Services | 450.00 |
| 11/29/2022 | RJC2 | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6186377 DATE: 11/29/2022<br>Interpreting | 300.00 |
| 12/10/2022 | RJC2 | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6218776 DATE: 12/10/2022<br>Certified Transcript | 440.65 |

**DISBURSEMENTS**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/31/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 313862 DATE: 1/31/2023 Depositions of Elena Valdes-Transcript Copy | 823.40 |
| 02/01/2023 | RJC2 | Other Professionals /SMM Law P.A./Vendor Inv. /VENDOR: SMM Law P.A. INVOICE#: 93 DATE: 2/1/2023 Mediation Services | 281.50 |
| 02/14/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 313986 DATE: 2/14/2023 Deposition of Manuel Comes | 386.40 |
| 02/15/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 313998 DATE: 2/15/2023 Deposition of Noel Leon | 450.80 |
| 02/23/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314052 DATE: 2/23/2023 Deposition of Susan Giraldo | 663.00 |
| 02/24/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314056 DATE: 2/24/2023 Deposition of Francisco Baldelomar | 68.40 |
| 02/24/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314064 DATE: 2/24/2023 Deposition of Jerome Nasso | 340.40 |
| 02/27/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314070 DATE: 2/27/2023 Deposition of Christopher De Moya | 349.60 |
| 03/01/2023 | AFV | Local Travel /Andres Vidales/Vendor Inv. /VENDOR: Andres Vidales INVOICE#: 5871268004281925 DATE: 4/28/2023 Local Travel / Parking / Parking at courthouse for hearing | 10.00 |
| 03/07/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314152 DATE: 3/7/2023 Deposition of Carlos Cardona | 289.80 |
| 03/22/2023 | RJC2 | Other Professionals /Daughters Reporting Inc./Vendor Inv. /VENDOR: Daughters Reporting Inc. INVOICE#: 314266 DATE: 3/22/2023 2nd Depo of Elena Valdes | 258.75 |

**DISBURSEMENTS**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/09/2023 | GC2 | Local Travel /Gustavo Castro/Vendor Inv. /VENDOR: Gustavo Castro INVOICE#: 5911784305171605 DATE: 5/17/2023 Mileage / Mileage / Travel to courthouse to assist with evidentiary hearing. | 21.10 |
| 05/09/2023 | GC2 | Local Travel /Gustavo Castro/Vendor Inv. /VENDOR: Gustavo Castro INVOICE#: 5911784305171605 DATE: 5/17/2023 Local Travel / Parking / Parking at courthouse to assist with evidentiary hearing. | 10.00 |
| 05/09/2023 | GC2 | Local Travel /Gustavo Castro/Vendor Inv. /VENDOR: Gustavo Castro INVOICE#: 5911784305171605 DATE: 5/17/2023 Local Travel / Parking / Continued parking at courthouse to assist with evidentiary hearing. | 15.55 |
| 05/09/2023 | RJC2 | Local Travel /Reginald J. Clyne/Vendor Inv. /VENDOR: Reginald J. Clyne INVOICE#: 5940944705301937 DATE: 5/30/2023 Local Travel / Parking / Parking-Meeting-DeMoya Case | 62.50 |
| 05/10/2023 | AFV | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6557734 DATE: 5/10/2023 Cancellation of Court reporter for hearing | 120.00 |
| 05/15/2023 | AFV | Other Professionals /Veritext/Vendor Inv. /VENDOR: Veritext INVOICE#: 6560823 DATE: 5/15/2023 Interpreter for hearing at Federal Court | 340.00 |
| 06/13/2023 | AFV | Other Professionals /Susan A. Zielie/Vendor Inv. /VENDOR: Susan A. Zielie INVOICE#: 2324 DATE: 6/13/2023 Transcript for May 9th Hearing | 56.70 |