**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE

      Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

      Defendant.

_____/

## NOTICE OF FILING SUPPLEMENTAL INVOICES

      Pursuant to the Court's Paperless Order [ECF No. 116] issued on September 26, 2023,

Defendant, The De Moya Group, Inc. ("De Moya"), by and through the undersigned counsel, and

files this Notice of Filing Supplemental Invoices with the attached original invoices supporting its

request to tax costs in accordance with Southern District of Florida Local Rule 7.3(c).

Dated: September 27, 2023          Respectfully submitted,

                     By:    /s/ *Chanelle Artiles*
                            Reginald J. Clyne, Esq.
                            Florida Bar No.: 654302
                            Chanelle Artiles, Esq.
                            Florida Bar No.: 1006402
                            Andres F. Vidales, Esq.
                            Florida Bar No.: 1041185
                            QUINTAIROS, PRIETO, WOOD &
                            BOYER, P.A.
                            *Attorneys for Defendant, The De Moya*
                            *Group, Inc.*
                            9300 S. Dadeland Blvd., 4th Floor
                            Miami, FL 33156
                            Tel: (305) 670-1101

Fax: (305) 670-1161
Email: rclyne.pleadings@qpwblaw.com
reginald.clyne@qpwblaw.com
chanelle.artiles@qpwblaw.com
andres.vidales@qpwblaw.com
cecilia.quevedo@qpwblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2023, the foregoing was electronically filed with the Clerk of Court via CM/ECF system, which will send a notice of electronic filing to the counsel of record on the service list below.

/s/ *Chanelle Artiles*

**SERVICE LIST**
Nathaly Saavedra, Esq.
Juan J. Perez, Esq.
Patrick Brooks LaRou, Esq.
Peregonza The Attorneys, PLLC
5201 Blue Lagoon Dr., Suite 290
Miami, FL 33126
Tel. 786-650-0202 / Fax: 786-650-0200
nathaly@peregonza.com
juan@peregonza.com
brooks@peregonza.com

Brian H. Pollock, Esq.
Fairlaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel. 305-230-4884
bian@fairlawattorney.com