**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Reginald J. Clyne<br>Quintairos Prieto Wood & Boyer PA<br>9300 S Dadeland Blvd, 4th Floor<br>Miami, FL, 33156 | Invoice #: | 6218776 |
|---|---|---|---|
| | | Invoice Date: | 12/10/2022 |
| | | Balance Due: | $440.65 |

**Case: Monteagudo Alburquerque, Jorge v. The De Moya Group, Inc. (1:22cv22343)**   **Proceeding Type: Depositions**

Job #: 5566948   |   Job Date: 11/17/2022   |   Delivery: Normal        Matter #: 173442
Location:          Miami, FL
Billing Atty:      Reginald J. Clyne
Scheduling Atty:   Reginald J. Clyne | Quintairos Prieto Wood & Boyer PA

| Witness: Jorge Monteagudo Alburquerque | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 57.00 | $3.95 | $225.15 |
| Attendance | 0.50 | $185.00 | $92.50 |
| Veritext Virtual Primary Participants | 1.00 | $75.00 | $75.00 |
| Litigation Package-Secure File Suite | 1.00 | $30.00 | $30.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $18.00 | $18.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $440.65 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $440.65 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Invoice #: 6218776**
**Invoice Date: 12/10/2022**
**Balance Due: $440.65**

Pay by Credit Card: www.veritext.com

65518