


**Daughters Reporting, Inc.**
101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL 33156

**Invoice Number:** 313998
**Invoice Date:** 02/15/2023

In Re: JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(s): Noel Leon
Attendance Date: 02/02/2023, 1:00 p.m.
Reporter: Stacey Ferrucho
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Noel Leon** Original & One Copy - 98 pgs | 450.80 |
| **Mini/Condensed transcript, no charge** | |
| Transcript(s) emailed on 2-15-23 | |
| **Invoice Total:** | 450.80 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

----

| Invoice Number: | 313998 | Cardholder's Name: |
| Invoice Date: | 02/15/2023 | Card Number: |
| Amount Due: | $450.80 | Exp. Date: Phone: |
| Amount Enclosed: | $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip: Security Code: |
|  | | Signature: |

