


101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL 33156

**Invoice Number:** 314052
Invoice Date: 02/23/2023

In Re: JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(s): Susan Giraldo, Fabricio Cedillo
Attendance Date: 02/23/2023, 9:00 a.m.
Reporter: Executive Reporting, Service
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Susan Giraldo** | |
| Original & One Copy - 65 pgs - same day delivery | 663.00 |
| **Mini/Condensed transcript, no charge** | |
| Transcript(s) emailed on 2/23/23 | |
| **Scheduled Deposition of Fabricio Cedillo** | |
| No notes taken | |
| CNA prepared and emailed on 2/23/23 | |
| Invoice Total: | 663.00 |

**DAUGHTERS** HAS GONE **GREEN**!

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

| | | | |
|---|---|---|---|
| Invoice Number: | 314052 | Cardholder`s Name: | |
| Invoice Date: | 02/23/2023 | Card Number: | |
| Amount Due: | **$663.00** | Exp. Date: | Phone: |
| Amount Enclosed: | $_____ | Billing Address: | |
| **CREDIT CARDS ACCEPTED** | | Zip: | Security Code: |
|  | | Signature: | |