


**Daughters Reporting, Inc.**
101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

## INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL  33156

Invoice Number:  314056
Invoice Date:    02/24/2023

In Re:  JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(s): Manuel Comes, Francisco Baldelomar
Attendance Date: 02/03/2023, 10:00 a.m.
Reporter: Executive Reporting, Service
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Francisco Baldelomar**  Certified Copy - 19 pgs | 68.40 |
| **Transcript(s) emailed on 2/24/23** | |
| Invoice Total: | 68.40 |

**DAUGHTERS** HAS GONE **GREEN**!

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

-----

| Invoice Number: | 314056 |
|---|---|
| Invoice Date: | 02/24/2023 |
| Amount Due: | **$68.40** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone: _____
Billing Address: _____
Zip: _____   Security Code: _____
Signature: _____