

**Daughters Reporting, Inc.**
101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

# INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL 33156

**Invoice Number:** 314064
**Invoice Date:** 02/24/2023

In Re: JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(s): Jerome Nasso
Attendance Date: 02/14/2023, 10:00 a.m.
Reporter: Ronni Kugler
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Jerome Nasso** Original & One Certified Copy - 74 pgs. | 340.40 |
| **Mini/Condensed transcript, no charge** | |
| Transcript(s) emailed on 02/24/2023 | |
| **Invoice Total:** | 340.40 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

---

| Invoice Number: | 314064 |
| Invoice Date: | 02/24/2023 |
| Amount Due: | $340.40 |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**
  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____