

101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

# INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL  33156

**Invoice Number:** 314152
**Invoice Date:** 03/07/2023

In Re:  JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(s): Carlos Cardona
Attendance Date: 02/20/2023, 11:00 a.m.
Reporter: Jamie Mackrell
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Deposition of Carlos Cardona** | |
| Original & One Copy - 63 pgs | 289.80 |
| **Mini/Condensed transcript, no charge** | |
| Transcript(s) emailed on 3/7/23 | |
| Invoice Total: | 289.80 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

---

| Invoice Number: | 314152 | Cardholder's Name: |
| Invoice Date: | 03/07/2023 | Card Number: |
| Amount Due: | $289.80 | Exp. Date:     Phone: |
| Amount Enclosed: | $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip:     Security Code: |
|   | | Signature: |