

**Daughters Reporting, Inc.**
101 NE 3rd Avenue, Suite 1500 - Fort Lauderdale, FL 33301
Office 954.755.6401 - Fax 954.827.7778
daughtersreporting@gmail.com - daughtersreporting.com

# INVOICE

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTN: Reginald J. Clyne, Esq.
9300 South Dadeland Boulevard
4th Floor
Miami, FL 33156

**Invoice Number:** 314266
**Invoice Date:** 03/22/2023

**In Re:** JORGE MONTEAGUDO ALBURQUERQUE vs. THE DE MOYA GROUP, INC., A Florida Profit Corporation
Case Number: 1:22-cv-22343-KMM Moore/Louis
Witness(es): Elena Valdes
Attendance Date: 03/06/2023, 1:00 p.m.
Reporter: Executive Reporting, Service
Location: VIDEOCONFERENCE - via Zoom

| Description | Amount |
|---|---|
| **Second Deposition of Elena Valdes** | |
| Certified Copy - 69 pgs | 258.75 |
| **Mini/Condensed transcript, no charge** | |
| Transcript(s) emailed on 3/22/23 | |
| **Invoice Total:** | 258.75 |

**DAUGHTERS HAS GONE GREEN!**

Daughters Reporting works remotely and we are always available.
Email us for all your court reporter needs!!!

Thank you!

INVOICE DUE WITHIN 30 DAYS.
Tax ID: 46-4642885

*Please detach bottom portion and return with payment*

---

| Invoice Number: | 314266 | Cardholder's Name: |
| Invoice Date: | 03/22/2023 | Card Number: |
| Amount Due: | $258.75 | Exp. Date:      Phone: |
| Amount Enclosed: | $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | | Zip:     Security Code: |
|    | | Signature: |