Exhibit A

PEREGONZA
LAW GROUP

Nathaly Saavedra <nathaly@peregonza.com>

# Alburquerque v. De Moya - Service of Verified Motion for Attorneys' Fees

1 message

**Chanelle Artiles** <chanelle.artiles@qpwblaw.com> Wed, Sep 20, 2023 at 6:53 PM
To: Nathaly Saavedra <nathaly@peregonza.com>, "juan@peregonza.com" <juan@peregonza.com>, "brian@fairlawattorney.com" <brian@fairlawattorney.com>, Brooks Larou <brooks@peregonza.com>, Jocelyn Rocha <jocelyn@peregonza.com>
Cc: "Reginald J. Clyne" <reginald.clyne@qpwblaw.com>, "Andres F. Vidales" <andres.vidales@qpwblaw.com>, Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>, Sofia Morales Arcila <sofia.arcila@qpwblaw.com>

Counsel,

In accordance with Local Rule 7.3, please see attached Defendant's Verified Motion for Attorneys' Fees and Sanctions and the enclosed billing records for this matter.

Regards,

Chanelle Artiles

QPWB ATTORNEYS

**Chanelle Artiles** | **Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**

9300 South Dadeland Blvd., 4th Floor, Miami, Florida 33156

Ph: (305) 670-1101x1079 Fax: (305) 670-1161

Email: chanelle.artiles@qpwblaw.com Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

QPWB ATTORNEYS

**Chanelle Artiles** | **Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156
Ph: (305) 670-1101 x1079 Fax: (305) 670-1161
Email: chanelle.artiles@qpwblaw.com Web: www.qpwblaw.com

Arizona ◆ California ◆ Colorado ◆ Florida ◆ Georgia ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts
Michigan ◆ Mississippi ◆ Nevada ◆ New Jersey ◆ New York ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI

**De Moya Mot for Attorneys Fees 2023.09.20.pdf**
19819K