Exhibit B



Nathaly Saavedra <nathaly@peregonza.com>

## Re: Alburquerque v. De Moya - Service of Verified Motion for Attorneys' Fees
1 message

**Chanelle Artiles** <chanelle.artiles@qpwblaw.com>   Mon, Sep 25, 2023 at 4:33 PM
To: Nathaly Saavedra <nathaly@peregonza.com>, "juan@peregonza.com" <juan@peregonza.com>, "brian@fairlawattorney.com" <brian@fairlawattorney.com>, Brooks Larou <brooks@peregonza.com>, Jocelyn Rocha <jocelyn@peregonza.com>
Cc: "Reginald J. Clyne" <reginald.clyne@qpwblaw.com>, "Andres F. Vidales" <andres.vidales@qpwblaw.com>, Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>, Sofia Morales Arcila <sofia.arcila@qpwblaw.com>

Good afternoon,

As stated in our motion for fees and enclosed invoices served on September 21, 2023, we are seeking to recover our costs under Local Rule 7.3(c) and 28 U.S.C. § 1920. The amount of the costs that have been invoiced to date is $6,496. A detailed description of each cost was included with the invoices that were attached to the motion. Please advise whether you are in agreement with paying those costs as soon as possible.

Thanks,

Chanelle



**Chanelle Artiles | Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156
Ph: (305) 670-1101 x1079  Fax: (305) 670-1161
Email: chanelle.artiles@qpwblaw.com  Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland ♦ Massachusetts
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Rhode Island ♦ Tennessee ♦ Texas ♦ USVI

**From:** Chanelle Artiles <chanelle.artiles@qpwblaw.com>
**Sent:** Wednesday, September 20, 2023 6:53 PM
**To:** Nathaly Saavedra <nathaly@peregonza.com>; juan@peregonza.com <juan@peregonza.com>; 'brian@fairlawattorney.com' <brian@fairlawattorney.com>; Brooks Larou <brooks@peregonza.com>; Jocelyn Rocha <jocelyn@peregonza.com>
**Cc:** Reginald J. Clyne <reginald.clyne@qpwblaw.com>; Andres F. Vidales <andres.vidales@qpwblaw.com>; Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>; Sofia Morales Arcila <sofia.arcila@qpwblaw.com>
**Subject:** Alburquerque v. De Moya - Service of Verified Motion for Attorneys' Fees

Counsel,

In accordance with Local Rule 7.3, please see attached Defendant's Verified Motion for Attorneys' Fees and Sanctions and the enclosed billing records for this matter.

Regards,

Chanelle Artiles



**Chanelle Artiles | Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**

9300 South Dadeland Blvd., 4th Floor, Miami, Florida 33156

Ph: (305) 670-1101x1079 Fax: (305) 670-1161

Email: chanelle.artiles@qpwblaw.com  Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI



**Chanelle Artiles | Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156
Ph: (305) 670-1101 x1079  Fax: (305) 670-1161
Email: chanelle.artiles@qpwblaw.com  Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland ♦ Massachusetts
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Rhode Island ♦ Tennessee ♦ Texas ♦ USVI