IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE
Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

Defendant.
_____/

**DECLARATION OF MATTHEW W. DIETZ**

Under penalty of perjury, Matthew W. Dietz, who, being duly sworn upon oath, deposes and states as follows:

1.     My name is Matthew W. Dietz and I have knowledge of the matters to which I am testifying in this declaration.

2.     I am familiar with the fees generally allowed attorneys representing parties in actions similar to the one in this case.

3.     I have been practicing civil rights litigation for my entire legal career, and have been practicing law since September 1996.  I have litigated or handled over 500 cases involving Title I, II, and III of the Americans with Disabilities Act, Florida Civil Rights Act, Federal and Florida Fair Housing Acts, Individuals with Disabilities Education Act, Civil Rights Act of 1964, Civil Rights Act of 1865, Age Discrimination in Employment Act, and several other civil rights laws, regulations, and ordinances.  I have been class counsel in seven classes certified or conditionally certified under Fed.R.Civ.P. Rule 23(b)(2) involving disability rights. In total, I have over three hundred reported decisions, most on cutting edge issues of civil rights and disability law.

Further, I have published several articles on civil rights. My curriculum vitae is attached hereto as Exhibit A.

4. In addition to my practice before this court, I have been a very active writer, participant and speaker on disability advocacy issues. I am the founder and President of Disability Independence Group, Inc. a non-profit corporation, which advocates for advancement for persons with disabilities. Further, I was chair of the Equal Opportunities in the Law Section of the Florida Bar, past chair of the Civil Rights Section of the American Association for Justice, past-chair of the Public Interest Law Section of the Florida Bar, and the past-chair of the Disability Committee within that section. I have drafted Rules of Judicial Administration, Rule 2.540, which requires the Florida State Court System to comply with Title II of the Americans with Disabilities Act.

5. I am currently the clinical director of the Disability Inclusion and Advocacy Law (DIAL) Clinic at Nova Southeastern University Shepard Broad College of Law. In that capacity, I am applying my 27 years of civil rights litigation experience to teach students how to practice with professionalism on the first day that they become lawyers. Relevant to the facts of this case, my students are able to interview potential clients to derive the relevant facts for a case and then analyze the facts to determine whether there is a viable cause of action.

6. My current hourly rate, with 27 years of experience, is $550.00. These amounts are commensurate with defense counsel from large firms, such as Greenberg Traurig, Ackerman Senterfeit, and Holland & Knight. Attorneys with commensurate experience as the undersigned charge approximately $500-650 per hour.

7. In Florida, lawyers who handle standard discrimination claims are entitled to at least $350 to $550 per hour from 2015 to the present, depending on the experience of counsel. This

has been found in most cases. *See Palacio Cruz vs. Infante Security Protection, LLC*, Case No.: 18-CV-21839-GAYLES, ECF No. 17 (S.D. Fla. Sept. 4, 2018) (approving requested rate of $**500**); *Walker v. Iron Sushi LLC, Case No.*: 17-CV-61472-TORRES, ECF No. 42 (S.D. Fla. Feb. 7, 2018) (approving requested rate of $**400**); *Minus v. Miami-Dade Cnty.*, 19-CV-25113, 2021 WL 5238604, at *4 (S.D. Fla. Oct. 30, 2021)(Miami-Dade County Attorney Candela awarded $400); *Oreilly v. Art of Freedom Inc.*, No. 17-CV-21251, 2018 WL 6616445 (S.D. Fla. Dec. 14, 2018), *report and recommendation adopted*, No. 17-21251-CIV, 2019 WL 1115879 (S.D. Fla. Jan. 8, 2019) (approving $**400** hourly rate for senior trial lawyer); see also *Sloan v. Miami-Dade County*, 1:18-CV-21517, 2020 WL 5902486, at *7 (S.D. Fla. Jan. 24, 2020) (recommending that defendant recover attorney's fees at the hourly rate of $**350** per hour); *Catano v. VR Dist. Ltd. P'ship*, 619CV1787ORL78GJK, 2021 WL 11646290, at *2 (M.D. Fla. Jan. 4, 2021), *report and recommendation adopted*, 6:19-CV-1787-WWB-GJK, 2021 WL 11646298 (M.D. Fla. Feb. 22, 2021)(ten year attorneys awarded between $**295 and 350** per hour, one and one half year attorney reduced from $295 to $**200** per hour); *James v. Wash Depot Holdings, Inc.*, 489 F. Supp. 2d 1341, 1350 (S.D. Fla. 2007) (finding that rate of **$450** was reasonable for attorney practicing in specialty for over ten years); *Ariza v. Casablanco Mattress & Furniture Gallery, LLC*, 22-CV-23759, 2023 WL 246689, at *3 (S.D. Fla. Jan. 18, 2023) ($**425** hourly rate is reasonable); *Lakhani v. 900 Sw., LLC*, 22-CV-23220, 2023 WL 1965056, at *3 (S.D. Fla. Feb. 13, 2023) (hourly rate of $**415** is reasonable); *Goldwire v. City of Riviera Beach, Florida*, 18-81285-CIV, 2022 WL 1050331, at *2 (S.D. Fla. Mar. 3, 2022), *appeal dismissed*, 22-10995-J, 2022 WL 2346521 (11th Cir. Apr. 19, 2022) ($**400** hourly fee is reasonable); *Horne v. Barr*, No. 12-CV-23507-MARTINEZ-GOODMAN, 2020 U.S. Dist. LEXIS 124207, at *11-13 (S.D. Fla. July 13, 2020) (finding the following rates reasonable in an employment discrimination case:

