UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE

    Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

## DECLARATION OF REGINALD J. CLYNE

Under penalty of perjury, Reginald J. Clyne, who, being duly sworn upon oath, deposes and states as follows:

1. My name is Reginald J. Clyne. I am an adult and live in Miami-Dade County, Florida. I have personal knowledge of the facts contained in this Declaration, and I am competent to testify as to them.

2. I am a partner at Quintairos, Prieto, Wood & Boyer, PA ("QPWB") and the head of the firm's Employment Practice Group.

3. I am a member of the Florida Bar in good standing with over 36 years of experience practicing law. I have been licensed to practice in the State of Florida since 1986, and I am admitted to practice before the U.S. District Court for the Southern District of Florida, and the U.S. Court of Appeals for the 11th Circuit.

4. My practice focuses on the areas of employment and civil rights claims, professional liability, complex personal injury and commercial litigation. Attached as Exhibit 1 is a true and correct copy of my firm profile.

5. Quintairos, Prieto, Wood & Boyer, P.A. is counsel of record for Defendant, The De Moya Group, Inc., in the above referenced matter. I am the attorney at QPWB who is primarily responsible for this litigation. I have personal knowledge of all matters set forth herein including the business records of QPWB that were made and kept in the ordinary course of business, and under my supervision and control.

6. The De Moya Group, Inc. has agreed to pay Quintairos, Prieto, Wood & Boyer, P.A. a reasonable fee for the legal services rendered in this case on an hourly fee basis for work performed and the time expended by the firm's lawyers.

7. I have used the services of three associate attorneys within the firm, whose billable rate, skills, and experience resulted in the most efficient representation of our client in this litigation, namely Chanelle Artiles, Andres Vidales and Michael J. Birts, Jr.

8. Ms. Artiles is a member of the Florida Bar in good standing admitted to practice in the State of Florida since 2018. Attached hereto as Exhibit 2 is a true and correct copy of her firm profile.

9. Mr. Vidales is a member of the Florida Bar in good standing admitted to practice in the State of Florida since 2022. Attached hereto as Exhibit 3 is a true and correct copy of his firm profile.

10. Mr. Birts is a member of the Florida Bar in good standing admitted to practice in the State of Florida since 2022. Attached hereto as Exhibit 4 is a true and correct copy of his firm profile. Mr. Birts handled some discrete matters when Mr. Vidales was otherwise occupied.

11. I am familiar with the rate customarily charged by attorneys with similar experiences or for similar matters in the South Florida area. I have served as a fee expert in several cases.

12. After reviewing the invoices, time records and supporting data, I have determined that Defendant's Motion for Attorneys' Fees and Sanctions is well grounded in fact and justified. Attached hereto are true and correct copies of the invoices and time entries in connection with this case from its inception through July 2023, and new invoices through September 2023. These invoices and time sheets were made and are kept in the ordinary course of our law firm's business.

13. According to the current records of our law firm, the attorneys who worked on this matter have dedicated approximately 920.9 hours from July 2022 through September 2023 in connection with the defense of the lawsuit brought by the Plaintiff. Since then, the Plaintiff has filed a notice of appeal and the case continues to accrue fees and costs.

14. The fees for legal services rendered by Quintairos, Prieto, Wood & Boyer, P.A. in connection with the defense of The De Moya Group, Inc. amount to a total of approximately $252,795 as of September 2023, are summarized as follows:

| Timekeeper | Hours | Fees |
|---|---|---|
| Reginald J. Clyne | 220.5 | $84,743.44 |
| Chanelle Artiles | 360.5 | $100,115.43 |
| Andres Vidales | 262.7 | $52,949.04 |
| Michael J. Birts, Jr. | 62.6 | $13,173.72 |
| Gustavo Castro - Paralegal | 14.6 | $1,813.37 |

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2023

_Reginald J. Clyne_