



# Reginald J. Clyne
**PARTNER**

## Miami, FL

## Biography

**Reginald J. Clyne** is a partner in the Miami office of Quintairos, Prieto, Wood & Boyer, P.A. He is the Chair of the Firm's Employment Practice Group. Mr. Clyne is a trial lawyer who has tried over 50 cases in the following areas of law in both State and Federal court: automobile negligence, commercial litigation, construction litigation, contract disputes, Dram Shop Act, product liability, and resort and tour accidents. In the arena of employment law, Mr. Clyne has tried over 14 cases in the following areas: Title VII, USERRA, Fair Labor Standard Acts, Section 1983, Section 1981, Whistleblower Acts, and Non-Compete Violations. He has argued employment matters before the U.S. Eleventh Circuit Court of Appeals, the Florida Third District Court of Appeals and the Florida Fourth District Court of Appeals. Mr. Clyne served as an American Arbitration Association Arbitrator for the Employment Panel for 17 years. Commencing his legal career in 1987, he has practiced with some of the largest law firms in the United States. Mr. Clyne has received the AV® Preeminent™ designation rating from Martindale Hubbell Law Directory, which is the highest possible rating for legal ability and ethical standards. He is included in the annual listings of Top Lawyers in South Florida, Top Lawyers in Florida and Super Lawyers. Mr. Clyne has taught seminars on employment topics for the Florida Bar Employment Law Certification Exam, served as guest lecturer for Florida International University School of Law, taught Masters of Trial for Dade County Bar Association and spoken on numerous panels on employment law topics. Mr. Clyne has lived in Africa, Brazil, Honduras and Nicaragua. He is fluent in Spanish and has a knowledge of Portuguese.

**reginald.clyne@qpwblaw.com**

**Quintairos, Prieto, Wood & Boyer, P.A. Attorneys at Law**
9300 South Dadeland Boulevard
4th Floor
Miami, Florida 33156
Phone: (305) 670-1101
Fax:    (305) 670-1161

## Areas of Practice

Automotive Liability

Commercial Litigation

Construction Claims

General Litigation

Labor and Employment Law

Premises Liability

Product Liability

Toxic Tort

## Education

Duke University School of Law, J.D. (1986)

Duke University Sanford School of Public Policy, M.P.P. (1986)

University of Pennsylvania, B.A.

## Bar Admissions

Florida

## Languages

Spanish, Portuguese



# REGINALD J. CLYNE
**PARTNER**

**Civic and Bar Activities:**
- Florida Federal Judicial Nominating Committee – appointed by U.S. Senator Bill Nelson
- Florida Board of Bar Examiners – appointed by Florida Supreme Court
- Mediators Qualification Panel - appointed by Florida Supreme Court
- Ad Hoc Readmission Committee – appointed by United States District Court for the Southern District of Florida
- Member Outreach Committee - appointed by the Florida Bar President
- Florida Bar Equal Opportunity Section – Former Chair
- Wilkie D. Ferguson, Jr. Bar Association – Past President
- Cuban American Bar Association - recognized as an outstanding member
- City of Miami Financial Oversight Board - appointed by Governor Jeb Bush
- Mayor's Urban Revitalization Task Force - appointed by Mayor Alex Penelas
- Planning Advisory Board - appointed by the Chairwoman of the Miami-Dade County Commission
- Executive Board of the Miami-Dade Chamber of Commerce – Former Member

**Significant Representations and Experience**

Some of Mr. Clyne's representative cases include:
- *Anel Henry v. SCI Funeral Services, Inc.,* 839 So.2d 702 (Fla. 3d DCA 2002)
- *Figueira v. Miami-Dade County School Board*, No. 07-15401 (11th Cir. 2008)
- *Emmanuel Joseph v. Publix Super Markets, Inc.,* No. 04-12042 (11th Cir. 2005)
- *Miami-Dade College v. Turnberry Investments Inc.*, 979 So.2d 1211 (Fla 3d DCA 2008)
- *Old Stone Bank v. Farris,* 647 So.2d 916 (Fla. 4th DCA 1994)
- *Rice-Lamar v. City of Ft. Lauderdale,* 853 So.2d 1125 (Fla. 4th DCA 2003)

**Professional and Community Involvement:**
- Federal Judicial Nominating Committee, Member
- Florida Board of Bar Examiners, Member
- Ad Hoc Readmission Committee, Member
- Member Outreach Committee, Member
- Florida Bar Equal Opportunity Section, Past Chair
- Black Lawyers Association, Inc., Former President
- Wilkie D. Ferguson, Jr. Bar Association, Former President
- Cuban American Bar Association, Member



# REGINALD J. CLYNE
**PARTNER**

- City of Miami Financial Oversight Board, Member
- Mayor's Urban Revitalization Task Force, Member
- Planning Advisory Board, Member
- Executive Board of the Miami-Dade Branch of NAACP, Member
- Executive Board of Miami-Dade Chamber, Member
- Greater Miami Chamber of Commerce
- Coral Gables Chamber of Commerce

Mr. Clyne received his Juris Doctor from Duke University School of Law and as part of a joint-degree program also received a Master of Public Policy from the Sanford School of Public Policy at Duke University in 1986; he earned a Bachelor of Arts from the University of Pennsylvania, graduating with majors in economics and international relations.

Mr. Clyne is licensed to practice law in Florida; he is a member of The Florida Bar and is admitted in the U.S. District Court for the Southern, Middle, and Northern Districts of Florida, and U.S. Court of Appeals for the Eleventh Circuit.

**Awards and Recognitions:**

- FAWL Gender Friendly Award
- AV-Preeminent Peer Review Rating, Martindale-Hubbell Law Directory
- FMCRC Community Advocacy Award
- SHRC – Thurgood Marshall Award
- South Florida's Top Rated Lawyers 2011 - 2018
- Top Verdicts Toxic Tort in Florida 2011
- Success Magazine, 50 Most Powerful Professionals
- Super Lawyers 2014 - 2018
- Top Lawyers in Florida 2013 - 2016