(/)

Find an Attorney

Get Started (https://qpwblaw.com/offices/)



## Chanelle Artiles

**Associate**

**Miami Office**

9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156

Telephone: (305) 670-1101 (tel:http://(305)%20670-1101)

Facsimile: (305) 670-1161 (tel:(305) 670-1161)

E-mail: chanelle.artiles@qpwblaw.com (mailto:chanelle.artiles@qpwblaw.com)

## Areas of Practice

- Automotive Liability
- Appellate
- Construction Claims
- General Litigation
- Insurance and Insurers
- Labor and Employment
- Premises Liability
- Product Liability

## Education

- Florida International University College of Law, J.D. (2017)
- Florida International University, B.B.A. (2011)

## Bar Admissions

- Florida

**Chanelle Artiles** is an associate in the Miami office of Quintairos, Prieto, Wood & Boyer, P.A.  She focuses her practice in commercial and civil litigation in the areas of labor and employment representing management in employment practices claims concerning employment discrimination, harassment, restrictive covenants, and employment/separation agreements, as well as wage and hour matters involving exempt/non-exempt status, the calculation of hours worked, overtime pay, and other issues under the Fair Labor Standards Act and state wage and hour laws. Her practice also involves civil rights discrimination, premises liability, product liability, negligent security, construction defect, dram shop act claims, product liability, toxic tort and environmental exposures, general liability, and insurance coverage claims.

Ms. Artiles defends employers before federal and state courts, administrative agencies including the U.S. Equal Employment Opportunity Commission and the Department of Labor, mediators, and arbitrators.

Ms. Artiles received her Juris Doctor from Florida International University College of Law in May 2017 and Bachelor of Business Administration in Finance and International Business from Florida International University, Landon School of Business in December 2011.

While in law school, she served as a faculty research assistant and was a student attorney at the Legal Clinic.  She also clerked at Legal Services of Greater Miami and served on a judicial internship at the Eleventh Judicial Circuit of Florida.

Ms. Artiles is licensed to practice law in Florida and is admitted in the U.S. District Court for the Southern District of Florida.

She is fluent in Spanish.

**RELATED ARTICLES**

QPWB Defense Gets Final Summary Judgment on Behalf of Residential Property Holding Company (https://qpwblaw.com/qpwb-defense-gets-final-summary-judgment-on-behalf-of-residential-property-holding-company/)

(/)

SERVICES

ATTORNEYS

NEWS

LOCATIONS

**Newsletter**

Subscribe to our newsletter & keep up with all the latest events.

Subscribe Email



Changing the narrative on what it means to provide full-service business law services to the nation's top companies.

DIVERSITY

CAREERS



Copyright © QPWB Law 2023. All rights reserved.

Made with ♥ by BRANDCRUMBS