☰  Find an Attorney

Get Started (https://qpwblaw.com/offices/)

(/)



## Andres F. Vidales
### Associate

**Miami Office**

9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156

Telephone: (305) 670-1101 (tel:http://(305)%20670-1101)

Facsimile: (305) 670-1161 (tel:(305) 670-1161)

E-mail: Andres.Vidales@qpwblaw.com (mailto:Andres.Vidales@qpwblaw.com)

## Areas of Practice

Automotive Liability
Labor and Employment
Construction Claims
General Litigation
Insurance and Insurers
Premises Liability
Product Liability

## Education

Florida International University, B.B.A. (2010)

Florida International University, M.B.A. (2012)

Florida International University College of Law, J.D. (2022)

## Bar Admissions

Florida

**Andres F. Vidales** is an associate in the Miami office of Quintairos, Prieto, Wood & Boyer, P.A. Mr. Vidales focuses his practice on commercial litigation and in the areas of employment law, employment contracts, employment litigation, Family and Medical Leave Act (FMLA), wage and hour law, sexual harassment, and wrongful termination. His practice is also emphasized in the areas of insurance defense litigation, bodily injury defense, including slip and fall claims and general liability pertaining to first-party property coverage and defense, third-party claims and casualty matters, construction accident claims, motor vehicle accidents, premises liability, and negligent security.

Before entering law school, Mr. Vidales was president and founder of a commercial security integration company providing electronic security, fire and life safety systems, interactive home and business automation, telecom services, and security camera surveillance. Mr. Vidales currently maintains his EF Florida Alarm I Electrical Contractors license in Florida.

Mr. Vidales received his Juris Doctor from Florida International University College of Law in May 2022, a Master of Business Administration in 2012, and a Bachelor of Business Administration in Finance in 2010, both degrees from Florida International University. While in law school, he served as a judicial intern with the Eleventh Judicial Circuit Court in Miami.

Mr. Vidales is licensed to practice law in Florida.

He is fluent in Spanish.



(/)

Changing the narrative on what it means to provide full-service business law services to the nation's top companies.

SERVICES
ATTORNEYS
NEWS
LOCATIONS
DIVERSITY
CAREERS

**Newsletter**

Subscribe to our newsletter & keep up with all the latest events.

Subscribe Email

Copyright © QPWB Law 2023. All rights reserved.

Made with ♥ by BRANDCRUMBS