10/25/23, 11:53 PM

Case 1:22-cv-22343-KMM   Document 122-4   Entered on FLSD Docket 10/26/2023   Page 1 of 1
Michael J. Birts Jr. | Quintairos, Prieto, Wood & Boyer



☰   Find an Attorney 🔍

**Get Started**
(https://qpwblaw.com/offices/)

(/)



## Michael J. Birts, Jr.
**Associate**

**Miami Office**
9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Telephone: (305) 670-1101
(tel:http://(305)%20670-1101)
Facsimile: (305) 670-1161 (tel:(305) 670-1161)
E-mail: Michael.Birts@qpwblaw.com
(mailto:Michael.Birts@qpwblaw.com)

**Michael J. Birts, Jr.** is an associate in the Miami office at Quintairos, Prieto, Wood & Boyer, P.A. He focuses his practice in the areas of sports and entertainment, general liability, automobile negligence, general litigation, and premises liability.

Mr. Birts received his Juris Doctor from Florida A&M University College of Law in 2019 and a Bachelor of Arts *cum laude* from Lynn University, Boca Raton, Florida in 2015, graduating with a major in political science.

Mr. Birts is licensed to practice law in Florida and is a licensed contract advisor for the National Basketball Association.

**Professional and Community Affiliations**

Florida Bar Entertainment, Arts, and Sports Law Section, Member
Sports Lawyer Association, Next Gen Committee Member
Wilkie D. Ferguson, Jr. Bar Association, Secretary
Black Entertainment and Sports Lawyers Association, Member
Virgil Hawkins Florida Chapter National Bar Association, Member
Richmond Perrine Alumni Chapter of Kappa Alpha Psi Fraternity, Inc., Chapter Historian

## Areas of Practice

Automotive Liability
Insurance and Insurers
Premises Liability
General Litigation
Sports and Entertainment Law

## Education

Lynn University, B.A. cum laude (2015)

Florida A&M University College of Law, J.D. (2019)

## Bar Admissions

Florida

---

(/)

Changing the narrative on what it means to provide full-service business law services to the nation's top companies.

**SERVICES**

**ATTORNEYS**

**NEWS**

**LOCATIONS**

**DIVERSITY**

**CAREERS**

**Newsletter**

Subscribe to our newsletter & keep up with all the latest events.

Subscribe Email



Copyright © QPWB Law 2023. All rights reserved.

Made with ♥ by BRANDCRUMBS