**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:22-cv-22343-KMM Moore/Louis

JORGE MONTEAGUDO ALBURQUERQUE,

    Plaintiff,

v.

THE DE MOYA GROUP, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

### [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO ABATE OR STAY ADJUDICATION OF DEFENDANT'S VERIFIED MOTION FOR ATTORNEYS' FEES AND SANCTIONS

THIS MATTER is before the Court upon the Plaintiff's Unopposed Motion to Abate or Stay Adjudication of Defendant's Verified Motion for Attorneys' Fees and Sanctions [ECF No. __]. The Court, having reviewed the Motion and being advised fully in the premises, hereby ORDERS and ADJUDGES as follows:

    Plaintiff's Unopposed Motion to Abate or Stay Adjudication of Defendant's Verified Motion for Attorneys' Fees and Sanctions is hereby GRANTED. The adjudication of Defendant's Motion for Attorneys' Fees and Sanctions is hereby stayed until the adjudication of Defendant's Rule 11 Motion is entered.

    DONE and ORDERED in chambers, at Miami, Florida, this ___ day of _____, 2023.

                                              _____
                                              LAUREN FLEISCHER LOUIS
                                              U.S. DISTRICT MAGISTRATE JUDGE

cc: Counsel of Record