**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.:1:22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE,

      Plaintiff,

vs.

THE DE MOYA GROUP, INC.,
A Florida Profit Corporation,

      Defendant
_____/

**DEFENDANT, THE DE MOYA GROUP, INC.'S**
**NOTICE OF STRIKING D.E. 125**

COMES NOW, the Defendant, THE DE MOYA GROUP, INC, by and through its undersigned attorney, hereby files this Notice of Striking D.E. 125, Defendant, The De Moya Group Inc's Joinder in Plaintiff's Unopposed Motion to Abate or Stay Adjudication of Defendant's Verified Motion for Attorneys' Fees and Sanctions, filed on November 6, 2023.

Respectfully submitted,

By:  /s/ *Chanelle Artiles*
     Reginald J. Clyne, Esq.
     Florida Bar No.: 654302
     Chanelle Artiles, Esq.
     Florida Bar No.: 1006402
     Andres F. Vidales, Esq.
     Florida Bar No.: 1041185
     **QUINTAIROS, PRIETO, WOOD &**
     **BOYER, P.A.**
     *Attorney for Defendant*
     9300 S. Dadeland Blvd., 4th Floor
     Miami, FL 33156
     Tel: (305) 670-1101
     Fax: (305) 670-1161
     Email: RClyne.pleadings@qpwblaw.com
           Chanelle.artiles@qpwblaw.com
           Reginald.clyne@qpwblaw.com

Andres.vidales@qpwblaw.com
Cecilia.quevedo@qpwblaw.com
Sofia.arcila@qpwblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CM/ECF and e-served on November 8, 2023 to: Nathaly Saavedra, Esq. Juan J. Perez, Esq. Peregonza The Attorneys, PLLC 5201 Blue Lagoon Dr., Suite 290 Miami, Fl 33126 nathaly@peregonza.com juan@peregonza.com

By:   /s/ *Chanelle Artiles*