**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE

    Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

**DEFENDANT, THE DE MOYA GROUP INC.' S JOINDER IN PLAINTIFF'S UNOPPOSED MOTION TO ABATE OR STAY ADJUDICATION OF DEFENDANT'S VERIFIED MOTION FOR ATTORNEYS' FEES AND SANCTIONS**

Defendant, The De Moya Group, Inc. ("De Moya") hereby joins Plaintiff's Unopposed Motion to Abate or Stay Adjudication of Defendant's Verified Motion for Attorneys' Fees and Sanctions (ECF No. 124), and requests that the Court also abate or stay adjudication of Defendant's Motion to Tax Costs (ECF No. 114).

    1.    On November 2, 2023, Plaintiff's counsel sent the undersigned an email conferral stating she intended to file a motion seeking to defer a ruling on De Moya's Motion for Attorneys' Fees and Sanctions until after the Court has reached a disposition on De Moya's pending Rule 11 Motion. *See* conferral attached as Ex. 1.

    2.    Counsel for De Moya replied that same afternoon indicating there was no objection to deferral and that we would also like to defer the Motion to Tax Costs until the Court rules upon De Moya's Rule 11 Motion. However, Plaintiff's Motion and corresponding proposed order (ECF No. 124 and 124_1) only address deferral of De Moya's Motion for Attorneys' Fees and Sanctions.

1

3. Accordingly, De Moya requests that the Court defer both – the Motion for Attorneys' Fees and Sanctions, and the Motion to Tax Costs, until after a ruling is issued on the pending Rule 11 Motion.

## MEMORANDUM OF LAW

District courts are vested with broad discretion to stay proceedings and authority is incidental to their inherent powers to control their dockets. *N. Ill. Gas Co. v. USIC, LLC*, No. 21-13377, 2023 U.S. App. LEXIS 9134, at *31 n.11 (11th Cir. Apr. 18, 2023) (citing *Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636, 137 L. Ed. 2d 945 (1997). There is no "particular need" to address the issues of attorneys' fees or the taxing of costs piecemeal in this case. *See Yuken Corp. v. Gedcore LLC*, No. 22-20661-CIV-ALTONAGA/Torres, 2022 U.S. Dist. LEXIS 154702, at *23 (S.D. Fla. June 21, 2022); *Squitieri v. Nocco*, No. 8:19-cv-906-T-36AAS, 2020 U.S. Dist. LEXIS 268282, at *8 (M.D. Fla. June 19, 2020) (deferring supplemental Rule 11 motion for attorneys' fees and costs pending the conclusion of this action). Therefore, the determination of the Motion for Attorneys' Fees and Sanctions, as well as the Motion to Tax Costs should be deferred. *Id*. In addition to the pending Rule 11 Motion, the Court's Orders granting De Moya's motion for summary judgment and denying Plaintiff's motion for reconsideration are currently on appeal. As a result, De Moya continues to incur attorneys' fees and costs in defending this action and thus, the motions for fees and costs will likely be supplemented to reflect the additional amounts incurred since the motions were filed. *See Gray v. Novell, Inc.*, No. 8:06-CV-1950-T-33TGW, 2010 U.S. Dist. LEXIS 63968, at *43 (M.D. Fla. Feb. 22, 2010). (deferring determination of the amount of attorneys' fees and costs until after the resolution of the appeal "to conserve the resources of the judiciary and the parties").

Based on the foregoing, De Moya respectfully requests that the Court defer issuing a ruling on the Motion for Attorneys' Fees and Sanctions, as well as the Motion to Tax Costs, and award all other relief the Court deems just and proper.

Dated: November 8, 2023                                                  Respectfully submitted,

By: /s/ *Chanelle Artiles*
Reginald J. Clyne, Esq.
Florida Bar No.: 654302
Chanelle Artiles, Esq.
Florida Bar No.: 1006402
Andres F. Vidales, Esq.
Florida Bar No.: 1041185
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
*Attorneys for Defendant, The De Moya Group, Inc.*
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
Tel: (305) 670-1101
Fax: (305) 670-1161
Email: rclyne.pleadings@qpwblaw.com
reginald.clyne@qpwblaw.com
chanelle.artiles@qpwblaw.com
andres.vidales@qpwblaw.com
cecilia.quevedo@qpwblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2023, the foregoing was electronically filed with the Clerk of Court via CM/ECF system, which will send a notice of electronic filing to the counsel of record on the service list below.

/s/ *Chanelle Artiles*

**Nathaly Saavedra, Esq.**
**Juan J. Perez, Esq.**
Peregonza The Attorneys, PLLC
5201 Blue Lagoon Dr., Suite 290
Miami, FL 33126
Tel. 786-650-0202 / Fax: 786-650-0200
nathaly@peregonza.com
juan@peregonza.com