# Chanelle Artiles

| | |
|---|---|
| **From:** | Reginald J. Clyne |
| **Sent:** | Thursday, November 2, 2023 2:07 PM |
| **To:** | Nathaly Saavedra; Chanelle Artiles |
| **Cc:** | juan@peregonza.com; brian@fairlawattorney.com; Brooks Larou; Andres F. Vidales; Cecilia Quevedo; Sofia Morales Arcila |
| **Subject:** | RE: CONFERRAL - 1:22-cv-22343-KMM Alburquerque v. The De Moya Group, Inc. |

We have no objection to deferral. We would like to defer the Motion to Tax Costs and Motion for Fees. I think everything can wait till Motion for Rule 11 is ruled upon.



**Reginald J. Clyne** | Partner
**Quintairos, Prieto, Wood & Boyer, P.A.**
9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156
Ph: (305) 670-1101 x3426  Fax: (305) 670-1161
Email: reginald.clyne@qpwblaw.com  Web: www.qpwblaw.com

Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts
Michigan ◆ Mississippi ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI

**From:** Nathaly Saavedra <nathaly@peregonza.com>
**Sent:** Thursday, November 2, 2023 12:47 PM
**To:** Chanelle Artiles <chanelle.artiles@qpwblaw.com>; Reginald J. Clyne <reginald.clyne@qpwblaw.com>
**Cc:** juan@peregonza.com; brian@fairlawattorney.com; Brooks Larou <brooks@peregonza.com>; Andres F. Vidales <andres.vidales@qpwblaw.com>; Cecilia Quevedo <cecilia.quevedo@qpwblaw.com>; Sofia Morales Arcila <sofia.arcila@qpwblaw.com>
**Subject:** CONFERRAL - 1:22-cv-22343-KMM Alburquerque v. The De Moya Group, Inc.

Counsel,

As previously communicated in response to your conferral email, Plaintiff's position is that Defendant's Motion for fees is premature until Defendant's Rule 11 Motion is disposed of by the Court.

Since no ruling has been made as of today, Plaintiff's intends to file a Motion to Defer Adjudication of Defendant's Motion for Entitlement to Attorney's Fees until Defendant's Rule 11 Motion is disposed of by the Court. In accordance with Local Rule 7.3, this email serves as Plaintiff's conferral on the relief he intends to seek therein. To that end, please advise on your position by no later than close of business, Friday November 3, 2023.

If you wish to discuss further feel free to contact me.

Best Regards,

**NATHALY SAAVEDRA, ESQ.** | MANAGING PARTNER

**PEREGONZA THE ATTORNEYS®**

⚠ **OUR OFFICE HAS MOVED**

📍 5201 Blue Lagoon Drive, Suite 290, Miami, FL 33126

📞 786.650.0202  💻 PereGonza.com

Follow Us •

1



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.