UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-22343

JORGE MONTEAGUDO ALBURQUERQUE

Plaintiff,

v.

THE DE MOYA GROUP, INC.,
a Florida Profit Corporation,

Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO FILE A RENEWED JOINT SCHEDULING REPORT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, JORGE MONTEAGUDO ALBURQUERQUE ("Plaintiff"), through his undersigned counsel, hereby moves for an enlargement of time to file a Renewed Joint Scheduling Report in accordance with this Court's Paperless Order Requiring a Renewed Joint Scheduling Report issued on September 26, 2024 (the "Order"). (ECF. No. 139).

1. On September 13, 2024, the Mandate from the Eleventh Circuit remanding this case for further proceedings in accordance with the Eleventh Circuit's opinion was filed. This Court then issued its September 26, 2024, Order requiring the Parties to file a Renewed Joint Scheduling Report "setting forth proposed further proceedings forth the Court to take in this case" on or before October 10, 2024. (ECF. No. 139).

2. Counsel for Plaintiff has prepared a proposed draft of the Joint Scheduling Report, however due to scheduling conflicts on the dates proposed, the Parties need additional time to confer on a mutually agreeable date for trial to submit their status report jointly as required by the Order.

3. During a conferral call, on October 17, 2024, Defendant's counsel Reginald Clyne advised the undersigned of his limited availability in November and December 2024 and proposed dates in January 2025. Defendant's counsel further advised that at this time his ability to confer with his client is limited as Defendant is performing Hurricane Milton emergency repairs out in the field. Accordingly, Counsel for the parties agreed to seek a brief extension to allow the parties a few additional days to coordinate their availability.

4. Under Rule 6(b)(1)(A), this Court may, for good cause, extend a deadline "if a request is made before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A).

5. The deadline for the Joint Status Report has not yet expired, and the current conditions described herein present good cause to allow the Parties additional time to confer regarding proposed further proceedings in this case and file the Renewed Joint Scheduling Report. *See* (ECF No. 139); Fed. R. Civ. P. 6(b)(1)(A).

6. Accordingly, Plaintiff respectfully requests an extension of the deadline for the Parties to submit the Renewed Joint Scheduling Report until October 24, 2024.

7. This brief extension to file the Renewed Joint Scheduling Report will not delay the judicial proceedings or prejudice the opposing party.

8. This Motion is filed in good faith and not for the purpose of harassment or delay.

**WHEREFORE**, Plaintiff, JORGE MONTEAGUDO ALBURQUERQUE respectfully requests that this Court grant his Motion for Enlargement of Time to file the Renewed Joint Scheduling Report.

Dated: October 17, 2024                     Respectfully submitted,

                                                    */s/ Nathaly Saavedra*
                                                    Nathaly Saavedra, Esq.
                                                    Fla. Bar No. 118315
                                                    Email: nathaly@peregonza.com
                                                    Juan J. Perez, Esq.
                                                    Fla. Bar No. 115784
                                                    Email: juan@peregonza.com
                                                    P. Brooks, LaRou, Esq.
                                                    Fla. Bar No. 1039018
                                                    Email: brooks@peregonza.com
                                                    **PEREGONZA THE ATTORNEYS, PLLC**
                                                    5201 Blue Lagoon Drive,
                                                    Suite 290,
                                                    Miami, FL 33126
                                                    Tel. (786) 650-0202
                                                    Fax. (786) 650-0200

                                                    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17 , 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Saavedra
Nathaly Saavedra, Esq.

# SERVICE LIST
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
Case No. 1:22-cv-22343-KMM Moore/Louis

| | |
|---|---|
| Nathaly Saavedra, Esq.<br>Fla. Bar No. 118315<br>Email: nathaly@peregonza.com<br>Juan J. Perez, Esq.<br>Fla. Bar No. 115784<br>Email: juan@peregonza.com<br>**PEREGONZA THE ATTORNEYS, PLLC**<br>5201 Blue Lagoon Drive,<br>Suite 290,<br>Miami, FL 33126<br>Tel. (786) 650-0202<br>Fax. (786) 650-0200<br><br>Attorneys for Plaintiff<br><br>Method of Service: CM/ECF notice | Reginald J. Clyne, Esq.<br>Florida Bar No. 654302<br>reginald.clyne@qpwblaw.com<br>Chanelle Artiles, Esq.<br>Florida Bar No. 10006402<br>chanelle.artiles@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, Florida 33156<br>Telephone: 305-670-1101<br><br>Attorneys for Defendant<br><br>Method of Service: CM/ECF notice |