UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:22-cv-22343-KMM Moore/Louis

JORGE MONTEAGUDO ALBURQUERQUE,

    Plaintiff,

vs.

THE DE MOYA GROUP, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JORGE MONTEAGUDO ALBURQUERQUE, and Defendant, THE DE MOYA GROUP, INC., A FLORIDA PROFIT CORPORATION by and through their undersigned attorneys, hereby show the Court that all matters and things herein have been amicably resolved, and therefore, the parties hereto agree to the dismissal of the above styled action, pursuant to Federal Rule of Civil Procedure 41, with prejudice and without costs to either party, with each party to bear their own attorneys' fees.

Dated: November 20, 2024          Respectfully submitted,

| /s/*Juan J. Perez* | /s/*Reginald J. Clyne* |
|---|---|
| Juan J. Perez, Esq. | Reginald J. Clyne, Esq. |
| Fla. Bar No. 115784 | Fla. Bar No. 654302 |
| Email: juan@peregonza.com | Email: reginald.clyne@qpwblaw.com |
| PEREGONZA THE ATTORNEYS, PLLC | Quintairos, Prieto, Wood & Boyer, P.A. 9300 |
| 5201 Blue Lagoon Drive, Suite 290 | South Dadeland Blvd., 4th Floor Miami, |
| Miami, FL 33126 | Florida 33156 |
| Tel. (786) 650-0202 | Telephone: 305-670-1101 |
| Fax. (786) 650-0200 | |
| Attorneys for Plaintiff | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>November 21, 2024</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Juan J. Perez.*
Juan J. Perez, Esq.
Florida Bar No. 115784

## SERVICE LIST
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Juan J. Perez, Esq.
Florida Bar No. 115784
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Waterford District Drive
Suite 290
Miami, Florida 33126
Tel.    (786)650-0202
Fax. (786)650-0200

*Counsel for Plaintiff*


Reginald J. Clyne, Esq.
Florida Bar No. 654302
reginald.clyne@qpwblaw.com
Chanelle Artiles, Esq.
Florida Bar No. 10006402
chanelle.artiles@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, Florida 33156
Telephone: 305-670-1101

Attorneys for Defendant

Method of Service: CM/ECF notice