$550 and $525 for attorneys with forty years of experience, and $350 for attorney with 11 years of experience); *H.C. v. Bradshaw*, 426 F. Supp. 3d 1266, 1277-78 (S.D. Fla. 2019) (finding $500 for an attorney with over thirty years of experience, $375 for an attorney with thirteen years of experience are reasonable rates in a federal civil rights case:); *Hamilton v. Sheridan Healthcare., Inc.*, No. 13-62008-CIV-COHN/SELTZER, 2015 U.S. Dist. LEXIS 193773, 2015 WL 13540999, at *4 (S.D. Fla. Dec. 23, 2015) (finding a rate of $475 per hour for an attorney with twenty-eight years of experience is reasonable in an employment discrimination case), *report and recommendation adopted sub nom.*, 2016 U.S. Dist. LEXIS 195088, 2016 WL 9444229 (S.D. Fla. Jan. 14, 2016), *aff'd sub nom.*, 700 F. App'x. 883 (11th Cir. 2017); *Tillman v. Advanced Pub. Safety, Inc.*, No. 15-CV-81782, 2018 U.S. Dist. LEXIS 187977, 2018 WL 5768570, at *4 (S.D. Fla. Nov. 2, 2018) (finding that $500 per hour for an attorney with thirty-four years of experience is reasonable). In Florida, lawyers who bring basic, boilerplate, Americans with Disabilities Act Title III barrier removal claims are entitled similar rates, depending on the experience of counsel. See *Houston v. S. Bay Inv'rs #101, LLC*, No. 13-80193-CV, 2013 U.S. Dist. LEXIS 104281, at *4 (S.D. Fla. July 25, 2013)($420 per hour for a 20 year lawyer); *Barberi v. Ricor Enters.*, No. 16-CIV-23173-LENARD/GOODMAN, 2017 U.S. Dist. LEXIS 974, at *9 (S.D. Fla. Jan. 3, 2017)($375.00 per hour); *Kennedy v. Radio Rd. Plaza Invs., LLC*, No. 2:15-cv-630-FtM-29CM, 2017 U.S. Dist. LEXIS 3135, at *6 (M.D. Fla. Jan. 10, 2017)($420 for 19 years of experience, $250.00 for 1 ½ years of experience); *Dalton v. Cent. Animal Hosp. of Boca Raton, Inc.*, No. 16-cv-81282-BLOOM/VALLE, 2016 U.S. Dist. LEXIS 169266, at *4 (S.D. Fla. Dec. 6, 2016)(awarding five year ADA attorney $350.00 per hour)

8. Further, in 2019, Mr. Clyne was awarded attorneys' fees with an hourly rate of $500 in *Wanda Gilbert v. City of Miami Gardens*, Case No.: 11-179908 CA 15, in the 11th Circuit,

Miami Dade County, Florida, a case involving whistleblower and retaliation claims under the Florida Civil Rights Act.

9. For new and mid-level attorneys, I relied on my own experience as well as the Florida Bar's 2022 Economics and Law Office Management Survey, which states the median hourly rate for Florida attorneys is $325. Based upon my respective years of practice and familiarity and experience with actions under state and federal civil rights laws, and the rates charged by other attorneys in my practice area, billing rates of $450 for an experienced partner with over 35 years of experience, $300 for an associate with over five years of experience, and $150 for a new attorney, are immensely reasonable.

10. Based upon my respective years of practice and familiarity and experience with actions under civil rights laws, and rates charged by other attorneys in my practice area a billing rate for an experienced attorney at $450.00 per hour, and for a 5 year attorney at $300.00 per hour is immensely reasonable.

11. The issues in this matter were straightforward, however, the case demanded a significant amount of effort and skills due to the nature of the litigation proceedings, which included multiple discovery conferrals, over eleven fact witness depositions, briefing of evidentiary issues, summary judgment proceedings, Rule 11 evidentiary hearings, a motion for reconsideration, and numerous ancillary matters raised by the Plaintiff throughout various motions.

12. Based on the Eleventh Circuit's well-settled law with regards to Title VII claims, and the lack of actionable discriminatory conduct, and De Moya's non-retaliatory reasons for terminating the Plaintiff, this case was without factual or legal basis from the inception.

13. As such, because of the time, research, and skill required in the handling of this matter, the time expended was reasonable, especially in light of the hourly fees charged. The 220.5 hours spent by Reginald Clyne, 360.5 hours spent by Ms. Artiles, 262.7 hours by Andres Vidales, and 62.6 hours expended by Michael Birts as of September 2023, is reasonable.

14. For civil rights and employment law actions, the following fees are customary in South Florida:

> (a) For an attorney who has over 35 years of experience, like Mr. Clyne - fees range between $350 to $550 per hour.
>
> (b) For a mid-level associate, like Ms. Artiles - fees range between $275 to $400 per hour.
>
> (c) For new attorneys like Mr. Vidales and Mr. Birts – fees range between $175 to $250 per hour.

FURTHER DECLARANT UNDER PERJURY SAYETH NAUGHT.

Dated this 25th day of October, 2023.

_____S/ Matthew Dietz_____
Matthew W. Dietz, Esq.
Florida Bar No: 0084905